# EXHIBIT 19

1          IN THE UNITED STATES DISTRICT COURT

2             MIDDLE DISTRICT OF FLORIDA

3                ORLANDO DIVISION

4

5    JOSHUA D. POERTNER,

6              Plaintiff,   CIVIL ACTION NO.

7    vs.                    6:12-CV-00803-GAP-DAB

8    THE GILLETTE COMPANY, et al.,

9              Defendants.

10

11

12          VIDEOTAPED DEPOSITION OF

13            JOSHUA D. POERTNER

14             October 5, 2012

15

16   REPORTED BY:

17   Laura H. Nichols

18   Certified Realtime Reporter,

19   Registered Professional

20   Reporter and Notary Public

21

22

23

24

25   PAGES 1 - 238

                                    Page 1

1

2

3

4

5

6

7        VIDEOTAPED DEPOSITION OF JOSHUA D. POERTNER

8    taken at The Kress Building, 301 19th Street

9    North, Birmingham, Alabama, on October 5, 2012,

10   commencing at 8:36 a.m., before Laura H.

11   Nochols, Certified Realtime Reporter,

12   Registered Professional, Reporter and Notary

13   Public

14

15

16

17

18

19

20

21

22

23

24

25

Page 2

```
 1              A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4          Messrs. E. Clayton Lowe, Jr.

 5              and Peter A. Grammas

 6          Attorneys at Law

 7          Lowe & Grammas LLP

 8          Liberty Park

 9          1952 Urban Center Parkway

10          Vestavia Hills, Alabama 35242

11          205.380.2400

12          clowe@lowegrammas.com

13          pgrammas@lowegrammas.com

14

15    -and-

16

17          Mr. Joshua R. Gale

18          Attorney at Law

19          Wiggins Childs Quinn & Pantazis

20          MainStreet Center

21          101 North Woodland Boulevard

22          Suite 600

23          DeLand, Florida 32720

24          386.675.6947

25          jgale@wcqp.com
```

Page 3

1      A P P E A R A N C E S   (Continuing)

2

3   FOR THE DEFENDANTS:

4        Mr. Darren K. Cottriel

5        Attorney at Law

6        Jones Day

7        3161 Michelson Drive

8        Suite 800

9        Irvine, California 92612

10       949.553.7548

11       dcottriel@jonesday.com

12

13   OTHERS PRESENT:

14       Mr. Tom Wodtke, Videographer

15       c/o Mr. Brad Campbell

16       Tyler Eaton Morgan Nichols

17          & Pritchett, Inc.

18       402 Office Park Drive

19       Birmingham, Alabama 35223

20       205.252.9152

21       bcampbell@tylereaton.com

22

23

24

25

                                    Page 4

1      Q.    When did you come to

2  Birmingham for this deposition?

3      A.    We came in yesterday morning.

4      Q.    Who did you come with?

5      A.    Mr. Gale.

6      Q.    You are from Orlando?

7      A.    From DeLand.  It is near

8  Orlando.

9            THE REPORTER:  From where?

10      A.    DeLand.

11      Q.    (BY MR. COTTRIEL:)  Fair

12  enough.  I should have had that -- I

13  should have had that city right.  So you

14  are from DeLand, Florida.  That is where

15  you live?

16      A.    Yes.

17      Q.    Flew from Orlando here to

18  Birmingham yesterday?

19      A.    Yes.

20      Q.    What time did you get in to

21  Birmingham?

22      A.    I believe we got in about

23  9:00, I recall.

24      Q.    In the morning or in the

25  evening?

Page 14

1    the three-hour meeting yesterday, did you

2    have any other meetings yesterday that in

3    any way relate to this lawsuit?

4         A.    No.

5         Q.    When do you plan on going home

6    to Orlando?

7         A.    Today.

8         Q.    What is your current home

9    address?

10        A.    500 Shopes Place.  That is

11   S-H-O-P-E-S.

12        Q.    How long have you lived at

13   that home?

14        A.    Eleven or twelve years.

15        Q.    Is it a single-family

16   residence?

17        A.    Yes.

18        Q.    Do you own that home?

19        A.    Yes.

20        Q.    Who else lives with you in

21   that home?

22        A.    My wife, Cassandra, and my

23   daughter.

