# EXHIBIT 20

**EXHIBIT 4**



TYPICAL DISCHARGE CHARACTERISTICS
AT 21 C (70 F)

**Exhibit 4.** Typical Discharge Characteristics of a Duracell Coppertop AA battery. This chart appears in Duracell's MN1500 datasheet. The black curve (1.00 Amp) and blue curve (0.25 Amp) are of interest as these tests were performed in conjunction with this case. Typical values of service hours (run time) with cutoff at 0.8 V can be interpolated from this chart. For 1.00 Amp: about 75 minutes; for 0.25 Amps: about 560 minutes. It should be noted that the CopperTop is a "base" model and that the Ultra batteries are offered as "premium" devices which should expect run times longer than illustrated above.

EXHIBIT 8 (Continued)



**Exhibit 8, Figure 2.** Discharge current showing typical voltage behavior and run time of Duracell alkaline cells. These cells are a good representation of the average run times of all cells tested. They also well represent the average capacity and energy delivered by the tested battery types. The alpha-numeric under each battery type in the legend is the data file name assigned to each cell that is represented here.

**EXHIBIT 8 (Continued)**



Exhibit 8, Figure 3. Run times of all AA batteries discharged with a constant current of 1000 mA. The majority of Ultra Digital batteries performed poorly and with greater scatter in the data. Ultra Digital batteries were harder to find and older – with "freshness dates" of 2013 as opposed to 2017 and 2018 for the other battery types. Nevertheless, the Ultra Digital batteries ran almost as long as Ultra Advanced (see Exhibit 8, Figure 4).

**EXHIBIT 8 (Continued)**



Exhibit 8, Figure 4. Distribution curves for run times of Duracell AA batteries. It can be shown that each of these distributions is a normal distribution. This means that the testing of cells of the same type from various sources and date codes gives a statistically valid evaluation of the performance.

EXHIBIT 9 (Continued)



Exhibit 9, Figure 2. Discharge curves showing typical voltage behavior and run time of Duracell alkaline cells. These cells are a good representation of the average run times of all cells tested. They also well represent the average capacity and energy delivered by the tested battery types. The alpha-numeric under each battery type in the legend is the data file name assigned to each cell that is represented here.

**EXHIBIT 9 (Continued)**



Exhibit 9, Figure 3. Run times of all AA batteries discharged with a constant current of 250 mA. The majority of Ultra Digital batteries performed poorly and with a somewhat greater scatter in the data. Ultra Digital batteries were harder to find and older – with "freshness dates" of 2013 as opposed to 2017 and 2018 for the other battery types. Nevertheless, on the average Ultra Digital batteries ran longer than Ultra Advanced (see Exhibit 9, Figure 4).

EXHIBIT 9 (Continued)



Exhibit 9, Figure 4. Distribution curves for run times of Duracell AA batteries. It can be shown that each of these distributions is a normal distribution.

EXHIBIT 10 (Continued)



Exhibit 10, Figure 2. Run times of all AA batteries discharged with the algorithm prescribed by the ANSI Digital Camera Test (Exhibit 10, Figure 1). Run times are expressed as the number of completed discharge "pulse pairs." This is a high-power stress test on the batteries and the large scatter in the data is discussed in the text.

**EXHIBIT 10 (Continued)**



Exhibit 10, Figure 3. Distribution curves for run times (expressed as the number of completed discharge "pulse pairs") of Duracell AA batteries. It can be shown that each of these distributions is a normal distribution. The horizontal position of the peak of each distribution shows the mean number of completed pulse pairs. The large standard deviation for the results of each battery (Exhibit 10, Table 1) results in a very broad distribution curve. The significance of this is discussed in the text.

