## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### ORLANDO DIVISION
_____

| | | |
|---|---|---|
| JOSHUA D. POERTNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 6:12-cv-00803-GAP-DAB |
| | ) | |
| THE GILLETTE COMPANY and THE | ) | |
| PROCTER & GAMBLE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

### DECLARATION OF DUANE STEFFEY, PH. D.

I, Duane Steffey, Ph.D., declare as follows:

1.      Except where otherwise indicated, I have personal knowledge of the matters stated in this declaration.  If called upon to do so, I could and would testify to the facts stated below.

2.      I am employed by Exponent Failure Analysis Associates.

3.      I have been retained to provide a statistical critique of the comparative evaluation of battery performance conducted by Dr. Walter van Schalkwijk in the above referenced matter.

4.      Attached as Exhibit A is a true and correct copy of my written report setting forth a true and correct recitation of the scope of my assignment, the opinions that I have reached, the basis and reasons for them, the facts and data I considered in forming them, the

exhibits that summarize and/or support them, my qualifications, publications, and my relevant experience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This declaration is made on May 9th, 2013, in Menlo Park, California.

Duane L. Steffey

SFI-825021v1

# EXHIBIT A



*Failure Analysis Associates®*

# Rebuttal to the Report of Dr. Walter A. van Schalkwijk

In the matter of

Joshua Poertner,
Plaintiff,
vs.
The Gillette Company and Procter & Gamble Company
Defendants,

United States District Court for the Middle District of Florida, Orlando Division
Case No:  6:12-CV-00803-GAP-DAB

Prepared by

Duane L. Steffey, Ph.D.

Exponent Failure Analysis Associates
149 Commonwealth Drive
Menlo Park, CA  94025

March 2013

© Exponent, Inc.

# Contents

|  | Page |
|---|---|
| **Executive Summary** | **2** |
| **Statement of Qualifications** | **3** |
| **Introduction and Background** | **4** |
| Scope of assignment | 4 |
| Documents considered | 4 |
| **Statistical Evaluation of Dr. van Schalkwijk's Report** | **5** |
| Ultra Advanced vs. Ultra Digital | 5 |
| Ultra Power vs. CopperTop | 5 |
| Violations of Normality Assumptions | 6 |
| Statistical Comparison Using Two-Sample t-Test | 13 |
| **Conceptual Errors and Misstatements of Fact** | **16** |
| Misinterpretation of normality test results | 16 |
| Misleading graphical displays | 17 |
| Use of an unpublished and untested rule for comparison | 20 |
| Flawed basis for determining test quantity goals | 20 |
| **Conclusions and Limitations** | **22** |
| **Appendix A      Resume of Duane L. Steffey, Ph.D.** | **23** |
| **Appendix B      Expert Witness Testimony 2009-2013** | **32** |

# Executive Summary

I was asked to provide a statistical critique of the comparative evaluation of battery performance conducted by Dr. Walter A. van Schalkwijk in the above referenced matter.

Dr. van Schalkwijk tested Duracell alkaline batteries branded as CopperTop, Ultra Digital, Ultra Advanced, and Ultra Power.  Both AA and AAA batteries were subject to certain ANSI-approved intermittent use tests, as well as non-ANSI tests involving continuous discharge.  I have been asked to focus on the intermittent use tests.

It appears Dr. van Schalkwijk's work purports to provide statistical analysis to evaluate the advertising claim made by Duracell that Ultra Power batteries are "our longest lasting"[1] batteries, which I understand Dr. van Schalkwijk to evaluate in comparison to CopperTop batteries.  It does not appear that Dr. van Schalkwijk has claimed that he has statistically valid evidence of the performance differences between the Ultra Advanced and Ultra Digital batteries.  I nevertheless point out herein the errors in his statistical assumptions and methods with respect to those battery types.

The conclusions reached by Dr. van Schalkwijk regarding the merits of "our longest lasting" claim should be entirely disregarded, because he is admittedly unqualified to offer expert statistical testimony while his key conclusions are fundamentally statistical in nature.  In addition, the statistical design and analysis of his testing suffers from serious flaws:

- In almost all cases, the statistical methods used by Dr. van Schalkwijk to compare Ultra Power and CopperTop battery performance are misapplied because of violations of assumptions required for their indicated use.  Specifically, in almost all cases the pertinent performance metrics (i.e., run time or number of completed dual pulses) are not normally distributed as required for validity of the two-sample $t$-test.

- In the one intermittent use test in which the normality assumption is satisfied (AAA Digital Audio), application of the two-sample $t$-test leads to a conclusion consistent with the advertised claim: average run times for both Ultra Power and Ultra Advanced batteries are significantly longer than average run times for CopperTop batteries.

- Dr. van Schalkwijk made numerous fundamental errors in interpreting data, applying statistical methods, and discussing statistical concepts in his deposition testimony.  Collectively, these errors demonstrate a lack of understanding of basic statistical methods and confirm his testimony under oath: "I'm not an expert in statistics."[2]

---

[1] Declaration and Expert Report of Walter A. van Schalkwijk, Ph.D., *Poertner v. Gillette and Procter & Gamble* (hereafter the "*Poertner* report"), p. 4.

[2] Deposition of Walter A. van Schalkwijk, Ph.D., March 6, 2013, 81:11.

# Statement of Qualifications

My expertise includes the statistical design and analysis of studies to evaluate the performance of products during development, manufacturing, and in-service use by customers.  I have evaluated issues related to construction materials, consumer electronics, drug delivery systems, home appliances, industrial tools, medical devices, motor vehicles, pharmaceuticals, recreational and sports equipment.  My investigations have involved data from engineering and scientific experiments, sample surveys, observational studies, and a variety of administrative record sources:  accident and injury databases, complaints, field returns, quality audits, replacement part sales, warranty claims.  I have also applied statistical concepts and methods in evaluating issues arising from actions, events, processes, products, or services affecting relationships between businesses and consumers, employees, other companies or individuals, government agencies, and the environment (including contracts, patents, and regulations).

My academic credentials include a Bachelor of Science degree in 1981 and M.S. and Ph.D. degrees in statistics in 1984 and 1988, respectively, all earned from Carnegie Mellon University. I am an elected Fellow of the American Statistical Association (ASA) and also hold membership in the Society for Risk Analysis and the Institute of Mathematical Statistics. Within the ASA I served as a district vice-chair on the Council of Chapters Governing Board from 2008-2010, as program chair of the Section on Risk Analysis in 2006-2007, and as president of the San Diego Chapter from 1999-2003.

As a tenured professor of statistics at San Diego State University, I co-founded and co-directed the university's statistical consulting center.  I held a prior appointment at the National Research Council, where I directed studies for federal government clients on census methodology and the testing and evaluation of military systems.  I was also previously employed in the risk assessment group at Westinghouse Electric Corporation, where I was engaged in conducting probabilistic safety studies for the commercial nuclear energy industry.