24        Q.    What is your daughter's name?

25        A.    Katie.

Page 17

1          A.    I don't recall.  I mean, I
2    probably was seventeen.
3          Q.    Have you ever been convicted
4    of a crime?
5          A.    No.
6          Q.    Have you ever filed
7    bankruptcy?
8          A.    No.
9          Q.    Have you ever gone by any
10   other names other than Joshua Poertner?
11         A.    Josh.
12         Q.    Josh?
13         A.    That's the only other name.
14         Q.    What's your middle name?
15         A.    Daniel.
16         Q.    Have you ever been involved in
17   a lawsuit before?
18         A.    No.
19         Q.    What is this case about that
20   we are here today?
21         A.    This case is about me and
22   being deceived, my purchased batteries,
23   paying for something and not receiving
24   what I was -- what I paid for.
25         Q.    Anything else you believe this

Page 31

```
 1    lawsuit is about other than what you just
 2    told me?
 3         A.    Well, there's a whole lot of
 4    other people who have done the same thing,
 5    so it is not just about me.
 6         Q.    You say a lot of other people
 7    who have purchased batteries?
 8         A.    Yes.  It is about taking
 9    advantage of a lot of people.
10         Q.    You are the plaintiff in this
11    case.  Do you understand that?
12         A.    Yes.
13         Q.    What -- what do you mean by
14    you were deceived?
15         A.    What I mean is, I purchased
16    batteries expecting them to perform the
17    way they were, which is at a higher power
18    rate than -- or longer than the standard
19    CopperTop battery.
20         Q.    And why were you expecting
21    them to have higher power rate or to last
22    longer than a CopperTop battery?
23         A.    That was how they were
24    advertised on the package and I paid a
25    premium for them.
```

Page 32

1          Q.     What batteries are you
2     referring to that you said that you
3     purchased?
4          A.     The Ultra Advanced and the
5     Ultra Power.
6          Q.     You said you were expecting
7     that they would have a higher power rate
8     than the Duracell CopperTop batteries.  Is
9     that what you were referring to when you
10    said CopperTop?
11         A.     Yes.
12         Q.     What do you mean by you
13    expected the Ultra Advanced and Ultra
14    Power batteries to have a higher power
15    rate than the CopperTop battery?
16         A.     I expected them to last
17    longer.
18         Q.     That is what you mean by
19    higher power rate?
20         A.     Yes.
21         Q.     So when you said you expected
22    them to have a higher power rate and to
23    last longer than the CopperTop battery,
24    you meant you expected them to last longer
25    than the CopperTop battery?

                                   Page 33

1        A.      That's correct.

2        Q.      How much longer did you expect

3   them to last than the CopperTop battery?

4        A.      Well, as the package stated,

5   thirty percent longer.

6        Q.      So you expected the Ultra

7   Advanced and Ultra Power batteries to last

8   thirty percent longer than the CopperTop

9   battery; is that your testimony?

10       A.      Yes.   And I would expect that

11  to be a noticeable difference.

12       Q.      You would think thirty percent

13  longer is a noticeable difference?

14       A.      Yes.

15       Q.      Did you have any other

16  expectation for how the batteries, the

17  Ultra Advanced and Ultra Power batteries

18  would perform other than that you thought

19  they would last thirty percent longer than

20  the CopperTop batteries?

21       A.      No.

22       Q.      Did you have any belief as to

23  what devices or uses the Ultra Advanced

24  and Ultra Power batteries would last

25  thirty percent longer than the CopperTop?

Page 34

1          A.     No.   I believe that would
2     apply to whatever I put them in.
3          Q.     Any device?
4          A.     Yes.
5          Q.     What did you base your
6     expectation on or your understanding that
7     the Ultra Advanced and Ultra Power
8     batteries would last thirty percent longer
9     than the CopperTop batteries?
10         A.     I based that off of the
11    packaging.
12         Q.     Did you base it off anything
13    else other than what you saw on the
14    packaging?
15         A.     No.
16         Q.     Have you ever gone to the
17    Duracell website?
18         A.     No.  No, sir.
19         Q.     Have you ever seen any
20    advertisements regarding the Duracell
21    Ultra Advanced or Ultra Power batteries?
22         A.     Not that I recall.
23         Q.     So the only information you
24    have ever seen regarding the Ultra
25    Advanced and Ultra Power batteries is the

                                    Page 35

1     A.    Well, the -- cumulatively, the

2  advertisement on the package is what

3  caused me to believe that the batteries

4  would last longer than the standard

5  CopperTop, but I don't recall exactly what

6  the specifics of the language was.