EXHIBIT 11 (Continued)



Exhibit 11, Figure 2. Run times of all AA batteries discharged with the algorithm prescribed by the ANSI Toy Test (Exhibit 11, Figure 1). CopperTop batteries with Duralock (◇) are *not* included in the analysis of this data (see text). From this chart there is no clear difference between CopperTop and the Ultra Power or Ultra Advanced batteries. These batteries are statistically equivalent.

EXHIBIT 11 (Continued)



**Exhibit 11, Figure 3.** Distribution curves for run times of Duracell AA batteries as tested by the ANSI Toy Simulation Discharge Test. It can be shown that each of these distributions is a normal distribution. The horizontal position of the peak of each distribution shows the mean run time for that particular battery model. The most interesting feature is the gap between 480 and 500 minutes with a complete lack of data in this region. See the text above. This is not a mistake nor is it an artifact of the number of batteries tested.

EXHIBIT 12 (Continued)



Exhibit 12, Figure 2. Run times expressed as "completed 2-minute pulses" of all AA batteries discharged with the algorithm prescribed by the ANSI Toothbrush Test as programmed by this laboratory (Exhibit 12, Figure 1). From this chart there is no clear difference between CopperTop and the Ultra Power or Ultra Advanced batteries.

EXHIBIT 12 (Continued)



Exhibit 12, Figure 3. Distribution curves for run times of Duracell AA batteries as tested by the ANSI Toothbrush Simulation Discharge Test. It can be shown that each of these distributions is a normal distribution.

EXHIBIT 13 (Continued)



Exhibit 13, Figure 2. Raw Run Time for each AA cell tested with the ANSI Digital Audio Discharge Simulation Test. There is one statistical "outlier" – a CopperTop cell discharging with only 19+ hours of run time.

EXHIBIT 13 (Continued)



Exhibit 13, Figure3. The Log-Log representation of the Raw Run Times versus the applied discharge current for AA batteries.

## EXHIBIT 14



Exhibit 14. "Typical Constant Current Discharge Characteristics at 21 °C (70 °F)" from Duracell's datasheet for CopperTop AA (MN1500). The use of this chart is discussed in the text.

EXHIBIT 13 (Continued)



**Exhibit 13, Figure 4.** Analogous to Exhibit 13, Figure 2, this figure shows the Run Times for the ANSI Digital Audio Discharge simulation test *normalized* to 100 mA. That is, the Run Times that would be expected if each cell were discharged at *exactly* 100 mA.

**EXHIBIT 16**



**Exhibit 16.** Typical Discharge Characteristics of a Duracell CopperTop AAA battery. This chart appears in Duracell's MN1500 datasheet. The black curve (1.00 Amp) and blue curve (0.25 Amp) are of interest as these tests were performed in conjunction with this case. Typical values of service hours (run time) with cutoff at 0.8 V can be interpolated from this chart. For 1.00 Amp: about 75 minutes; for 0.25 Amps: about 560 minutes. It should be noted that as with the AA-size cells, the CopperTop is a "base" model and that the Ultra batteries are offered as "premium" devices which should expect run times longer than illustrated above.

**EXHIBIT 17 (Continued)**



**Exhibit 17, Figure 2.** Run times of all AAA batteries discharged with a constant current of 1000 mA.

EXHIBIT 18 (Continued)



Exhibit 18, Figure 2. Run times of all AAA batteries discharged with the algorithm prescribed by the ANSI Toy Test for AAA (Exhibit 18, Figure 1). From this chart there is no clear difference between CopperTop and the Ultra Power or Ultra Advanced batteries.

EXHIBIT 19 (Continued)



**Exhibit 19, Figure 2.** Raw Run Time for each AAA cell tested with the ANSI Digital Audio Discharge Simulation Test.

EXHIBIT 19 (Continued)



**Exhibit 19, Figure 3.** Analogous to Exhibit 19, Figure 2, this figure shows the Run Times for the ANSI Digital Audio Discharge Simulation Test *normalized* to 100 mA. That is, Run Times that would be expected if each cell were discharged at *exactly* 100 mA.