My current position is Senior Managing Scientist and Practice Director for Exponent's Statistical and Data Sciences practice.  In that capacity I oversee a group of statisticians, mathematicians, and computer scientists, specializing in the application of quantitative methods in projects involving product development, manufacturing process control, and regulatory and safety issues.  My recent applied research has concerned the design and analysis of engineering and scientific experiments, sample surveys, and observational studies.  I have assisted clients in evaluating product performance using manufacturing data on process outcomes and field data on incidents and exposure.

I have published approximately 40 peer-reviewed articles, as well as several books and book chapters, including a series of publications and presentations on the field performance evaluation of manufactured products.  My curriculum vita is included as Appendix A. Appendix B contains my deposition and trial testimony for the past four years.  The hourly rate charged for my time engaged in this matter is $360.

# Introduction and Background

I was asked to provide a statistical critique of the comparative evaluation of battery performance conducted by Dr. Walter A. van Schalkwijk in the above referenced matter.

Dr. van Schalkwijk tested Duracell alkaline batteries branded as CopperTop, Ultra Digital, Ultra Advanced, and Ultra Power.  Both AA and AAA batteries were subject to certain ANSI-approved intermittent use tests, as well as non-ANSI tests involving continuous discharge.  I have been asked to focus on the intermittent use tests.

It appears Dr. van Schalkwijk's work purports to provide statistical analysis to evaluate the advertising claim made by Duracell that Ultra Power batteries are "our longest lasting"[3] batteries, which I understand Dr. van Schalkwijk to evaluate in comparison to CopperTop batteries.  It does not appear that Dr. van Schalkwijk has claimed that he has statistically valid evidence of the performance differences between the Ultra Advanced and Ultra Digital batteries.  I nevertheless point out herein the errors in his statistical assumptions and methods with respect to those battery types.

## Scope of assignment

My statistical review focused on the ANSI-approved intermittent use tests.  I reviewed the statistical aspects of Dr. van Schalkwijk's test plan, including the selection of battery cells for testing.  I investigated the generation and interpretation of graphical data displays, the application of statistical methods for testing hypotheses, and the validity of inferences and conclusions drawn from statistical analyses of the test data.

## Documents considered

- Declaration and expert report (including exhibits) of Walter A. van Schalkwijk, Ph.D., *Poertner v. Gillette and Procter & Gamble*, January 14, 2013
- Deposition testimony of Walter A. van Schalkwijk, Ph.D., *Poertner v. Gillette and Procter & Gamble*, March 6, 2013
- Report of the Consulting Expert (including exhibits), *Collins v. Gillette*, January 18, 2013
- Deposition testimony of Walter A. van Schalkwijk, Ph.D., *Collins v. Gillette*, March 7, 2013
- Second amended complaint, *Poertner v. Gillette and Procter & Gamble*, September 24, 2012
- First amended complaint, *Collins v. Gillette*, May 31, 2012

---

[3] Declaration and Expert Report of Walter A. van Schalkwijk, Ph.D., *Poertner v. Gillette and Procter & Gamble* (hereafter the "*Poertner* report"), p. 4.

# Statistical Evaluation of Dr. van Schalkwijk's Report

I evaluated Dr. van Schalkwijk's statistical conclusions, as well as the statistical bases for the assumptions he employed in making comparisons and reaching these conclusions.

## Ultra Advanced vs. Ultra Digital

It does not appear that Dr. van Schalkwijk has claimed that he has statistically valid evidence of the performance differences between the Ultra Advanced and Ultra Digital batteries.  I nevertheless point out herein the errors in his statistical assumptions and methods with respect to those battery types.

## Ultra Power vs. CopperTop

From his testing of AA and AAA batteries, Dr. van Schalkwijk concludes, "the CopperTop, Ultra Advanced, and Ultra Power batteries are statistically equivalent in their performance."[4] Dr. van Schalkwijk testified[5] he based this conclusion on the results of two comparative tests:

1.  Comparing the difference in the two sample means to its estimated standard deviation, assuming the samples are drawn from normally distributed populations (the widely used two-sample *t*-test);
2.  Comparing the difference in the two sample means to a threshold of twice the average standard deviation.

Neither method is documented in Dr. van Schalkwijk's report.  Later in this report I discuss further the second method and its lack of foundation.

Regarding the first method, the normal distribution underlying the *t*-test is the familiar "bell curve" often used to describe the observed variation in many kinds of physical measurements, such as weights or temperatures.  (The distribution is also known as the Gaussian distribution in recognition of its discoverer, the German mathematician Carl Friedrich Gauss.)

The normal distribution is one of the most important and widely used distributions in statistical practice, but it does not accurately describe all physical phenomena.  When considering the normal distribution as a population model, statisticians typically check the distribution's "goodness-of-fit"—i.e., whether the normal curve closely approximates the observed sample

---

[4] *Poertner* report, p. 3.
[5] *Poertner* depo., 79:5-80:6.

data when plotted on the measurement scale. One of the commonly used statistical tests for normality is the Anderson-Darling test invented and published 60 years ago.[6]

Although the two-sample *t*-test is a generally accepted statistical method for using sample data to compare population means,[7] its valid use is premised on the assumption that the populations from which the samples are drawn are normally distributed—i.e., the distribution of values for each population follows a bell curve. Dr. van Schalkwijk testified that he proceeded to compare battery performance in two steps: first, applying the Anderson-Darling test to check normality of each population; second, applying the two-sample *t*-test.[8]

Dr. van Schalkwijk's conclusion that the CopperTop, Ultra Advanced, and Ultra Power battery types are statistically equivalent is unreliable for two reasons:

- In 5 of the 6 intermittent use tests Dr. van Schalkwijk performed, contrary to his testimony under oath, the data for one or more of these three battery types show severe and statistically significant violations of the normality assumption required by the two-sample *t*-test.

- In the one intermittent use test in which the normality assumption is satisfied (AAA Digital Audio), application of the two-sample *t*-test leads to a conclusion consistent with the advertised claim: average run times for both Ultra Power and Ultra Advanced batteries are significantly longer than average run times for CopperTop batteries.

I used the Minitab®[9] software package to prepare the graphical data summaries and to perform the statistical tests reported below.

## Violations of Normality Assumptions

For each of the five intermittent use tests with demonstrably non-normal performance data, we provide the following results in two figures:

- Data histograms with fitted normal curves illustrating the gaps between the observed data and the data expected under normality;
- A linear probability plot, with points farthest from the line indicating non-normality, and the results of the Anderson-Darling test for normality.

The Anderson-Darling test involves using the sample data to calculate a test statistic, labeled as AD in the box in the upper right corner of Figure 2. In this case, AD = 1.479. Larger values of

---

[6] Anderson, TW and Darling, DA (1954), "A Test of Goodness-of-Fit," *Journal of the American Statistical Association,* **49**, 765–769.