7     Q.    What do you mean by

8  cumulatively?

9     A.    I mean the entire language and

10  wording of the advertising.

11     Q.    On front and back of the

12  packaging?

13     A.    Yes.

14     Q.    Did you have any other

15  expectation for the Ultra Advanced or

16  Ultra Power batteries other than that you

17  believed they would last thirty percent

18  longer than the CopperTop batteries in any

19  device?

20     A.    No.

21        MR. LOWE:  Object to the form.

22  I think that mischaracterizes what he said

23  his expectations were.  I think he also

24  said -- or was it our most powerful

25  battery?  It was also our longest-lasting

Page 39

1         Q.     You say that it is your
2    testimony that the Ultra Advanced and
3    Ultra Power batteries you purchased did
4    not last as long as -- strike that.
5              Your testimony is that the
6    Ultra Power and Ultra Advanced batteries
7    did not last as long as CopperTop
8    batteries?
9         A.     Did not last as long?  I
10   believe there was no measurable difference
11   between them.
12        Q.     That is not my question.  Is
13   your testimony that the Ultra Advanced and
14   Ultra Power batteries did not last longer
15   than the CopperTop batteries?
16        A.     The first question was did not
17   last as long or did not last longer?
18   Those are two different things.
19        Q.     Let's take the one that is in
20   front of you now.  Is it your testimony
21   that the Ultra Advanced and Ultra Power
22   batteries that you purchased did not last
23   longer than CopperTop batteries?
24        A.     Yes.
25        Q.     What do you base that

                                    Page 47

1  assertion on?

2      A.    I base that assertion on my

3  everyday usage and general observation.

4      Q.    What do you mean by everyday

5  usage?

6      A.    When I used the products that

7  the batteries were in, I generally

8  observed that there was no measurable

9  difference between the two types of

10  batteries.

11      Q.    What products did you use them

12  in?

13      A.    I have used them in a lot of

14  products.  I have used them in remote

15  controls, toys for my daughter.  She has

16  got an electric toothbrush, I have used

17  them in that.

18      Q.    Anything else?

19      A.    Not that I recall.

20      Q.    How did you observe in your

21  everyday usage and use of the batteries in

22  those products you just described for me

23  to determine that the Ultra Advanced and

24  Ultra Power batteries didn't last as long

25  as CopperTop batteries?

Page 48

1          A.     How did I observe?  Just the
2    fact that I replaced them at the same rate
3    as the CopperTop.
4          Q.     What do you mean by that,
5    replaced them at the same rate?
6          A.     Well, for instance, if I
7    noticed a product, one of the toys may
8    last six months with a battery, that when
9    I put the Ultra Advanced or the Ultra
10   Power in there, it was the same amount of
11   time that passed.
12         Q.     Did you keep track of the
13   dates that you put the batteries into a
14   device and then the date that the
15   batteries were exhausted in that device?
16         A.     No, I did not.
17         Q.     How then would you keep track
18   of sort of -- that you were replacing them
19   at the exact same rate as CopperTop
20   batteries?
21         A.     I didn't keep track of it.  I
22   just noticed generally.
23         Q.     Did your daughter play with
24   the toys each time you put batteries in it
25   the exact same time, amount of time,

                                   Page 49

1          A.      No.

2          Q.      What about for the remote

3     control, how did you observe a difference

4     as far as how long the Ultra Advanced,

5     Ultra Power batteries lasted on a remote

6     control versus CopperTop batteries?

7          A.      The same as with the toys,

8     just the amount of time that they lasted.

9          Q.      Did you keep track of how many

10    times you pushed the button in the remote

11    to see how many pulses or pushes on a

12    remote you can do with CopperTop and then

13    how many you got out of it when you had

14    Ultra Power or Ultra Advanced batteries in

15    the remote?

16         A.      No.

17         Q.      How then would you observe

18    some difference in how long the Ultra

19    Advanced and Ultra Power batteries perform

20    in a remote control compared to CopperTop?

21         A.      Just the fact that I seemed to

22    be replacing them at the same rate.

23         Q.      When you say the same rate,

24    you mean the same amount of time?

25         A.      Yes.


                                        Page 51

1    batteries?

2           A.      It would have been all three

3    of them.

4           Q.      You had also used Duracell

5    CopperTop batteries in those three devices

6    as well?