[7] Moore, DS and McCabe, GP (2003), *Introduction to the Practice of Statistics*, 4th edition, New York: Freeman.

[8] *Poertner* depo, 79:17-23.

[9] *Minitab Statistical Software*, Release 16, Minitab, Inc., State College, PA.

the AD statistic indicate greater discrepancies between the data distribution and the normal (bell) curve.

Rather than interpreting the AD statistic directly, statisticians commonly express results of an AD test (and statistical tests generally) in terms of its "*p*-value."  In the context of Figure 2, the *p*-value, also known as the "observed significance level," is the probability that numbers of completed pulse pairs for a sample of 25 CopperTop batteries would produce an AD value of 1.479 or greater when the distribution of pulse pair values in the CopperTop population is normal.  Because this probability is very low (*p*-value < 0.005), the observed AD test result is unlikely to occur when the normal assumption is true and, therefore, provides strong evidence the data are not normally distributed.

Thus, contrary to Dr. van Schalkwijk's testimony under oath, a *p*-value ("p parameter"[10]) less than 0.05 would commonly be interpreted as statistically significant evidence (at the 0.05 level) the measurements do <u>not</u> follow a normal distribution.[11]

---

[10] *Poertner* depo., 81:4-8.
[11] Moore and McCabe, *op. cit.*, pp. 440-443.

**ANSI Digital Camera Simulation Test for AA Batteries**



Figure 1.  Data histograms and fitted normal curves, ANSI digital camera simulation test for Duracell AA batteries.
Discrepancies between the bars and the blue curve indicate departures from normality.



Figure 2.  Linear probability plot and Anderson-Darling test for normality, ANSI digital camera simulation test for
Duracell CopperTop AA batteries.  The p-value is less than 0.005 and indicates severe non-normality in the
measured performance data.

**ANSI Toy Simulation Test for AA Batteries**



Figure 3.  Data histograms and fitted normal curves, ANSI toy simulation test for Duracell AA batteries. Discrepancies between the bars and the blue curve indicate departures from normality.



Figure 4.  Linear probability plot and Anderson-Darling test for normality, ANSI toy simulation test for Duracell Ultra Power AA batteries.  The p-value is less than 0.005 and indicates severe non-normality in the measured performance data.

**ANSI Toothbrush Simulation Test for AA Batteries**



Figure 5.  Data histograms and fitted normal curves, ANSI toothbrush simulation test for Duracell AA batteries. Discrepancies between the bars and the blue curve indicate departures from normality.



Figure 6.  Linear probability plot and Anderson-Darling test for normality, ANSI toothbrush simulation test for Duracell CopperTop AA batteries.  The p-value is less than 0.005 and indicates severe non-normality in the measured performance data.

**ANSI Digital Audio Simulation Test for AA Batteries**



Figure 7.  Data histograms and fitted normal curves, ANSI digital audio simulation test for Duracell AA batteries. Discrepancies between the bars and the blue curve indicate departures from normality.



Figure 8.  Linear probability plot and Anderson-Darling test for normality, ANSI digital audio simulation test for Duracell Ultra Advanced AA batteries.  The p-value of 0.006 indicates severe non-normality in the measured performance data.

**ANSI Toy Simulation Test for AAA Batteries**



Figure 9.  Data histograms and fitted normal curves, ANSI toy simulation test for Duracell AAA batteries. Discrepancies between the bars and the blue curve indicate departures from normality.



Figure 10.  Linear probability plot and Anderson-Darling test for normality, ANSI toy simulation test for Duracell Ultra Power AAA batteries.  The p-value is less than 0.005 and indicates severe non-normality in the measured performance data.

## Statistical Comparison Using Two-Sample t-Test

The digital audio test of AAA batteries is the one ANSI-approved intermittent use test in which the normality assumptions are satisfied (though marginally so, for Ultra Power batteries).  In contrast to the probability plots presented earlier (e.g., Figure 10), Figures 11-13 show the observations lie reasonably close to the blue line associated with the normal distribution.



Figure 11.  Linear probability plot and Anderson-Darling test for normality, ANSI digital audio simulation test for Duracell CopperTop AAA batteries.  The p-value is greater than 0.05 and indicates consistency with an assumption of normality in the measured performance data.



Figure 12.  Linear probability plot and Anderson-Darling test for normality, ANSI digital audio simulation test for Duracell Ultra Advanced AAA batteries.  The p-value is greater than 0.05 and indicates consistency with an assumption of normality in the measured performance data.



Figure 13.  Linear probability plot and Anderson-Darling test for normality, ANSI digital audio simulation test for Duracell Ultra Power AAA batteries.  The p-value is approximately 0.05 and indicates marginal consistency with an assumption of normality in the measured performance data.

**ANSI Digital Audio Simulation Test for AAA Batteries**

Figure 14 below shows the run times (in hours) for the three types of Duracell AAA batteries tested:  CopperTop, Ultra Advanced, and Ultra Power.  As suggested by the plot, pairwise comparisons for Ultra Power vs. CopperTop and Ultra Advanced vs. CopperTop using the two-sample *t*-test confirm the average run times of 9.9 hours and 9.7 hours, respectively, for Ultra Power and Ultra Advanced AAA batteries are significantly longer than the average run time of 9.5 hours for CopperTop AAA batteries, consistent with the advertised claim.



Figure 14.  Comparative dot plot of runtimes, ANSI digital audio simulation test for Duracell AAA batteries.

Table 1 displays the sample statistics and test values for the statistical comparisons using the two-sample *t*-test.  The small *p*-values (< 0.05) indicate differences in mean performance.

Table 1.  Comparison of average runtimes (hours), ANSI digital audio simulation test for Duracell AAA batteries.

| Battery Type | Cells Tested | Mean (hours) | St. Dev. (hours) | *t*-value | *p*-value |
|---|---|---|---|---|---|
| CopperTop | 24 | 9.47 | 0.29 | — | — |
| Ultra Advanced | 24 | 9.72 | 0.36 | −2.68 | 0.010 |
| Ultra Power | 24 | 9.86 | 0.54 | −3.21 | 0.003 |

# Conceptual Errors and Misstatements of Fact

Dr. van Schalkwijk's deposition testimony regarding his work contains numerous conceptual errors and misstatements of fact that undermine the reliability of his conclusions and demonstrate a lack of understanding of basic statistical methods.  In this section I identify and address the most egregious and consequential errors:

- Misinterpretation of the Anderson-Darling test of normality;
- Misinformed use of Excel to create misleading graphical displays;
- Use of an unpublished and untested rule in comparing performance;
- Misapplication of acceptance sampling plans in determining test quantity goals.