7           A.      Yes.

8           Q.      I don't recall if I asked you

9    this about the toothbrush.  On the

10   toothbrush, are you claiming that the

11   Ultra Advanced and Ultra Power batteries

12   did not last as long in that device as

13   CopperTop batteries?

14          A.      No.  What I am claiming is

15   that there was no measurable difference

16   between the two -- or the three.  I'm

17   sorry.

18          Q.      When you say "no measurable

19   difference," what do you mean by that?

20          A.      What I mean is I couldn't tell

21   any difference in performance.

22          Q.      As far as the length of time?

23          A.      Yes.  Yes.

24          Q.      Is that another way of saying

25   that the Ultra Advanced and Ultra Power

Page 60

1   batteries did not last longer than the

2   Duracell CopperTop batteries in that

3   device?

4          A.     Yes.

5          Q.     So they didn't last any longer

6   whatsoever, in your observation?

7          A.     Not that I noticed.

8          Q.     Did you keep track anywhere of

9   how often or frequently you were replacing

10  batteries in the electric toothbrush?

11         A.     No.

12         Q.     And the same goes for the toys

13  and the remote controls, you didn't keep

14  track of how often you were replacing

15  batteries in them?

16         A.     Right.  I did not.

17         Q.     Is there any other basis for

18  your contention that the Ultra Advanced

19  and Ultra Power batteries did not last

20  longer than CopperTop batteries, other

21  than your general observations that you

22  have just told me about over the past few

23  minutes?

24         A.     No.

25         Q.     Why did you decide to bring

Page 61

1          MR. LOWE:  Or play it back.

2          (Record read.)

3      A.    So the question is --

4      Q.    (BY MR. COTTRIEL:)  I am

5  trying to nail down when it was you

6  determined that you had been cheated by

7  the Defendants in this case.

8      A.    When I first bought the Ultra

9  Advanced and I didn't notice a difference,

10  I mean I believe at that point I was

11  cheated.  But did I do anything about it?

12  I just didn't buy the batteries again.

13      Q.    When was that for the Ultra

14  Advanced?

15      A.    I believe that was in 2010,

16  somewhere around then.

17      Q.    Do you know approximately when

18  in 2010 it was?

19      A.    No.  It may have been later in

20  the year.  I don't know exactly.

21      Q.    At that time, did you contact

22  Duracell about the batteries?

23      A.    No.

24      Q.    Did you contact anybody about

25  your belief that you had been cheated in

Page 64

1    buying those Ultra Advanced batteries in

2    2010?

3         A.    No.

4         Q.    Why not?

5         A.    I don't know.

6         Q.    If you felt cheated, wouldn't

7    you want to let somebody know that?

8         A.    Well, it was a small amount of

9    money, and for me to call and go through

10   that just seemed like a hassle.

11        Q.    Because the amount of money

12   was too small?

13        A.    Yes.

14        Q.    Do you recall that there was a

15   telephone number on the package of

16   batteries that said if you are not at all

17   satisfied, contact Duracell?

18        A.    I don't recall that.

19        Q.    Do you recall ever seeing that

20   on any of the packages of Duracell

21   batteries you have purchased?

22        A.    No.

23        Q.    Is there any other reason why

24   you didn't call Duracell in 2010 when you

25   felt that you had been cheated in

                                      Page 65

1    purchasing the Ultra Advanced batteries?

2         A.    No.

3         Q.    What about the Ultra Power

4    batteries, when did you purchase those?

5         A.    In 2012.

6         Q.    When in 2012?

7         A.    I don't know the exact

8    purchase date.

9         Q.    Give me an approximate.

10        A.    It would be earlier this year.

11        Q.    What month?

12        A.    Maybe February.

13        Q.    It was before the filing of

14   this lawsuit?

15        A.    Yes.

16        Q.    We will get into more

17   particulars about those.  I am just trying

18   to get the generally now.  After

19   purchasing those Ultra Power batteries in

20   2012, February of this year, when was it

21   you determined that you had been cheated

22   in purchasing those Ultra Power batteries?