Although Dr. van Schalkwijk repeatedly acknowledged under oath his lack of expertise in statistics, his key conclusions about comparative performance based on his battery testing are fundamentally statistical in nature, and the statistical incompetence demonstrated in his testimony is, in my experience, remarkable.

## Misinterpretation of normality test results

The statistical comparisons of battery performance undertaken by Dr. van Schalkwijk using the two-sample $t$-test are valid when the populations from which the sample measurements are drawn are normally distributed.  Dr. van Schalkwijk's testimony in several places indicates that, while he understands the need to check whether the sample data are consistent with an assumption of normality, he does not understand how to interpret the results of a generally accepted check for normality, the Anderson-Darling test introduced earlier.

> "…if you get an Anderson-Darling results where the… p parameter… was less than .05, I think it was, then you could consider the entire grouping to follow a normal distribution."  [*Poertner depo, 81:4-8*]

As previously discussed, this statement is precisely <u>wrong</u>:  small $p$-values (the "p parameter"), particularly those less than 0.05, are correctly interpreted as evidence the data do <u>not</u> follow a normal distribution.

I have calculated values of the Anderson-Darling statistic for all battery types subjected to ANSI-approved testing:  sometimes the p-values are above 0.05 (e.g., Figure 11), sometimes below (e.g., Figure 10).  Neither the correct or incorrect interpretation of the 0.05 threshold supports the statement Dr. van Schalkwijk makes later in his testimony:

> "Q.  …Do you believe all of your test results displayed a normal distribution?
> A.  Yes."  [*Poertner depo, 236:25-237:2*]

Instead, correct application of the Anderson-Darling test to the Duracell battery performance data generated in Dr. van Schalkwijk's investigation can be seen to contradict the broad declaration made in his second day of testimony:

> "…I have never encountered data that didn't have some normalcy—
>     Q.  You have never encountered any sample data that had no normalcy or that wasn't normally distributed?
>     A.  As long as the sample size were adequate, it always showed some normalcy."
> [*Collins* depo, 45:8-14]

## Misleading graphical displays

To support his contention that all battery performance data generated in his investigation are normally distributed, Dr. van Schalkwijk includes in his report a series of figures, one of which is reproduced below as Figure 12.



**EXHIBIT 11 (Continued)**

**Exhibit 11, Figure 3**. Distribution curves for run times of Duracell AA batteries as tested by the ANSI Toy Simulation Discharge Test. It can be shown that each of these distributions is a normal distribution. The horizontal position of the peak of each distribution shows the mean run tome for that particular battery model. The most interesting feature is the gap between 480 and 500 minutes with a complete lack of data in this region. See the text above. This is not a mistake nor is it an artifact of the number of batteries tested.

Figure 15.  Reproduction of Exhibit 11, Figure 3, from Dr. van Schalkwijk's report dated January 14, 2013 (highlighting added).

Note the original caption of the figure includes the statement, highlighted in yellow, "It can be shown that each of these distributions is a normal distribution."  In fact, three of the four data distributions plotted in Figure 15 (all but Ultra Digital) show severe violations of the normality

assumption.  Here I explore further the lack of normality for two of these battery types:  Ultra Power (see Figure 4) and Ultra Advanced (see Figure 16).

In describing the ANSI Toy test I previously reported how poorly normal curves fit the data histograms of all battery types except Ultra Digital (see Figure 3 in a preceding section).  Also, Figure 4 of that section confirmed the assumption of normality should be rejected for the Ultra Power battery data by applying the Anderson-Darling test.  To reinforce the point, Figure 16 similarly confirms the assumption of normality should be rejected for the Ultra Advanced battery type, again based on the Anderson-Darling test.



Figure 16.  Linear probability plot and Anderson-Darling test for normality, ANSI toy simulation test for Duracell Ultra Advanced AA batteries.  The p-value is less than 0.005 and indicates severe non-normality in the measured performance data.

Dr. van Schalkwijk's testimony illustrates not only his misinterpretation of the Anderson-Darling test, but also his failure to comprehend how the NORM.DIST function in Excel was used to create the charts similar to Figure 15 contained in his report:

> "Q.  So are you very confident that NORMDIST function does not begin with an assumption of normally distributed data?
> A.  Yes.
> Q.  Are you as confident of that as you are of all your other opinions in this case?
> A.  Yes.
> Q.  You are very sure of yourself on that?
> A.  Yes."  [*Collins* depo, 60:1-10]

Dr. van Schalkwijk is seriously mistaken. Figure 17 provides a screen shot of the help documentation available in Excel for the NORM.DIST function. As highlighted in Figure 17, for a user-specified mean, standard deviation, and measurement value (*x*), the NORM.DIST function returns the normal distribution. Whether the fourth input argument is true or false determines whether the value returned is from the cumulative distribution function or probability mass (density) function.



Figure 17. Screen shot of Excel Help documentation of NORM.DIST function (highlighting added).

Contrary to Dr. van Schalkwijk's representation under oath, the NORM.DIST function does not tell you whether your data have a normal distribution [*Collins* depo, 59:11-13]. Instead, use of the NORM.DIST function involves the <u>assumption</u> the normal distribution is valid for the application. The function then uses mathematical formulas specific to the normal distribution to calculate and return one of two numerical values (depending on the fourth argument the user provides as input to the function).

Creating charts such as the one reproduced in Figure 15 is not a generally accepted method for displaying sample data in statistical practice. Furthermore, such charts are extremely misleading. Dr. van Schalkwijk's use of the NORM.DIST function effectively assumes normality and forces the data points, when plotted, to follow the outline of a bell curve. Such charts will always provide the visual suggestion of normality, even when severely non-normal data are used to generate the plots.

In his testimony Dr. van Schalkwijk compounds this fundamental error with a series of incomplete or erroneous statements, further illustrating his lack of statistical understanding:

- inability to interpret the probability density scale (the "Y axis") for charts in his report similar to Figure 15 [*Collins* depo, 57:22-58:6];
- misinterpretation of fourth argument in NORM.DIST syntax [*Collins* depo, 56:15-20];
- mischaracterization of NORM.DIST and "the Weibull" as "different tests for normalcy" [*Collins* depo, 60:24-61:3].

## Use of an unpublished and untested rule for comparison

As noted earlier, Dr. van Schalkwijk testified he performed two statistical tests in reaching opinions about the comparative performance of tested Duracell batteries. Neither test is documented in his expert report, but one, the two-sample *t*-test, is a generally accepted method in statistical practice.

The second test, as described by Dr. van Schalkwijk in his testimony, involves comparing the difference in sample mean performance for two battery types to a threshold of twice the average standard deviation of performance. No rigorous justification in statistical distribution theory exists for such an averaging of standard deviations, and this method is not generally accepted in statistical practice. Consistent with Dr. van Schalkwijk's concession that the second test is "arbitrary" and not "something that you would read in a statistical manual",[12] I believe the results of such an informal and unjustified comparative test should be given no weight as evidence.