23        A.    I don't know the exact date.

24        Q.    Give me an approximate.

25        A.    I don't know, maybe March.

Page 66

```
 1   been cheated and now cheated twice, that
 2   you would pick up the phone and call
 3   Duracell to complain about them.
 4        A.    To me it was the amount of
 5   money that I was cheated out of that I
 6   didn't feel like it warranted calling
 7   them, because it was a small amount of
 8   money.
 9        Q.    How much was it?
10        A.    I don't know the exact amount.
11   But I believe a package was a couple
12   dollars more than the standard CopperTop.
13        Q.    For the remaining Ultra Power
14   batteries, you said those are still in
15   devices at your house but are still
16   powering those devices as we sit here
17   today?
18        A.    I believe there are some.
19        Q.    In the remotes, in the
20   electric toothbrush?
21        A.    I believe so.
22        Q.    When did you decide to bring
23   this lawsuit?
24        A.    I'm not sure of the exact
25   date.
```

Page 74

1       Q.      Approximately?

2       A.      It may have been late March or

3   April.

4       Q.      At the time that you decided

5   to bring this lawsuit, were you aware that

6   a similar lawsuit had been filed in

7   California?

8       A.      No.

9       Q.      When was your -- and I'm not

10  asking for the substance, but when was

11  your first contact with an attorney about

12  bringing this case?

13      A.      I am not sure of the exact

14  date.

15      Q.      Approximately?

16      A.      My belief, late March.

17      Q.      Do you have anything

18  document-wise to look back on to confirm

19  whether, in fact, it was in late March

20  that you had your first contact with an

21  attorney about this case?

22      A.      Not as a document, I don't

23  believe.

24      Q.      Do you have anything you could

25  look back on to pinpoint the date when you

                                    Page 75

1           Q.     I want to go into a little
2    more detail about the batteries you
3    purchased.  Let's just start with the
4    Ultra -- Ultra Advanced batteries, okay?
5    How many times have you purchased Ultra
6    Advanced batteries?
7           A.     I don't recall the exact
8    number of times.
9           Q.     Can you give me an estimate?
10          A.     Maybe three or four times.
11          Q.     Three or four times you
12   purchased packages of Ultra Advanced
13   batteries?
14          A.     Yes.
15          Q.     What size batteries, Ultra
16   Advanced did you purchase?
17          A.     AA-size, AAA.
18          Q.     How many packages of AA Ultra
19   Advanced batteries did you purchase?
20          A.     Maybe two or three.
21          Q.     Can you know for sure?
22          A.     I don't know for sure.
23   Probably at least I would say one or two
24   eight-packs and maybe a four-pack or two.
25   But that is an estimate.

Page 97

1      A.      Yes.

2      Q.      The package has on the

3  statement "up to thirty percent longer in

4  toys."  Do you see that?

5      A.      Yes.

6      Q.      Is that the thirty -- up to --

7  strike that.  Is that the thirty percent

8  longer claim that you were telling me

9  about earlier in your deposition that you

10  felt you were cheated on?

11      A.      Yes.

12      Q.      Do you recall when you were at

13  the store deciding whether to purchase the

14  batteries if you read that statement on

15  the package?

16      A.      Yes.

17      Q.      Prior to going to the store to

18  purchase the AA Ultra Advanced batteries,

19  had you already made up your mind what

20  batteries you were going to buy that day?

21      A.      No.

22      Q.      So is it fair to say you made

23  your decision as you were standing in

24  front of all the batteries on the shelf at

25  the store?

Page 105

```
 1              A.      Yes.
 2              Q.      The -- do you recall
 3      specifically reviewing that statement, "up
 4      to thirty percent longer in toys," on the
 5      package at that time as you were standing
 6      in front of all the batteries?
 7              A.      By reviewing it, you mean
 8      glancing it, reading it?
 9              Q.      Reading it.
10              A.      Yes.
11              Q.      Is that statement the reason
12      that you decided to purchase the Ultra
13      Advanced AA batteries?
14              A.      Yes.
15              Q.      Was there any other reason
16      that you decided to purchase the AA Ultra
17      Advanced batteries other than having read
18      that statement on the package?
19              A.      No.
20              Q.      When you read the statement,
21      did you see that there's an asterisk after
22      the word "toys"?  Did you see that?
23              A.      I see it now.
24              Q.      Did you see it at the time
25      that you purchased the batteries?
```

Page 106

1      Q.    The statements on the package

2   of batteries that you purchased, they

3   didn't say thirty percent longer compared

4   to CopperTop or versus CopperTop, did

5   they?

6          A.    I don't recall.

7          Q.    From this package, what is it

8   that you came to understand that the

9   thirty percent was in comparison to

10  performance of CopperTop batteries?