## Flawed basis for determining test quantity goals

Dr. van Schalkwijk provides a rather informal justification for the guidelines he set in determining the number of battery cells to test. He claims to have used, as a starting point, tables of acceptance sampling plans widely used in manufacturing for continuous quality inspection of finished products:

> "…the tables show I needed 21 batteries of each type. I rounded it up to 25 just in case…, and then I doubled that. And that number was somewhat arbitrarily doubled just so that we could have a lot of data….[T]he desired minimum was 21 and the goal was 50." [*Poertner* depo, 173:20-174:4]

This justification for the quantities of batteries tested suffers from numerous flaws. First, acceptance sampling plans were developed to judge the quality of manufactured goods against established specification limits, not to compare samples from two populations. Dr. van Schalkwijk shows no clear logic applied in using the acceptance sampling tables.

---

[12] *Poertner* depo., 83:1-11.

Second, the arbitrary rounding and doubling clearly indicate the sample size requirements were not rigorously determined.  When findings of statistical equivalence are made (disregarding for a moment the demonstrated flaws on which Dr. van Schalkwijk's findings are based), one seeks confidence the sample sizes were sufficiently large, so that meaningful differences in performance, if they existed, would likely have been found in the study.  Typically statisticians address this question by conducting a formal "power analysis" to determine the sample sizes required to provide a high probability of detecting such differences.  No such analysis was performed in planning the battery tests conducted by Dr. van Schalkwijk.

Finally, the desired minimum of 21 batteries, however determined by Dr. van Schalkwijk, was not always met:  as few as 8 batteries of one type were tested.

For all the reasons cited above, including misapplication of the two-sample $t$-test to non-normal data, Dr. van Schalkwijk's conclusions about the comparative performance of Duracell alkaline batteries fail to meet generally accepted scientific standards for reliability.

# Conclusions and Limitations

The conclusions reached by Dr. van Schalkwijk regarding the merits of Duracell's advertising claim for its alkaline batteries should be entirely disregarded because of serious flaws in the statistical design and analysis of his testing:

- In almost all cases, the statistical methods used by Dr. van Schalkwijk to compare Ultra Power and CopperTop battery performance are misapplied because of violations of assumptions required for their indicated use.  Specifically, in almost all cases the pertinent performance metrics (i.e., run time or number of completed dual pulses) are not normally distributed as required for validity of the two-sample t-test.

- In the one intermittent use test in which the normality assumption is satisfied (AAA Digital Audio), application of the two-sample *t*-test leads to a conclusion consistent with the advertised claim: average run times for both Ultra Power and Ultra Advanced batteries are significantly longer than average run times for CopperTop batteries.

- Dr. van Schalkwijk made numerous fundamental errors in interpreting data, applying statistical methods, and discussing statistical concepts in his deposition testimony. Collectively, these errors demonstrate a lack of understanding of basic statistical methods and confirm his testimony under oath: "I'm not an expert in statistics."[13]

On the basis of my evaluation of information available at this time, I have reached the above conclusions with a reasonable degree of scientific certainty.

The results of this study derive from the case materials reviewed and from my education, experience, and knowledge.  If other information regarding this matter becomes available, this report may be amended or supplemented.[14]

---

[13] Deposition of Walter A. van Schalkwijk, Ph.D., March 6, 2013, 81:11.

[14] Today (the due date of this report) I received certain documents which I understand Dr. van Schalkwijk provided to defendants earlier today.  Due to the lateness of the production and the lack of any deposition testimony from Dr. van Schalkwijk about these documents, I have not been able to fully evaluate them.  Accordingly, I reserve the right to conduct additional analyses and supplement this report as appropriate.

# Appendix A   Resume of Duane L. Steffey, Ph.D.

## Duane L. Steffey, Ph.D.
**Practice Director and Senior Managing Scientist**

### Professional Profile

Dr. Duane L. Steffey is a Senior Managing Scientist and Practice Director for Exponent's Statistical and Data Sciences practice.  Dr. Steffey's expertise includes the statistical design and analysis of studies to evaluate the performance of products during development, manufacturing, and in-service use by customers.  He has evaluated issues related to construction materials (concrete, doors, windows), consumer electronics (computers, phones), drug delivery systems (syringes, transdermal patches), home appliances (dishwashers, refrigerators), industrial tools, medical devices (joint implants, stents), motor vehicles, pharmaceuticals, recreational and sports equipment.  His investigations have involved data from engineering and scientific experiments, sample surveys, observational studies, and a variety of administrative record sources:  accident and injury databases, complaints, field returns, quality audits, replacement part sales, warranty claims.  Dr. Steffey has also applied statistical concepts and methods in evaluating issues arising from actions, events, processes, products, or services affecting relationships between businesses and consumers, employees, other companies or individuals, government agencies, and the environment (including contracts, patents, and regulations).

As a tenured professor of statistics at San Diego State University, Dr. Steffey co-founded and co-directed the university's statistical consulting center.  He held a prior appointment at the National Research Council, where he directed studies for federal government clients on census methodology and the testing and evaluation of military systems.  He was also previously employed in the risk assessment group at Westinghouse Electric Corporation, where he was engaged in conducting probabilistic safety studies for the commercial nuclear energy industry.

### Academic Credentials and Professional Honors

Ph.D., Statistics, Carnegie Mellon University, 1988
M.S., Statistics, Carnegie Mellon University, 1984
B.S., History/Mathematics, Carnegie Mellon University (with honors), 1981

Fellow, American Statistical Association, 2009; Travel Award for Topic Contributed Session, Section on Statistical Consulting, American Statistical Association, 2008; Chapter Service Recognition Award, American Statistical Association, 2005; Staff Award, Commission on Behavioral and Social Sciences and Education, National Research Council, 1995; Nominee, Timeos Award for University Teaching, San Diego State University, 1990; Summer Faculty Research Fellowship, San Diego State University, 1990; National Merit Scholarship, Carnegie Mellon University, 1977–1981

**Publications**

Groothuis JR, Fryzek JP, Makari D, Steffey D, Martone WJ.  Respiratory syncytial virus hospitalization trends in infants with chronic lung disease of infancy, 1998–2008.  Clinical Epidemiology, 2011; 3:245–250.

Zhao K, Steffey D, Loud J.  Incorporating product retirement in field performance reliability analysis.  Proceedings, 56th Annual Reliability and Maintainability Symposium, Preprint, CD-ROM, 2010.

Steffey D, Ostarello A, Clevenger J, Villarraga, M.  Troubleshooting analyses of production data.  International Journal of Industrial Engineering 2009; 16:206–213.

Zhao K, Steffey D.  Analysis of field performance using interval-censored incident data.  Proceedings, 55th Annual Reliability and Maintainability Symposium, Preprint, CD-ROM, 2009.