11         A.    I just looked at the "thirty

12  percent longer" and made an assumption

13  that that was based off of the regular

14  battery.

15         Q.    Was there any basis for your

16  assumption?

17         A.    The price of the batteries, of

18  the two different kinds of batteries.

19  These were a more expensive battery.

20         Q.    After you purchased the

21  batteries, do you recall if you later

22  looked at the language and saw that the

23  "up to thirty percent longer in toys" is

24  noted versus Ultra Digital?

25         A.    No, I don't recall.

Page 108

1      Q.      Now, the statement also says

2   longer -- thirty percent -- strike that.

3   The statement also says "up to thirty

4   percent longer in toys."

5              Earlier you testified that your

6   understanding was that it -- that the

7   Ultra Advanced batteries would last thirty

8   percent longer than CopperTop batteries in

9   any device; do you recall that testimony

10  this morning?

11     A.      Yes.

12     Q.      What was your basis for that

13  belief that it applied to any device that

14  you might use the batteries in?

15     A.      If it was a longer-lasting

16  battery, I believed that any device it was

17  put in, it would last longer.

18     Q.      Was that based on anything you

19  saw in the package of batteries we are

20  looking at here?

21     A.      I just based it on the "thirty

22  percent longer."

23     Q.      Do you recall when you were

24  making your decision to purchase seeing

25  the language "longer in toys"?

Page 109

1    particular circumstances when the light

2    bulb finally came off and you decided

3    these don't last any longer than CopperTop

4    batteries?

5         A.    I don't think there was one

6    light bulb moment but, I mean, just

7    general observation.  We were just

8    replacing them at the same rate that we

9    replaced the CopperTops.

10        Q.    The devices you used those

11   Ultra Advanced AA batteries are the

12   devices you told me about this morning?

13        A.    They would be some of them,

14   yes.

15        Q.    Okay.  What other devices are

16   there that you used those batteries in,

17   other than what you have told me already?

18        A.    Well, I did mention toys, you

19   know, those toys for my daughter.  There

20   may be some other MP3 players or CD

21   players.  I can't think of anything else.

22        Q.    Do you know for a fact if you

23   used the Ultra Advanced AA batteries in

24   the MP3 or CD players?

25        A.    I don't know that for a fact.

Page 113

1           Q.      Did you purchase any of the
2    AAA Ultra Advanced batteries at the same
3    times you were at the store when you
4    purchased AA Ultra Advanced batteries?
5           A.      I don't recall specifically.
6    It is possible.
7           Q.      What stores did you purchase
8    the AAA Ultra Advanced batteries?
9           A.      It would have been the same as
10   the others, either Publix or Wal-Mart or
11   Target.
12          Q.      But you don't know which?
13          A.      No.
14          Q.      How much did you pay for the
15   AAA Ultra Advanced batteries?
16          A.      I don't recall.
17          Q.      You don't have any documents
18   that show how much you paid for the AAA
19   Ultra Advanced batteries?
20          A.      No.
21          Q.      When you were at the store,
22   did you look to see what the price of
23   CopperTop batteries were?
24          A.      When I purchased those, yes.
25   We compared them side by side and just see

                                        Page 117

1    that these were more expensive, but that

2    is the only comparison I did.

3         Q.    You don't recall what the

4    pricing of either of the CopperTop or the

5    Ultra Advanced batteries were?

6         A.    No.

7         Q.    Do you recall what the --

8    maybe you don't recall what the actual

9    price was.  Do you recall what the spread

10   or the difference was between the

11   CopperTop and the Ultra Advanced batteries

12   when you were at the store and made your

13   purchase?

14        A.    I don't know exactly but maybe

15   twenty or thirty cents per battery more.

16        Q.    What are you basing that on?

17        A.    My memory.

18        Q.    Did you just do the difference

19   in your head or do you remember if you

20   took any notes or calculator or --

21        A.    No.  I didn't take any notes

22   or anything.

23        Q.    What -- actually, strike that.

24   Do you recall any statements on the

25   packaging of the Duracell AAA Ultra

Page 118

1      A.      Yes.

2      Q.      What was that period of time?

3      A.      I don't know how long it was,

4 but it was whenever these ran out, you

5 know, we needed more batteries.

6      Q.      What batteries did you

7 purchase rather than Ultra Advanced

8 batteries during that time period?  ·

9      A.      I believe it was CopperTop

10 batteries and also some Rayovac.