Eiselstein L, Steffey D, Nissan A, Corlett N, Dugnani R, Kus E, Stewart S.  Acceptance criteria for corrosion resistance of medical devices:  Statistical analysis of nitinol pitting in *in vivo* environments.  Proceedings, International Conference on Shape Memory and Superelastic Technologies, SMST-2008, pp. 768-780, Stresa, Italy, September 21–25, 2008.

Khanna AJ, Lee S, Villarraga M, Gimbel J, Steffey D, Schwardt J.  Biomechanical evaluation of kyphoplasty with calcium phosphate cement in a 2FSU Vertebral Compression Fracture Model.  Spine J 2008; 8:770–777.

Eiselstein LE, Steffey D, Corlett N, Nissan A.  Toward an acceptance criterion for the corrosion resistance of medical devices:  A statistical study of the pitting susceptibility of nitinol.  Proceedings, International Conference on Shape Memory and Superelastic Technologies, SMST-2007, pp. 279–290, Tsukuba City, Japan, December 3–5, 2007.

Nissan A, Eiselstein LE, Steffey D, Corlett N.  Effects of long-term immersion on the pitting corrosion resistance of nitinol.  Proceedings, International Conference on Shape Memory and Superelastic Technologies, SMST-2007, pp. 271–278, Tsukuba City, Japan, December 3–5, 2007.

Villarraga ML, Cripton PA, Teti SD, Steffey DL, Krisnamuthy S, Albert T, Hilibrand A, Vaccaro A.  Wear and corrosion evaluation in retrieved thoraco-lumbar internal fixation.  Spine 2006; 31:2454–2462.

Steffey DL, Fienberg SE, Sturgess RH.  Statistical assessment of damages in breach of contract litigation.  Jurimetrics 2006; 46:129–138.

Richards D, Carhart M, Raasch C, Pierce J, Ostarello A, Steffey D.  Incidence of thoracic and lumbar injuries for restrained occupants in frontal collisions.  50th Annual Proceedings, Association for the Advancement of Automotive Medicine, 2006.

Gloeckner DC, Moore TLA, Steffey D, Le-Resnick H, Bare C, Corrigan CF.  Implications of vehicle roll direction on occupant ejection and injury risk.  50th Annual Proceedings, Association for the Advancement of Automotive Medicine, 2006.

Moore TLA, Vijayakumar V, Steffey DL, Ramachandran K, Corrigan CF.  Biomechanical factors and injury risk in high-severity rollovers.  49th Annual Proceedings of the Association for the Advancement of Automotive Medicine 2005; 133–150.

Dungan JL, Steffey DL.  Measurement uncertainty in spectral indices from field spectroradiometers.  Eos Trans. American Geophysical Union 2003; 84:46.

Supernak J, Kaschade C, Steffey D.  Dynamic value pricing on I-15 in San Diego:  Impact on travel time and its reliability.  Transportation Research Record 2003; 1839:45–54.

Supernak J, Steffey D, Kaschade C.  Dynamic value pricing as an instrument of better utilization of HOT lanes:  The San Diego I-15 case.  Transportation Research Record 2003; 1839:55–64.

Steffey D, Supernak J, Kaschade C.  San Diego's I-15 value pricing project:  Impact on local businesses.  Public Works Management and Policy 2003; 8:99–110.

Supernak J, Golob JM, Golob TF, Kaschade C, Kazimi C, Schreffler EN, Steffey D.  San Diego's I-15 congestion pricing: traffic-related issues.  Transportation Research Record 2002; 1812:43–52.

Supernak J, Golob JM, Golob TF, Kaschade C, Kazimi C, Schreffler EN, Steffey D.  San Diego's I-15 congestion pricing: attitudinal, behavioral, and institutional issues.  Transportation Research Record 2002; 1812:78–86.

Supernak J, Kaschade C, Steffey D.  Factors affecting housing choices in San Diego:  Impact of the I-15 congestion pricing project.  80th Annual Meeting, Transportation Research Board, Preprint, CD-ROM, 2001.

Anderson M, Daponte BO, Fienberg SE, Kadane JB, Spencer BD, Steffey DL.  Sampling-based adjustment of the 2000 census—A balanced perspective.  Jurimetrics 2000; 40:341–356.

Supernak J, Steffey D, Higgins TJ, Kaschade C, Kawada K.  San Diego's I-15 congestion pricing project:  Impact on local businesses.  79th Annual Meeting, Transportation Research Board, Preprint, CD-ROM, 2000.

Supernak J, Kaschade C, Steffey D, Kawada K, Higgins TJ.  San Diego's I-15 congestion pricing project:  Impact on local housing choices.  79th Annual Meeting, Transportation Research Board, Preprint, CD-ROM, 2000.

Lui K-J, Steffey D.  A note on the application of simple linear regression methods for trend detection at multiple sites and visits.  Statistics in Medicine 1993; 12:1125–1139.

Lui K-J, Steffey D, Pugh JK.  Sample size determination for grouped exponential observations:  A cost function approach.  Biometrical Journal 1993; 35:677–688.

Huntley D, Nommensen R, Steffey D.  The use of specific capacity to assess transmissivity in fractured-rock aquifers.  Journal of Ground Water 1992; 30:396–402.

Steffey D.  Hierarchical Bayesian Modeling with elicited prior information.  Communications in Statistics—Theory and Methods 1992; 21:799–821.

Steffey D, Kass RE.  Comment on Robinson, G.K., "That BLUP is a Good Thing—The Estimation of Random Effects."  Statistical Science 1991; 6:45–47.

Kass RE, Steffey D.  Approximate Bayesian inference in conditionally independent hierarchical models (Parametric Empirical Bayes Models).  Journal of the American Statistical Association 1989; 84:717–726.

Modell J, Steffey D.  Waging war and marriage:  Military service and family formation, 1940–1950.  Journal of Family History 1988; 13:195–218.

**Books and Book Chapters**

Steffey DL.  Risk management of construction defects.  pp. 1553–1556.  In:  Encyclopedia of Quantitative Risk Analysis and Assessment.  Melnick E and Everitt B (eds), John Wiley & Sons Ltd, Chichester, UK, 2008.

Iyer M, Zhao K, Steffey DL.  Managing risks of consumer products.  pp. 1040–1044.  In: Encyclopedia of Quantitative Risk Analysis and Assessment.  Melnick E and Everitt B (eds), John Wiley & Sons Ltd, Chichester, UK, 2008.

Steffey DL.  Homeland security and transportation risk.  pp. 830–838.  In:  Encyclopedia of Quantitative Risk Analysis and Assessment.  Melnick E and Everitt B (eds), John Wiley & Sons Ltd, Chichester, UK, 2008.

DeVito P, Bryant L, Carswell CM, Donahue M, Fabrizio L, Gamache L, Herrmann D, Qualls A, Reckase M, Steffey D.  NAEP reporting practices:  Investigating District-Level and Market-Basket reporting.  National Academy Press, Washington, DC, 2001.