11      Q.      Before you purchased the Ultra

12 Advanced batteries in 2010, would you

13 always purchase Duracell CopperTop

14 batteries for your devices in your house?

15      A.      Generally I did, yes.

16      Q.      Were there -- again, we're

17 prior to your decision to purchase Ultra

18 Advanced.  Were there times when you

19 purchased other brands of batteries other

20 than Duracell?

21      A.      There may have been, but

22 generally that is what I prefer.

23 Sometimes my wife would purchase

24 batteries, but that is usually Rayovac.

25      Q.      Does she prefer Rayovac?

Page 125

1          A.     She prefers the cheapest
2     possible battery.
3          Q.     Maybe not a bad
4     characteristic, right?  Prior to
5     purchasing the Ultra Advanced batteries in
6     2010, you had, on prior occasions,
7     purchased Duracell CopperTop batteries in
8     sizes AA and AAA?
9          A.     Yes.
10          Q.     You had used those CopperTop
11     batteries in the same devices that you
12     later used the Ultra Advanced batteries
13     in?
14          A.     Yes.
15          Q.     When you used the CopperTop
16     batteries in those devices, did you
17     monitor how long they were lasting or how
18     many uses you were getting out of the
19     devices with the CopperTop batteries?
20          A.     No.
21          Q.     Did you keep track of how
22     often you were replacing CopperTop
23     batteries in those devices?
24          A.     No.   Just a general
25     observation.

                                   Page 126

1      A.     I don't recall exactly, but I

2  believe it was similar to the Ultra

3  Advanced.

4      Q.     How much is that?

5      A.     Maybe twenty or thirty cents a

6  battery more.

7      Q.     Did you make your decision to

8  purchase the Ultra Power batteries based

9  on any statements on the package of the

10  batteries?

11      A.     Yes.

12      Q.     What statements?

13      A.     I believe the statement is, it

14  is the longest-lasting battery or

15  longest-lasting battery.

16      Q.     Any other statement on the

17  package that you read and relied on in

18  deciding to purchase the Ultra Power AA

19  batteries?

20      A.     Other than the name of it,

21  which was similar.  I assumed it was a

22  longer-lasting battery, it was better than

23  the CopperTop.

24      Q.     Is there anything in the name

25  Ultra Power that you specifically thought

Page 137

1    was a reference to better than CopperTop?

2         A.    Yes, the name itself, Ultra

3    Power, seems to infer that it is a

4    stronger battery or a longer-lasting

5    battery than the CopperTop.

6         Q.    Was CopperTop mentioned

7    anywhere on the packaging of the AA Ultra

8    Power batteries that you purchased?

9         A.    Not that I recall.

10        MR. COTTRIEL:  We will mark

11   this as Number 3.

12             (Whereupon, Exhibit 3 was

13             marked for identification.)

14        Q.    (BY MR. COTTRIEL:)  I am

15   showing you what we have marked as

16   Exhibit 3.  Is this a color picture of the

17   packaging of the AA Ultra Power batteries

18   that you recall purchasing?

19        A.    Yes.

20        Q.    And the statement on the

21   package, right side of the package, kind

22   of in the middle, "our longest-lasting,"

23   that is the statement you were just

24   referring to a moment ago?

25        A.    Yes.

Page 138

1        I declare under penalty of perjury
2   under the laws that the foregoing is
3   true and correct.
4
5        Executed on _____ , 20___,
6   at _____, _____.
7
8
9
10
11                      _____
12                      JOSHUA D. POERTNER
13
14
15
16
17
18
19
20
21
22
23
24
25

                                          Page 237

```
 1              C E R T I F I C A T E

 2

 3

 4     STATE OF ALABAMA

 5     JEFFERSON COUNTY

 6

 7              I hereby certify that the

 8     above and foregoing deposition was taken

 9     down by me in stenotypy, and the questions

10     and answers thereto were reduced to

11     typewriting under my supervision, and that

12     the foregoing represents a true and

13     correct transcript of the deposition given

14     by said witness upon said hearing.

15              I further certify that I am

16     neither of counsel nor of kin to the

17     parties to the action, nor am I in anywise

18     interested in the result of said cause.

19

20

21

22

23

24              COMMISSIONER-NOTARY PUBLIC

25              ACCR LICENSE NO. 3

                                      Page 238
```