Steffey DL, Samaniego FJ, Tran H.  Hierarchical Bayesian inference in related reliability experiments.  In:  Recent Advances in Reliability Theory: Methodology, Practice, and Inference.  Limnios N and Nikulin M (eds), Birkhauser, Boston, MA, 2000.

DeVito P, Bryant L, Carswell CM, Donahue M, Fabrizio L, Gamache L, Herrmann D, Qualls A, Reckase M, Steffey D.  Designing a Market Basket for NAEP:  Summary of a workshop. National Academy Press, Washington, DC, 2000.

DeVito P, Bryant L, Carswell CM, Donahue M, Fabrizio L, Gamache L, Herrmann D, Qualls A, Reckase M, Steffey D.  Reporting district-level NAEP data:  Summary of a workshop.  National Academy Press, Washington, DC, 2000.

Cohen ML, Rolph JE, Steffey DL (eds).  Statistics, testing, and defense acquisition:  Background papers.  National Academy Press, Washington, DC, 1999.

Cohen ML, Rolph JE, Steffey DL (eds).  Statistics, testing, and defense acquisition:  New approaches and methodological improvements.  National Academy Press, Washington, DC, 1998.

Cohen ML, Rolph JE, Steffey DL (eds).  Statistical methods for testing and evaluating defense systems.  National Academy Press, Washington, DC, 1995.

Steffey DL, Bradburn NM (eds).  Counting people in the information age.  National Academy Press, Washington, DC, 1994.

Rolph JE, Steffey DL (eds).  Statistical issues in defense analysis and testing: summary of a workshop.  National Academy Press, Washington, DC, 1994.

Steffey DL, Bradburn NM (eds).  A census that mirrors America.  National Academy Press, Washington, DC, 1993.

**Selected Presentations**

Steffey D.  Statistical issues in the product life cycle of implantable medical devices.  Conference on Statistical Practice, American Statistical Association, Orlando, FL, February 17, 2012.

Lau EL, Legg JC, Watson HN, Steffey DL, Mowat FS, Kelsh MK.  The problem of missing data: using imputation methods to facilitate oncology outcomes research.  27th International Conference on Pharmacoepidemiology and Therapeutic Risk Management, August 17, 2011.

Steffey D.  Statistics in the courtroom:  concepts and applications.  Annual Meeting, Federation of Defense and Corporate Counsel, Williamsburg, VA, July 27, 2011.

Steffey D, Watson H.  Statistical assessment of injury diagnosis and causation.  8th International Conference on Forensic Statistics, Seattle, WA, July 21, 2011.

Steffey D.  Improving the practice of statistics in the Department of Defense.  Joint Statistical Meetings, Vancouver, BC, August 1-5, 2010.

Steffey D.  Expanding the role of statistical science in defense and national security.  Joint Statistical Meetings, Washington, DC, August 2–6, 2009.

Steffey D.  Exposure to risk from motor vehicles and other consumer products.  Joint Statistical Meetings, Denver, CO, August 3–7, 2008.

Steffey D.  Overarching issues in risk analysis.  Joint Statistical Meetings, Salt Lake City, UT, July 29–August 2, 2007.

Ostarello A, Steffey D.  Estimating taint in a population of insurance claims.  Joint Statistical Meetings, Salt Lake City, UT, July 29–August 2, 2007.

Zhao K, Steffey D.  To recall or not to recall?  Statistical Assessment of Consumer Product Failure Risk.  Joint Statistical Meetings, Salt Lake City, UT, July 29–August 2, 2007.

Steffey D.  Interesting times and opportunities for statisticians in academia, industry and government.  Keynote Address, Statistical Careers Day, San Diego Chapter, American Statistical Association, San Diego, CA, May 5, 2007.

Steffey D.  Sequential test designs for estimation of extreme quantiles.  EURANDOM, Workshop on Mathematical Methodologies for Operational Risk, Eindhoven, The Netherlands, April 16–18, 2007.

Steffey D, Bove R, Fisher J, Cicarelli L, Cargill R, Moore TLA.  Characterization of occupant anthropometry and clearance measures in passenger cars.  Joint Statistical Meetings, Seattle, WA, August 6–10, 2006.

Hood R, Steffey D.  The role of statistical science in construction defect litigation.  Defense Research Institute, 10th Annual Meeting, Chicago, IL, October 21, 2005.

Steffey D, Zhao K, Grossman H, Le-Resnick H.  Vehicle rollover risk analysis:  Metrics and methods.  Joint Statistical Meetings, Minneapolis, MN, August 9, 2005.

Steffey DL, Fienberg SE, Sturgess RH.  Statistical assessment of damages in breach of contract litigation.  6th International Conference on Forensic Statistics, Tempe, AZ, March 18, 2005.

Steffey D, Kelly C.  Statistical consulting at SDSU:  Meeting the needs of students and clients.  5th Annual Workshop on Statistical Consulting and Collaboration, Claremont, CA, November 15, 2003.

Singh S, Steffey D.  Statistical modeling of individual trip frequency using household surveys of travel behavior.  Joint Statistical Meetings, San Francisco, CA, August 4, 2003.

Shcherbak OV, Steffey D.  Predictive modeling of bank portfolio data on home equity products.  Joint Statistical Meetings, San Francisco, CA, August 3, 2003.

Steffey D.  Hierarchical space-time models in environmental and ecological applications.  4th Annual Environmental Science Conference, CEA-CREST, Pasadena, CA, May 30–31, 2003.

Steffey D, Kazimi C, Supernak J, Kaschade C.  assessing air quality along San Diego's I-15 traffic corridor:  Statistical methods for uncertainty analysis.  Joint Statistical Meetings, New York, NY, August 15, 2002.

Steffey D.  Design, measurement, and analysis of traffic studies:  recent issues and reflections from the I-15 congestion pricing project.  80th Annual Meeting, Transportation Research Board, Washington, DC, January 10, 2001.

Steffey DL, Samaniego FJ, Tran H.  Hierarchical Bayesian inference in related reliability experiments.  2nd International Conference on Mathematical Methods in Reliability, Bordeaux, France, July 6, 2000.

Steffey D.  Statistics, testing, and defense acquisition.  ITEA International Symposium, Albuquerque, NM, September 23, 1998.

Steffey D.  Counting people in the information age.  Council of Professional Associations on Federal Statistics, Washington, DC, December 1994.

**Prior Experience**

- Professor, Department of Mathematics and Statistics, San Diego State University, 2003–2006
- Associate Professor, Department of Mathematics and Statistics, San Diego State University, 1993–2003
- Instructor and Visiting Scholar, Division of Statistics, University of California, Davis, Summer/Fall 1998
- Study Director, Committee on National Statistics, National Research Council, 1992–1995
- Adjunct Assistant Professor, Graduate School of Public Health, 1989–1992
- Assistant Professor, Department of Mathematical Sciences, San Diego State University, 1988–1993
- Associate Scientist, Probabilistic Risk Assessment Group, Westinghouse Electric Corporation, 1981–1983

**Project Experience**

*Construction*

Highway:  Investigated a claim involving an asphalt contractor and a state department of transportation.  Found that sampling of constructed highway was inadequate to judge compliance with contract specifications.

Residential:  Analyzed data collected from inspected and tested homes in a large community. Found that inspected homes with visual evidence of distress were overrepresented in the sample of homes selected for subsequent destructive testing, leading to overstatement of the prevalence of construction defects in the community.

*Consumer*

Marketing Research:  Developed methodology to quantify uncertainty in client's proprietary metrics for estimating effectiveness of different marketing campaigns for various products.

Telecommunication Services:  Analyzed company's prices and packages, as well as customer data to characterize distribution of services purchased and assess variation in billing practices.

*Employment*

Meals and Breaks:  Evaluated survey research methods used in estimating economic value of meal and break periods for a class of employees.  Found that estimates were affected by numerous sources of bias in sample selection, population coverage, and survey non-response, as well as sources of error in responses to individual questionnaire items.

Wage and Hour:  Designed, implemented, and analyzed a sample of employee time records to estimate variation of actual hours from budgeted hours for the purpose of assessing eligibility for overtime compensation.

*Insurance*

Motor Vehicle:  Analyzed labor rate survey data to evaluate company's practices for reimbursement of claimed repair costs.

Worker's Compensation:  Designed, implemented, and analyzed results from a sample audit of claims to estimate total economic damages in claim population.

*Product Development*

Medical Diagnostics:  Analyzed client's biomarker data to assist in developing effective rules for distinguishing different medical conditions presenting similar clinical symptoms.

Qualification Testing:  Designed and analyzed results from accelerated tests to characterize stress-life relationship and estimate performance of client product under in use conditions.

*Product Manufacturing*

Acceptance Sampling:  Evaluated historical quality control records to assess degree of compliance with best statistical practices for inspection of finished goods in factory operations.

Troubleshooting Analyses of Production Data:  Analyzed output data on manufactured lots, input data on raw materials, and intermediate data on process characteristics to identify factors associated with unacceptable variation in end-of-line outcomes.

*Product Reliability and Safety*

Recall Investigations:  Analyzed field data on incidents and at-risk units to estimate level of and trends in product performance.  Identified specific models, production time periods, and manufacturing locations with significantly different end-customer experience.

Comparative Risk Analysis:  Evaluated in-use performance of manufacturer-specific products relative to in-use performance of industry products.

**Peer Reviewer**

National Research Council, National Science Foundation, Journal of the American Statistical Association, The American Statistician, Statistical Science, Biometrics, Risk Analysis, Transportation Research Record, Journal of the Air and Waste Management Association, IIE Transactions on Quality and Reliability Engineering, Journal of Official Statistics, Communications in Statistics—Theory and Methods, Technometrics, Journal of Business and Economic Statistics, Annals of the Institute of Statistical Mathematics

**Professional Affiliations**

- American Statistical Association (Fellow)
- Institute of Mathematical Statistics (Member)
- Society for Risk Analysis (Member)
- Editorial Board, CHANCE Magazine (2006–present)
- Program Chair, ASA Section on Risk Analysis (2006–2007)
- ASA Council of Chapters Governing Board:  Vice-Chair, District 6 (2008–2010), Nominations Committee Member (2001–2003)
- President, San Diego Chapter, American Statistical Association (1999–2003)

# Appendix B  Expert Witness Testimony 2009-2013

Rodolfo Avila, et al., v. Pulte Home Corporation, Superior Court, State of California, County of Imperial, Case No. ECU05457, Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  September 10, 2012.  Retained by counsel for defendant.

City Center Construction and Lien Master Litigation, District Court, State of Nevada, County of Clark, Case No. A-10-612676-B, Testimony in deposition re: statistical evaluation of destructive testing as a basis for extrapolation.  June 28, 2012.  Retained by counsel for subcontractor.

Jose Aldana, et al., v. Pulte Home Corporation, Superior Court, State of California, County of Imperial, Case No. ECU06086, Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  January 24, 2012.  Retained by counsel for defendant.

Whirlpool Corporation v. Zoppas Industries de Mexico, Arbitration (no case number), Testimony in deposition and hearing re: statistical analyses and projections of product field performance.  October 13 and December 9, 2011.  Retained by counsel for plaintiff.

Whirlpool Corporation and Maytag Corporation v. Sensata Technologies, Inc., and Texas Instruments, Inc., Circuit Court, Cook Country, Illinois, Case No. 09 L 1022, Testimony in deposition re: statistical analyses and projections of product field performance.  August 10, 2011.  Retained by counsel for plaintiff.

Philadelphia Contributorship Insurance Company a/s/o Anders Skeini and Claudia Tatanelli v. Electrolux, Inc., United States District Court, Eastern District of Pennsylvania, Case No. 2:10-CV-02045, Testimony in deposition re: statistical analysis of dryer fire risk.  July 12, 2011.  Retained by counsel for defendant.

Vista Way Village Association v. Oceanside Breeze Ventures, LLC, et al., Superior Court, State of California, County of San Diego, Case No. 37-2008-00096780-CU-CD-CTL, Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  January 26, 2011.  Retained by counsel for defendant.

Karen Russell v. Electrolux Home Products, Inc., United States District Court, Southern District of New York, Case No. 09-CV-7826-CS, Testimony in deposition re: statistical analysis of dryer fire risk.  November 11, 2010.  Retained by counsel for defendant.

Catherine Anderson and Allan Anderson, Jr. v. Macy's Northeast Inc., et al., Superior Court, State of New Jersey, County of Mercer, Case No. MER-L-799-08, Testimony in deposition re: statistical assessment of injury risk.  October 29, 2010.  Retained by counsel for defendant.

Standard Fire Insurance Co. a/s/o Karen Thomas v. Electrolux Home Products, Inc., United States District Court, Northern District of Ohio, Case No. 4:08-CV-02486, Testimony in deposition re: statistical analysis of dryer fire risk.  May 27, 2010.  Retained by counsel for defendant.

Donegal Mutual Insurance Co. a/s/o Vanessa Schantz v. Electrolux North America, United States District Court, Eastern District of Pennsylvania, Case No. 1:08-CV-2171, Testimony in deposition re: statistical analysis of dryer fire risk.  May 11, 2010.  Retained by counsel for defendant.

Arturo Aguayo, et al., v. Correll Estates Development Company, LLC, et al., Superior Court, State of California, County of Imperial, Case No. ECU03553, Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  January 7, 2010.  Retained by counsel for defendant.