UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| JOSHUA D. POERTNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 6:12-CV-00803-GAP- |
| | ) | DAB |
| THE GILLETTE COMPANY, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ———————————————— | ) | |

**DECLARATION OF DARREN COTTRIEL IN SUPPORT OF DEFENDANTS'
OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND DEFENDANTS'
MOTIONS TO EXCLUDE EXPERT TESTIMONY**

I, Darren Cottriel, declare as follows:

1.      I am a licensed attorney in the State of California and a partner in the law firm of Jones Day, co-counsel for defendants The Gillette Company ("Gillette") and The Procter & Gamble Company ("P&G") (collectively, "Defendants") in this case.  I am admitted *pro hac vice* as Defendants' counsel in this case.  Unless otherwise specified, I have personal knowledge of the facts stated in this declaration.

2.      On August 14, 2012, our office received Plaintiff's verified Answers to Gillette's Amended First Set Interrogatories in this action.  Attached hereto as Exhibit A is a true and correct copy of Plaintiff's verified response to Interrogatory No. 13.

3.      On October 5, 2012, I took the deposition of Plaintiff Joshua D. Poertner at Plaintiff's counsel's office in Birmingham, Alabama.  Attached hereto as Exhibit B is a true and correct copy of relevant excerpts of the certified transcript of Mr. Poertner's testimony in that deposition.

4.      On March 6, 2013, Defendants' counsel took the deposition of Plaintiff's purported expert, Walter A. van Schalkwijk, Ph.D.  Attached hereto as Exhibit C is a true and

correct copy of relevant excerpts of the certified transcript of Dr. van Schalkwijk's testimony in that deposition.

5.      On March 7, 2013, Defendants' counsel took the deposition of Plaintiff's purported expert, Walter A. van Schalkwijk, Ph.D.  Attached hereto as Exhibit D is a true and correct copy of relevant excerpts of the certified transcript of Dr. van Schalkwijk's testimony in that deposition.

6.      On March 13, 2013, Plaintiff's counsel took the deposition of Eric Gruen in this action.  Attached hereto as Exhibit E is a true and correct copy of relevant excerpts of the certified transcript of Mr. Gruen's testimony in that deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This declaration is made on May 13, 2013, in Irvine, California.

                                                    ___/s/ Darren K. Cottriel_____
                                                    Darren Cottriel

SFI-824974v1

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| JOSHUA D. POERTNER, Individually and on Behalf of all Others Similarly Situated; | ) ) ) | |
| | ) ) ) | CASE NO. 6:12-CV-00803-GAP-DAB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE GILLETTE COMPANY, and PROCTER & GAMBLE COMPANY, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S ANSWERS TO DEFENDANT THE GILLETTE
COMPANY'S AMENDED FIRST SET INTERROGATORIES**

Plaintiff, JOSHUA S. POERTNER, by and through his undersigned counsel, hereby provides the following answers to Defendant The Gillette Company's Amended First Set of Interrogatories served on July 12, 2012.

**Interrogatory No 1:** Describe with as much specificity as reasonably possible the circumstances of YOUR purchase of any Duracell batteries since April 1, 2008 ( including the Duracell Ultra Advanced batteries YOU purchased in 2010 and the Duracell Ultra Power batteries YOU purchased in 2012, as identified in YOUR First Amended Complaint, including the following information:

    a.  The precise date of purchase of the batteries (day, month & year);

    b.  The name, address or location of the retail store at which you purchased the batteries;

subject matter discussed in the COMMUNICATION, and the outcome of the COMMUNICATION.

*Answer to Interrogatory No. 12:*

To my knowledge, I have had no communication with any employee of the Defendants. My only communication with these companies has been through their marketing and packaging statements.

**Interrogatory No. 13:** State with as much specificity as possible each and every misrepresentation that YOU contend DEFENDANTS made concerning Duracell Ultra Advanced or Duracell Ultra Power BATTERIES, as alleged in YOUR First Amended Complaint, including without limitation what particular statement was made, whether the statement was written or oral, where the statement was made, the particular PERSON Who made the statement, and the precise date when the statement was made to YOU.

*Answer to Interrogatory No. 13:*

I contend that the Defendants made the misrepresentation in their press release announcing Duracell Ultra Advanced batteries that "Ultra Advanced with POWERCHECK lasts up to 30% longer in toys than the previous Ultra Digital." I also contend that Defendants made the following misrepresentation in the product packaging for Duracell Ultra Advanced, "Up to 30% Longer in Toys", with an asterisk that included the disclaimer "vs. Ultra Digital" in small print. I contend that defendants also made the following misrepresentation on their website product page for Duracell Ultra Advanced "these batteries give you up to 30% more power in toys than Ultra Digital batteries" and "Use with high drain devices, including battery-powered toys, high-powered flashlights, and video game controllers." I also contend that Defendants made the following misrepresentation on the front of the product packaging for Duracell Ultra Power batteries "Our Longest Lasting" and on the back of the packaging a chart indicating "Duracell CopperTop Batteries are "For Everyday Devices" and Duracell Ultra Power batteries are for "When it Matters Most." I contend that Defendants also made the following misrepresentations on their website "Our Longest Lasting" and "Ultra Power is Duracell's most powerful alkaline battery. If you're using a device that requires high battery output, Ultra Power is the way to go." Defendant's website also states that "Duracell Ultra Power batteries offer premium power for many of your devices, including: Battery-powered toys, Video game controllers, High-powered flashlights, Digital cameras and Radio Clocks."

8

Plaintiff, JOSHUA D. POERTNER

**STATE OF FLORIDA**
**COUNTY OF VOLUSIA**

BEFORE ME, the undersigned authority, personally appeared _Joshua D. Poertner_, who is personally known to me or has produced _____, as identification, and being duly sworn, on oath, deposes, and says that the foregoing answers to Interrogatories, propounded on the _14th_ day of _August_ 2012, are true and correct to the best of his knowledge, and that he has read the foregoing Answers to Interrogatories and knows the contents thereof.

NOTARY PUBLIC
STATE OF FLORIDA AT LARGE
My Commission Expires:

JULIE ANN SCHEURICH
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE140422
Expires 11/9/2015

Respectfully Submitted,

/s/ Joshua R. Gale
Joshua R. Gale
Florida Bar No. 63283
WIGGINS, CHILDS, QUINN & PANTAZIS LLC
MELLON, WEBSTER & SHELLY
101 N. Woodland Blvd.
Suite 600
DeLand, FL 32720
Telephone: (386) 675-6946
Facsimile: (386) 675-6947
Email: JGale@WCQP.com
*Attorney for the Plaintiff*

E. Clayton Lowe, Jr.
Peter A. Grammas
Lowe & Grammas, LLP
Liberty Park
1952 Urban Center Pkwy.
Birmingham, AL 35242-2594
Telephone: (205) 380-2400
Facsimile: (205) 380-2408
clowe@lowegrammas.com
pgrammas@lowegrammas.com

13

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2012, I electronically served the foregoing *Plaintiff's Answers to Defendant the Gillette Company's First Amended Set of Interrogatories* by electronic mail to the following:

Darren K. Cottriel
Robert A. Mittlestaedt
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone (949) 553-7548
Facsimile (949) 553-7539
dcottriel@jonesday.com

Jason A. Perkins
Johanna W. Clark
D. Matthew Allen
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
jperkins@carltonfields.com
jclark@carltonfields.com
Mallen@carltonfields.com
*Attorneys for Gillette and Proctor & Gamble*

/s/ Joshua R. Gale
Joshua R. Gale, Esquire

14

# EXHIBIT B

1        IN THE UNITED STATES DISTRICT COURT

2            MIDDLE DISTRICT OF FLORIDA

3                ORLANDO DIVISION

4

5    JOSHUA D. POERTNER,

6            Plaintiff,   CIVIL ACTION NO.

7    vs.                 6:12-CV-00803-GAP-DAB

8    THE GILLETTE COMPANY, et al.,

9            Defendants.

10

11

12        VIDEOTAPED DEPOSITION OF

13            JOSHUA D. POERTNER

14             October 5, 2012

15

16   REPORTED BY:

17   Laura H. Nichols

18   Certified Realtime Reporter,

19   Registered Professional

20   Reporter and Notary Public

21

22

23

24

25   PAGES 1 - 238

                                    Page 1

1

2

3

4

5

6

7    VIDEOTAPED DEPOSITION OF JOSHUA D. POERTNER

8    taken at The Kress Building, 301 19th Street

9    North, Birmingham, Alabama, on October 5, 2012,

10   commencing at 8:36 a.m., before Laura H.

11   Nochols, Certified Realtime Reporter,

12   Registered Professional, Reporter and Notary

13   Public

14

15

16

17

18

19

20

21

22

23

24

25

Page  2

```
1              A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4           Messrs. E. Clayton Lowe, Jr.

5               and Peter A. Grammas

6           Attorneys at Law

7           Lowe & Grammas LLP

8           Liberty Park

9           1952 Urban Center Parkway

10          Vestavia Hills, Alabama 35242

11          205.380.2400

12          clowe@lowegrammas.com

13          pgrammas@lowegrammas.com

14

15   -and-

16

17          Mr. Joshua R. Gale

18          Attorney at Law

19          Wiggins Childs Quinn & Pantazis

20          MainStreet Center

21          101 North Woodland Boulevard

22          Suite 600

23          DeLand, Florida 32720

24          386.675.6947

25          jgale@wcqp.com
```

                                        Page 3

```
 1        A P P E A R A N C E S   (Continuing)

 2

 3    FOR THE DEFENDANTS:

 4          Mr. Darren K. Cottriel

 5          Attorney at Law

 6          Jones Day

 7          3161 Michelson Drive

 8          Suite 800

 9          Irvine, California 92612

10          949.553.7548

11          dcottriel@jonesday.com

12

13    OTHERS PRESENT:

14          Mr. Tom Wodtke, Videographer

15          c/o Mr. Brad Campbell

16          Tyler Eaton Morgan Nichols

17              & Pritchett, Inc.

18          402 Office Park Drive

19          Birmingham, Alabama 35223

20          205.252.9152

21          bcampbell@tylereaton.com

22

23

24

25
```

                                          Page 4

1                    I N D E X   O F   E X A M I N A T I O N

2

3

4                                                        Page:

5        EXAMINATION BY MR. COTTRIEL                        8

6

7

8

9

10              I N D E X   O F   C E R T I F I E D   P O R T I O N S

11

12

13                                                       Page:

14       Requested  portion  certified                    29

15       Requested  portion  certified                    90

16

17

18

19

20

21

22

23

24

25

                                                    Page 5

1                    INDEX OF EXHIBITS

2

3                                         Page:

4      Exhibit 1                            21

5      Exhibit 2                           104

6      Exhibit 3                           138

7      Exhibit 4                           166

8      Exhibit 5                           170

9      Exhibit 6                           171

10     Exhibit 7                           189

11     (Original retained by Cottriel)

12     Exhibit 8                           194

13     Exhibit 9                           195

14     Exhibit 10                          217

15     Exhibit 11                          220

16     Exhibit 12                          221

17     Exhibit 13                          234

18

19

20

21

22

23

24

25

                                      Page 6

```
 1                    I,  Laura  H.  Nichols,  a
 2   Certified  Realtime  Reporter  and  Registered
 3   Professional  Reporter  of  Birmingham,
 4   Alabama,  and  a  Notary  Public  for  the  State
 5   of  Alabama  at  Large,  acting  as
 6   Commissioner,  certify  that  on  this  date,
 7   as  provided  by  the  Federal  Rules  of  Civil
 8   Procedure  of  the  United  States  District
 9   Court,  and  the  foregoing  stipulation  of
10   counsel,  there  came  before  me  at  the  law
11   offices  of  Wiggins  Childs  Quinn  &
12   Pantazis,  The  Kress  Building,  301  19th
13   Street  North,  Birmingham,  Alabama,  on
14   October  5,  2012,  commencing  at  8:36  a.m.,
15   JOSHUA  D.  POERTNER,  witness  in  the  above
16   cause,  for  oral  examination,  whereupon  the
17   following  proceedings  were  had:
18                    *       *       *
19                    THE  VIDEOGRAPHER:   Here  begins
20   Videotape  Number  1  in  the  deposition  of
21   Joshua  Poertner  in  the  matter  of  Joshua
22   Poertner  v.  The  Gillette  Company,  et  al.
23   Case  Number  6:12-CV-00803-GAP-DAB.
24                    We  are  on  the  record  at  8:36
25   a.m.  on  October  5th,  2012.   The  deposition
```

Page  7

1  is taking place at the offices of Wiggins

2  & Childs at 301 19th Street North in

3  Birmingham, Alabama.

4          Videographer is Tom Wodtke.

5  Would counsel please introduce yourselves

6  and state who you represent?

7          MR. COTTRIEL:  Darren Cottriel

8  from Jones Day for the Defendants.

9          MR. LOWE:  Clay Lowe for the

10  Plaintiff.

11         MR. GRAMMAS:  Pete Grammas for

12  the Plaintiff.

13         MR. GALE:  Josh Gale for the

14  Plaintiff.

15         THE VIDEOGRAPHER:  Okay.

16  Would the reporter please swear in the

17  witness?

18

19         JOSHUA POERTNER,

20  having been first duly sworn, was examined

21  and testified as follows:

22  EXAMINATION BY MR. COTTRIEL:

23     Q.    Sir, if you could state and

24  spell your name for the record.

25     A.    Josh Poertner, J-O-S-H

                                 Page 8

```
 1    P-O-E-R-T-N-E-R.
 2          Q.    Mr. Poertner, have you had
 3    your deposition taken before?
 4          A.    No, sir.
 5          Q.    Is this the first time?
 6          A.    Yes.
 7          Q.    All right.  You were sworn in
 8    at the front end of this deposition to
 9    tell the truth under penalty of perjury.
10    That is the same oath to tell the truth
11    that you would take if you were sitting in
12    a courtroom in front of a judge, and it is
13    the oath to tell the truth.  Do you
14    understand that?
15          A.    Yes, sir.
16          Q.    As we go through today, it is
17    a question and answer session.  I ask
18    questions; you provide answers.  We try
19    not to talk over each other.  Sometimes I
20    have pregnant pauses in my questions
21    because I am thinking how I am phrasing a
22    question.
23                So if you would, just be
24    patient in responding, and then I will be
25    patient in letting you provide your
```

Page 9

1    educational background?

2         A.    Yes.

3         Q.    Looking at the employment

4    experience, it shows that since 1999, you

5    have worked at Express Printing; is that

6    correct?

7         A.    Yes.

8         Q.    What is your job at Express

9    Printing?

10        A.    Currently I am an account

11   executive, which is also known as an

12   outside sales representative.

13        Q.    As account executive in

14   general, what is your job?  What do you

15   do?

16        A.    I maintain customer accounts

17   and also get new ones.  But I do that on

18   the outside to differentiate from people

19   who come into the office to work.

20        Q.    So your customers are

21   businesses that you want to do copy

22   services for?

23        A.    Yes.

24        Q.    Do you do any services for the

25   Wiggins Childs law firm?

Sarnoff, A VERITEXT COMPANY
877-955-3855

1          A.      I have.

2          Q.      Do you current -- does your

3    company currently do business for them?

4          A.      We don't have any work

5    currently for them.

6          Q.      Do you periodically, though,

7    get copy jobs and other work from that

8    firm?

9          A.      I have in the past.

10          Q.      When is the most recent

11   project you received from the Wiggins

12   Childs firm?

13          A.      I don't recall, but it may

14   have been last year.

15          Q.      What type of project was that,

16   if you recall?

17          A.      We did some photocopying and

18   printed some boards for an exhibit.

19          Q.      Is generally that the type of

20   projects or work that you have done for

21   the Wiggins Childs firm in the past?

22          A.      Yes.

23          Q.      And has your company ever done

24   any work for the Lowe & Grammas firm?

25          A.      No.

Sarnoff, A VERITEXT COMPANY
877-955-3855

```
 1          A.    No.  I believe that would
 2    apply to whatever I put them in.
 3          Q.    Any device?
 4          A.    Yes.
 5          Q.    What did you base your
 6    expectation on or your understanding that
 7    the Ultra Advanced and Ultra Power
 8    batteries would last thirty percent longer
 9    than the CopperTop batteries?
10          A.    I based that off of the
11    packaging.
12          Q.    Did you base it off anything
13    else other than what you saw on the
14    packaging?
15          A.    No.
16          Q.    Have you ever gone to the
17    Duracell website?
18          A.    No.  No, sir.
19          Q.    Have you ever seen any
20    advertisements regarding the Duracell
21    Ultra Advanced or Ultra Power batteries?
22          A.    Not that I recall.
23          Q.    So the only information you
24    have ever seen regarding the Ultra
25    Advanced and Ultra Power batteries is the
```

Page 35

1    information that was stated on the package
2    of the batteries?
3         A.    Yes.
4         Q.    What was stated on the package
5    of the batteries that caused you to
6    believe the Ultra Advanced and Ultra Power
7    batteries would last thirty percent longer
8    than the CopperTop batteries in any
9    device?
10        A.    I believe on the packaging of
11   the Advanced that it said they would last
12   thirty percent longer.
13        Q.    Is that all it said?
14        A.    There were other -- there were
15   other things on there that I don't recall
16   at this time.  There was other advertising
17   on the package.
18        Q.    Was there any additional
19   language included with the statement about
20   it lasting thirty percent longer?
21        A.    There may have been, but I
22   don't recall.
23        Q.    You don't have any
24   recollection whatsoever if there was
25   additional language to that statement?

Sarnoff, A VERITEXT COMPANY
877-955-3855

1          A.     Not at this time.

2          Q.     What about with the Ultra

3    Power battery, what on the package caused

4    you to believe it would last thirty

5    percent longer than the CopperTop

6    batteries in any device?

7          A.     I believe those were

8    advertised as a longer-lasting battery.

9          Q.     Do you recall the specific

10   statement on the package?

11         A.     Not a hundred percent.  I

12   believe it said it was the longest-lasting

13   battery, their longest-lasting battery.

14         Q.     Your recollection is it

15   said -- I'm going to try to put quotes on

16   it, so if I botch it, you can tell me.

17   You said -- you say "their" but --

18         A.     "Our longest-lasting battery."

19         Q.     Okay.  So that is what you

20   recall being on the package, "our

21   longest-lasting battery"?

22         A.     Yes.

23         Q.     Is there anything else on the

24   packaging of the Ultra Power batteries

25   which caused you to believe that they

Page 37

```
 1    battery.
 2                    MR. COTTRIEL:  Yeah, but he
 3    has testified and the record will reflect
 4    it that what he means by that is it lasts
 5    longer.
 6                    MR. LOWE:  Okay.
 7                    MR. COTTRIEL:  I am not
 8    trying to --
 9                    MR. LOWE:  Well, I hope you
10    are trying to put words in his mouth.
11                    MR. COTTRIEL:  We will see how
12    good a job I do on that.  I think we got
13    it on the record his answer to the
14    question was no.
15                    THE REPORTER:  (Nodding.)
16                    MR. LOWE:  I don't think he
17    answered it.
18                    THE VIDEOGRAPHER:  Going off
19    the record.  The time is 9:12.
20                    (Off-the-record discussion.)
21                    THE VIDEOGRAPHER:  Back on the
22    record.  Time, 9:12.
23           Q.    (BY MR. COTTRIEL:)  Did the
24    Ultra Advanced batteries that you
25    purchased have a power-check device on
```

Page 40

them?

　　　　A.　　I don't recall.

　　　　Q.　　Do you know what I am referring to when I say power-check device?

　　　　A.　　Could you explain that?  I believe -- well, no.  I don't know a hundred percent.

　　　　Q.　　Have you ever heard that term, "power-check device"?

　　　　A.　　Yes.

　　　　Q.　　What is your recollection of what that is, to your understanding?

　　　　A.　　That it gauges the power of the battery, the remaining power.

　　　　Q.　　The power that is still in the battery?

　　　　A.　　Yes.

　　　　Q.　　Did Ultra Advanced batteries that you purchased have a power-check device on them?

　　　　A.　　I don't recall because I have a battery tester at my house that I use.

　　　　Q.　　So you are saying if it had a power-check device on it, you wouldn't

Sarnoff, A VERITEXT COMPANY
877-955-3855

1  have used that because you have your own

2  battery power gauge at home?

3          A.    Yes.

4          Q.    What about the Ultra Power

5  batteries that you purchased, did they

6  have a power-check device on them?

7          A.    I don't recall.

8          Q.    Was the power-check device a

9  reason why you purchased the Ultra

10  Advanced and Ultra Power batteries?

11          A.    No, it would not have been.

12          Q.    What kind of battery testing

13  or battery power gauge do you have at

14  home?

15          A.    It is just a small device that

16  you put batteries into and it tells you,

17  it just gives you a range of power left in

18  them, whether they are good or

19  questionable or bad.

20          Q.    Where did you buy that, that

21  device at?

22          A.    I don't recall.

23          Q.    How long have you had it?

24          A.    Between five and seven years.

25          Q.    Still have it?

Page 42

1   assertion on?

2         A.      I base that assertion on my

3   everyday usage and general observation.

4         Q.      What do you mean by everyday

5   usage?

6         A.      When I used the products that

7   the batteries were in, I generally

8   observed that there was no measurable

9   difference between the two types of

10  batteries.

11        Q.      What products did you use them

12  in?

13        A.      I have used them in a lot of

14  products.  I have used them in remote

15  controls, toys for my daughter.  She has

16  got an electric toothbrush, I have used

17  them in that.

18        Q.      Anything else?

19        A.      Not that I recall.

20        Q.      How did you observe in your

21  everyday usage and use of the batteries in

22  those products you just described for me

23  to determine that the Ultra Advanced and

24  Ultra Power batteries didn't last as long

25  as CopperTop batteries?

```
 1          A.    How did I observe?  Just the
 2   fact that I replaced them at the same rate
 3   as the CopperTop.
 4          Q.    What do you mean by that,
 5   replaced them at the same rate?
 6          A.    Well, for instance, if I
 7   noticed a product, one of the toys may
 8   last six months with a battery, that when
 9   I put the Ultra Advanced or the Ultra
10   Power in there, it was the same amount of
11   time that passed.
12          Q.    Did you keep track of the
13   dates that you put the batteries into a
14   device and then the date that the
15   batteries were exhausted in that device?
16          A.    No, I did not.
17          Q.    How then would you keep track
18   of sort of -- that you were replacing them
19   at the exact same rate as CopperTop
20   batteries?
21          A.    I didn't keep track of it.  I
22   just noticed generally.
23          Q.    Did your daughter play with
24   the toys each time you put batteries in it
25   the exact same time, amount of time,
```

Page 49

1  intervals?  Do you know that?

2      A.    I don't know that.

3      Q.    Do you know if at times when

4  you had CopperTop batteries in a toy, she

5  played with it more often, more frequently

6  than when she had the toy with Ultra

7  Power, Ultra Advanced batteries in it?

8      A.    No, I wouldn't know that.

9      Q.    How about the reverse, that

10  when she had the Ultra Advanced or Ultra

11  Power batteries in the toys, she played

12  with them more frequently or for longer

13  periods over a shorter period of time than

14  when you had CopperTop batteries in the

15  devices, do you know that?

16      A.    No.

17      Q.    So it is just based on your

18  general recollection that you were

19  replacing the batteries at about the same

20  time interval?  Is that what your

21  testimony is?

22      A.    Yes.

23      Q.    Did you note this somewhere,

24  like in a document, in a calendar,

25  anywhere?

Page 50

1        A.    No.

2        Q.    What about for the remote

3   control, how did you observe a difference

4   as far as how long the Ultra Advanced,

5   Ultra Power batteries lasted on a remote

6   control versus CopperTop batteries?

7        A.    The same as with the toys,

8   just the amount of time that they lasted.

9        Q.    Did you keep track of how many

10  times you pushed the button in the remote

11  to see how many pulses or pushes on a

12  remote you can do with CopperTop and then

13  how many you got out of it when you had

14  Ultra Power or Ultra Advanced batteries in

15  the remote?

16       A.    No.

17       Q.    How then would you observe

18  some difference in how long the Ultra

19  Advanced and Ultra Power batteries perform

20  in a remote control compared to CopperTop?

21       A.    Just the fact that I seemed to

22  be replacing them at the same rate.

23       Q.    When you say the same rate,

24  you mean the same amount of time?

25       A.    Yes.

Page 51

```
 1          Q.    And how much time was that?
 2          A.    I don't recall.
 3          Q.    Can you ballpark it, give me
 4    ballpark estimate how much time?
 5          A.    Maybe six to seven months.
 6          Q.    Were you marking down dates of
 7    when you put CopperTop batteries in a
 8    remote and when you replaced them and when
 9    you put Ultra Power, Ultra Advanced
10    batteries in a remote and when you
11    replaced them to know whether you were
12    replacing them at the same interval of
13    time?
14          A.    No.
15          Q.    Were there times when others
16    were using the remote controls in your
17    house when you weren't there to observe
18    how much they were using them?
19          A.    I am sure.
20          Q.    You are at work during the
21    day, you are not around the house,
22    correct?
23          A.    Right.
24          Q.    So your wife could be at home
25    watching TV and using the remote control
```

Page 52

1    when you are not there to see how much she

2    is using it?

3          A.    That's correct.

4          Q.    Your daughter could be

5    watching TV, and I know if it is like my

6    kids, they flip channels constantly using

7    the remote control when you are there not

8    to see it?

9          A.    Yes.

10         Q.    Same thing with the toys, you

11   weren't there to observe your daughter

12   every time she's using her electric toys

13   with the Ultra Advanced and Ultra Power

14   batteries in it, correct?

15         A.    Right.

16         Q.    And the same goes for when she

17   had CopperTop batteries in those toys, you

18   weren't there to observe when she was

19   using the toys, correct?

20         A.    Right.

21         Q.    For the toys and the remote --

22   I want to make sure we are clear -- your

23   testimony is at various times you did use

24   CopperTop batteries in those toys and in

25   those remote controls?

Page 53

1          A.     Yes.

2          Q.     And then at other times, you

3     used Ultra Advanced and Ultra Power

4     batteries in those same exact toys and

5     remote controls?

6          A.     Yes.

7          Q.     Did you ever at any time do

8     side-by-side comparisons using the same

9     toy or two identical toys, Ultra Advanced

10    or Ultra Power batteries in one toy and

11    CopperTop in the other to see how they

12    compared to each other?

13         A.     No.

14         Q.     Same thing with remote

15    controls, did you ever do a side-by-side

16    comparison?

17         A.     No.

18         Q.     What about with the

19    toothbrush, how did you observe that the

20    Ultra Advanced and Ultra Power batteries

21    did not last as long as the CopperTop

22    batteries in the electric toothbrush?

23         A.     The same way as the others.

24         Q.     Does your daughter brush her

25    teeth in your presence every time?

Page 54

```
 1           A.     No.
 2           Q.     Do you know how long she
 3     brushes each time to know how much use of
 4     the battery in that toothbrush it is
 5     getting every day?
 6           A.     Well, she is instructed to
 7     brush for two minutes at a time.  But
 8     whether or not she actually always follows
 9     through with that, I am not sure.
10           Q.     I run into the same problem
11     with my kids.  I hope they follow
12     instructions, but I don't know if they do.
13                  You used CopperTop batteries in
14     the electric toothbrush, and then at other
15     times you used Ultra Power, Ultra Advanced
16     batteries in that same toothbrush?
17           A.     Yes.
18           Q.     Has that toothbrush been
19     replaced over time with another electric
20     toothbrush at any point?
21           A.     I don't recall.  She may have
22     gone through a couple of toothbrushes.
23           Q.     Do you recall if it is the
24     exact same toothbrush that didn't get
25     replaced, but the exact same device
```

Page 55

1   batteries did not last longer than the

2   Duracell CopperTop batteries in that

3   device?

4          A.     Yes.

5          Q.     So they didn't last any longer

6   whatsoever, in your observation?

7          A.     Not that I noticed.

8          Q.     Did you keep track anywhere of

9   how often or frequently you were replacing

10  batteries in the electric toothbrush?

11         A.     No.

12         Q.     And the same goes for the toys

13  and the remote controls, you didn't keep

14  track of how often you were replacing

15  batteries in them?

16         A.     Right.  I did not.

17         Q.     Is there any other basis for

18  your contention that the Ultra Advanced

19  and Ultra Power batteries did not last

20  longer than CopperTop batteries, other

21  than your general observations that you

22  have just told me about over the past few

23  minutes?

24         A.     No.

25         Q.     Why did you decide to bring

                                    Page 61

1    purchasing the Ultra Advanced batteries?

2         A.    No.

3         Q.    What about the Ultra Power

4    batteries, when did you purchase those?

5         A.    In 2012.

6         Q.    When in 2012?

7         A.    I don't know the exact

8    purchase date.

9         Q.    Give me an approximate.

10        A.    It would be earlier this year.

11        Q.    What month?

12        A.    Maybe February.

13        Q.    It was before the filing of

14   this lawsuit?

15        A.    Yes.

16        Q.    We will get into more

17   particulars about those.  I am just trying

18   to get the generally now.  After

19   purchasing those Ultra Power batteries in

20   2012, February of this year, when was it

21   you determined that you had been cheated

22   in purchasing those Ultra Power batteries?

23        A.    I don't know the exact date.

24        Q.    Give me an approximate.

25        A.    I don't know, maybe March.

Page 66

1      Q.      Early or late March of 2012?

2      A.      I have no idea.

3      Q.      Just sometime that month?

4      A.      Sure.

5      Q.      How was it that you came to

6   determine in March of 2012 that you had

7   been cheated in purchasing the Ultra Power

8   batteries?

9      A.      We have another device, a

10  digital camera, and that drains batteries

11  very quickly.  And there was no difference

12  between that and the standard batteries we

13  used, CopperTops.  It drained just as

14  quickly.

15     Q.      Is that the device that you

16  used the Ultra Power batteries that you

17  purchased in February of 2012, the digital

18  camera?

19     A.      Yes.

20     Q.      Did you use the Ultra Power

21  batteries you purchased in 2012 in any

22  other device other than the digital

23  camera?

24     A.      I believe there are -- yes,

25  there are other devices that those

Page 67

1   batteries are in, but some of those have

2   not drained.  They haven't needed

3   replacement yet.

4        Q.    What other devices are those?

5        A.    I believe there is my

6   daughter's toothbrush has one in it,

7   possibly remotes, but I don't recall for

8   sure what is in there at this time.

9        Q.    What digital camera is it?

10  What brand, model?

11       A.    I don't recall.

12       Q.    You don't know what brand it

13  is?

14       A.    No, I don't.

15       Q.    Do you recall what model it

16  is?

17       A.    No.

18       Q.    Do you still have the camera?

19       A.    Yes.

20       Q.    Does it have a built-in flash?

21       A.    Yes, it does.

22       Q.    Do the batteries power both

23  the camera and the built-in flash?

24       A.    Yes.

25       Q.    Is it your camera or your

Sarnoff, A VERITEXT COMPANY
877-955-3855

```
 1    by Mr. Gale or any firm that he is with?
 2          A.     Not officially represented.  I
 3    mean, I have called him at times and asked
 4    him questions.  He was a friend of mine.
 5    I have known him for a little while.
 6          Q.     How long have you known
 7    Mr. Gale?
 8          A.     At least a few years.
 9          Q.     Well, how many years?
10          A.     At least three, I believe.
11          Q.     Do you consider him a friend?
12          A.     Yes.
13          Q.     How did you come to know
14    Mr. Gale about three years ago?
15          A.     We met in a young
16    professionals group.
17          Q.     What is the name of that
18    group, sir, like an actual formal name for
19    it?
20          A.     Yes, West Volusia Young
21    Professionals Group.
22          Q.     What does that group do?
23          A.     It is a social platform for
24    twenties to early forties, young
25    professionals to get together and know
```

Page 78

```
 1    each other throughout the community.
 2         Q.    Through participation in that
 3    group, you got to know Mr. Gale?
 4         A.    Yes.
 5         Q.    He is a member of that group
 6    as well?
 7         A.    Yes.
 8         Q.    Outside of that group, do you
 9    do anything socially with Mr. Gale?
10         A.    We have before, yes.
11         Q.    What types of things have you
12    done socially with Mr. Gale?
13         A.    I have been to his house.  We
14    have been out on a boat.
15         Q.    At his house for what,
16    dinners, barbecues, what?
17         A.    Yes, dinner.
18         Q.    About how many times?
19         A.    I believe one or two times.
20         Q.    Prior to this lawsuit or since
21    bringing this lawsuit?
22         A.    Both.
23         Q.    Prior to the lawsuit, how many
24    times had you been over to Mr. Gale's
25    house?
```

Page 79

```
 1          A.    Maybe once.

 2          Q.    Was that both you and your

 3  wife?

 4          A.    No.  That was just me.

 5          Q.    Just you?  How soon before

 6  this lawsuit was that?

 7          A.    I don't recall.

 8          Q.    Like was it maybe a year?  Do

 9  you remember what year it was?

10          A.    It might have been last year,

11  I believe.

12          Q.    2011?

13          A.    Yeah.

14          Q.    And you just went on your own,

15  it wasn't a couples thing where you went

16  over with your wife?

17          A.    No, it was just me.

18          Q.    Was there anyone else at his

19  house other than you and Mr. Gale at that

20  time?

21          A.    Yes, his girlfriend was there.

22          Q.    Anyone else?

23          A.    I believe her sister and his

24  boyfriend.

25          Q.    Anyone else other than that?
```

Page 80

1        A.      Actually, I forgot that my

2   daughter came as well, and his

3   girlfriend's daughter was there, and they

4   were playing together.

5        Q.      During that time at his house,

6   did you discuss batteries at all and your

7   frustration with batteries?

8        A.      No.

9        Q.      Any other times prior to

10  bringing this suit that you were at

11  Mr. Gale's house?

12       A.      Was I there any other times?

13       Q.      Yeah, before this lawsuit was

14  brought.

15       A.      We went out on a boat once, so

16  I believe I went to his house -- actually,

17  no, he came to our house to pick us up.

18       Q.      How soon before the lawsuit

19  was that boat trip?

20       A.      I don't recall.  I am trying

21  to think.  I am not sure.  I think that

22  was this year.

23       Q.      Do you know what month?

24       A.      Maybe February or March.

25       Q.      Where did you go boating at?

Sarnoff, A VERITEXT COMPANY
877-955-3855

```
 1          A.     St. Johns River.
 2          Q.     Was that what, water skiing or
 3    what type of boat excursion was it?
 4          A.     We just took the girls out to
 5    go play in the water.
 6          Q.     By girls, you mean wives,
 7    girlfriends or kids?
 8          A.     Excuse me, yeah, the kids.
 9          Q.     Okay.  Other than you and
10    Mr. Gale and the kids, who else was on
11    that trip?
12          A.     His girlfriend.
13          Q.     Anybody else?
14          A.     No.
15          Q.     Other than the time at his
16    house and then the boat trip, is there any
17    other social things you have done with
18    Mr. Gale prior to this lawsuit other than
19    the meetings with the young professionals
20    group?
21          A.     I believe most of it was
22    through the meetings.  We might have had a
23    couple of beers after work on a Friday or
24    something, but --
25          Q.     So at one of the young
```

Page 82

```
 1        Q.    I want to go into a little
 2   more detail about the batteries you
 3   purchased.  Let's just start with the
 4   Ultra -- Ultra Advanced batteries, okay?
 5   How many times have you purchased Ultra
 6   Advanced batteries?
 7        A.    I don't recall the exact
 8   number of times.
 9        Q.    Can you give me an estimate?
10        A.    Maybe three or four times.
11        Q.    Three or four times you
12   purchased packages of Ultra Advanced
13   batteries?
14        A.    Yes.
15        Q.    What size batteries, Ultra
16   Advanced did you purchase?
17        A.    AA-size, AAA.
18        Q.    How many packages of AA Ultra
19   Advanced batteries did you purchase?
20        A.    Maybe two or three.
21        Q.    Can you know for sure?
22        A.    I don't know for sure.
23   Probably at least I would say one or two
24   eight-packs and maybe a four-pack or two.
25   But that is an estimate.
```

Page 97

1        Q.    Do you know for certain that

2    you bought a four-pack of Ultra Advanced

3    batteries?

4        A.    Yes.

5        Q.    How do you know for certain

6    that you purchased a four-pack of Ultra

7    Advanced batteries?

8        A.    Well, just from memory, but I

9    am certain I did.

10        Q.    Do you have any documentation

11    whatsoever to show that you purchased one

12    or two eight-packs and a four-pack of

13    Ultra Advanced AA-size batteries?

14        A.    No, I don't.

15        Q.    What is your typical practice

16    on keeping receipts from purchases of

17    things like batteries?

18        A.    I don't keep them.

19        Q.    What about your practice with

20    respect to keeping the packaging that

21    batteries come in?

22        A.    Generally I -- generally I

23    don't keep them until -- once I open the

24    package, then I have the batteries in a

25    box and I usually throw the package away.

Sarnoff, A VERITEXT COMPANY
877-955-3855

```
 1        Q.    Is that what you did each and
 2   every time with respect to the Ultra
 3   Advanced batteries you purchased?
 4        A.    Yes.
```

```
 5        Q.    What kind of box do you keep
 6   them in that you just referred to?
 7        A.    Just a small cardboard box.
 8        Q.    We will come back to that
 9   later on.  So your best testimony is that
10   you purchased one or two eight-packs of AA
11   Ultra Advanced batteries and perhaps a
12   four-pack of Ultra Advanced batteries --
13   AA batteries?
14        A.    Right.
15        Q.    Did you purchase any other
16   AA-size Ultra Advanced batteries other
17   than what you just mentioned to me?
18        A.    CopperTops.
19        Q.    I will get to that.  I want to
20   focus just on Ultra Advanced.
21        A.    Okay.
22        Q.    Okay.
23        A.    So repeat the question.  I'm
24   sorry.
25        Q.    Sure.  Other than the packs
```

Page 99

```
 1    you just told me about -- and again, I am
 2    focusing just on Ultra Advanced.  I am not
 3    focusing on CopperTop, not focusing on
 4    Ultra Power.  Do you have that clear in
 5    your mind?
 6         A.    Yes.
 7         Q.    And you understood, as we have
 8    been talking the last few minutes, we were
 9    only talking about Ultra Advanced
10    batteries?
11         A.    Yes.
12         Q.    Other than those one or two
13    eight-packs and the possible four-pack,
14    are there any other AA-size Ultra Advanced
15    batteries that you purchased?
16         A.    Not that I recall.
17         Q.    When did you purchase those
18    packs of Ultra Advanced AA-size batteries?
19         A.    In 2010.
20         Q.    Did you purchase all of them
21    at the same time or at different times in
22    2010?
23         A.    At different times.
24         Q.    What store did you purchase
25    the AA-size Ultra Advanced batteries at?
```

Page 100

```
 1          A.     I don't recall the exact
 2    store, but there are several that I
 3    purchase batteries from.  One is Publix in
 4    the Northgate Plaza, also Wal-Mart in
 5    DeLand and a Target in Orange City.
 6          Q.     Do you know what street the
 7    Target is on?
 8          A.     I don't recall the name.
 9          Q.     It is in what city?
10          A.     It is in Orange City.
11          Q.     How about the Wal-Mart in
12    DeLand, there's probably only one in the
13    area, but do you know what street that is
14    on?
15          A.     It is off of 17 -- 1792,
16    sorry.  It is on the north end of town.
17          Q.     What about the Publix store?
18          A.     That is in the plaza called
19    Northgate Plaza which is on the corner of
20    92, State Road 92 and 1792.
21          Q.     In which city?
22          A.     In DeLand.
23          Q.     Do you know which of those
24    three stores you purchased the Ultra
25    Advanced AA-size batteries?
```

Page 101

1        A.    No, I don't.

2        Q.    Do you know if you purchased

3    the batteries from one of those stores or

4    do you think you purchased from them all

5    three?

6        A.    I don't know.  I mean those

7    are the three that I would have purchased

8    batteries from, but I don't recall

9    specifically which one it was.  It may

10   have been more than one, but I don't know

11   for sure.

12       Q.    You have no document you can

13   look back on to see that?

14       A.    No.

15       Q.    Do you regularly shop at all

16   three of those stores?

17       A.    More regularly at Publix and

18   occasionally at Wal-Mart and Target.

19       Q.    Is there a particular reason

20   why you will occasionally shop at Wal-Mart

21   or Target versus Publix, like a sale or

22   promotion?

23       A.    No.  Target is a little

24   further away, Publix is a nicer place to

25   shop, and Wal-Mart is not the best place

```
 1    for me.  I don't like to shop there.
 2    There's a lot of people.
 3         Q.    Do you recall if you ever went
 4    to any of those stores to purchase
 5    batteries, any batteries, because there
 6    was a sale or promotion on batteries at
 7    one of those stores?
 8         A.    No, I don't recall.
 9         Q.    The Ultra Advanced AA
10    batteries that you purchased, how much did
11    you pay for them?
12         A.    I don't recall the exact
13    price.
14         Q.    Do you recall if you paid the
15    same price for each of the eight-packs
16    that you purchased?
17         A.    No, I don't recall.
18         Q.    Do you recall if you paid the
19    same price per cell or per battery for the
20    eight-packs or the four-pack of Ultra
21    Advanced AA batteries that you purchased?
22         A.    No.
23         Q.    So it is possible you paid a
24    different price for the batteries each
25    time you purchased?
```

Page 103

1          A.     It is possible.

2          Q.     Do you specifically remember

3     each occasion that you purchased those

4     Ultra Advanced AA batteries?

5          A.     No.

6          Q.     Do you specifically remember

7     what statements were on the packages of AA

8     Ultra Advanced batteries that you

9     purchased?

10         A.     No.

11              MR. COTTRIEL:  Mark this as

12    Number 2.

13              (Whereupon, Exhibit 2 was

14              marked for identification.)

15              THE REPORTER:  Do you want me

16    to hand them to the witness?

17              MR. COTTRIEL:  Yes, please.

18         Q.     (BY MR. COTTRIEL:)  I am

19    showing you what we have marked as

20    Exhibit 2, which is a color copy of the

21    package of Duracell Ultra Advanced AA

22    batteries.  Is this the package with

23    statements that you recall seeing in

24    purchasing the times that you purchased

25    Ultra Advanced AA-size batteries?

Page 104

```
 1          A.    Yes.
 2          Q.    The package has on the
 3   statement "up to thirty percent longer in
 4   toys."  Do you see that?
 5          A.    Yes.
 6          Q.    Is that the thirty -- up to --
 7   strike that.  Is that the thirty percent
 8   longer claim that you were telling me
 9   about earlier in your deposition that you
10   felt you were cheated on?
11          A.    Yes.
12          Q.    Do you recall when you were at
13   the store deciding whether to purchase the
14   batteries if you read that statement on
15   the package?
16          A.    Yes.
17          Q.    Prior to going to the store to
18   purchase the AA Ultra Advanced batteries,
19   had you already made up your mind what
20   batteries you were going to buy that day?
21          A.    No.
22          Q.    So is it fair to say you made
23   your decision as you were standing in
24   front of all the batteries on the shelf at
25   the store?
```

Page 105

1        A.    Yes.

2        Q.    The -- do you recall

3    specifically reviewing that statement, "up

4    to thirty percent longer in toys," on the

5    package at that time as you were standing

6    in front of all the batteries?

7        A.    By reviewing it, you mean

8    glancing it, reading it?

9        Q.    Reading it.

10        A.    Yes.

11        Q.    Is that statement the reason

12    that you decided to purchase the Ultra

13    Advanced AA batteries?

14        A.    Yes.

15        Q.    Was there any other reason

16    that you decided to purchase the AA Ultra

17    Advanced batteries other than having read

18    that statement on the package?

19        A.    No.

20        Q.    When you read the statement,

21    did you see that there's an asterisk after

22    the word "toys"?  Did you see that?

23        A.    I see it now.

24        Q.    Did you see it at the time

25    that you purchased the batteries?

Page 106

1          A.     I don't recall.

2          Q.     And do you see that the
3    asterisk then below it says "versus Ultra
4    Digital"?  Do you see that?
5          A.     Yes.
6          Q.     Do you recall that being on
7    the package of batteries that you -- Ultra
8    Advanced AA batteries that you purchased?
9          A.     I don't recall.
10          Q.     You don't recall ever having
11    read that language?
12          A.     No.

13          Q.     Have you at any time
14    purchased -- strike that.  Have you at any
15    time purchased Duracell Ultra Digital
16    batteries?
17          A.     Not that I recall.
18          Q.     Have you ever heard of
19    Duracell Ultra Digital batteries?
20          A.     I don't think so.
21          Q.     Do you recall when you were
22    deciding whether to purchase the batteries
23    if there were any Ultra Digital batteries
24    on the shelf that you were looking at?
25          A.     No, I don't recall.

Page 107

1      Q.     The statements on the package

2   of batteries that you purchased, they

3   didn't say thirty percent longer compared

4   to CopperTop or versus CopperTop, did

5   they?

6      A.     I don't recall.

7      Q.     From this package, what is it

8   that you came to understand that the

9   thirty percent was in comparison to

10  performance of CopperTop batteries?

11     A.     I just looked at the "thirty

12  percent longer" and made an assumption

13  that that was based off of the regular

14  battery.

15     Q.     Was there any basis for your

16  assumption?

17     A.     The price of the batteries, of

18  the two different kinds of batteries.

19  These were a more expensive battery.

20     Q.     After you purchased the

21  batteries, do you recall if you later

22  looked at the language and saw that the

23  "up to thirty percent longer in toys" is

24  noted versus Ultra Digital?

25     A.     No, I don't recall.

Page 108

```
 1        Q.    Now, the statement also says
 2   longer -- thirty percent -- strike that.
 3   The statement also says "up to thirty
 4   percent longer in toys."
 5              Earlier you testified that your
 6   understanding was that it -- that the
 7   Ultra Advanced batteries would last thirty
 8   percent longer than CopperTop batteries in
 9   any device; do you recall that testimony
10   this morning?
11        A.    Yes.
12        Q.    What was your basis for that
13   belief that it applied to any device that
14   you might use the batteries in?
15        A.    If it was a longer-lasting
16   battery, I believed that any device it was
17   put in, it would last longer.
18        Q.    Was that based on anything you
19   saw in the package of batteries we are
20   looking at here?
21        A.    I just based it on the "thirty
22   percent longer."
23        Q.    Do you recall when you were
24   making your decision to purchase seeing
25   the language "longer in toys"?
```

Page 109

1          A.    I don't recall.
2          Q.    You don't recall if you read
3     that language?
4          A.    No, I don't remember.
5          Q.    But you at least remember that
6     you saw the "thirty percent" and the word
7     "longer" on the package when you made your
8     decision, right?
9          A.    Right.
10          Q.    You just don't recall if you
11     kept reading and saw the "in toys"
12     language; is that your testimony?
13          A.    What I am saying is I don't
14     recall if that made an impression, if I
15     noticed that, if I paid attention to it.
16          Q.    And the same goes for the
17     "versus Ultra Digital" language?
18          A.    Yes.
19          Q.    Is there anything else on the
20     front of this package that you recall
21     seeing on which you based your
22     understanding that you were going to get
23     batteries that would last thirty percent
24     longer than CopperTop in any device?
25          A.    The only other thing would be

                                    Page 110

1    the name of the batteries.

2         Q.    What about the name of the

3    batteries would cause you to believe that?

4         A.    Because they are Ultra

5    Advanced, so I would compare that to the

6    CopperTop, that they are an advanced

7    battery, so they would be longer-lasting.

8         Q.    Did you see anything on the --

9    on the packaging that compared the battery

10   to CopperTop?

11        A.    No.

12        Q.    Other than statements on the

13   package, was there any other statements on

14   the shelf or the pricing tags or any other

15   statements in the battery area of the

16   store that you were standing in front of

17   that you saw and relied on in deciding to

18   purchase the Duracell Ultra Advanced AA

19   batteries?

20        A.    Not that I recall.

21        Q.    Now, you said you bought those

22   batteries on three -- or on separate

23   occasions.  How much time was between each

24   occasion that you purchased those Ultra

25   Advanced AA batteries?

Page 111

1          Q.     What toys, electric toys of
2     your daughter's do you know for a fact you
3     used the Ultra Advanced AA batteries in?
4          A.     I can't recall right now.  She
5     has got a whole lot of toys.
6          Q.     Do you know any specific toys
7     that you put Ultra Advanced AA batteries
8     in for her, electric toys?
9          A.     Not at this time.
10         Q.     Do you have a general
11    knowledge of what electric toys she has
12    that Ultra Advanced batteries may have
13    been used in?
14         A.     She has a whole lot of toys.
15    She has got some, you know, electric
16    animals.  She has -- I don't know.  And I
17    am not sure which ones use, you know, AAs
18    or which use Cs or Ds at this time.  We
19    have them all at the house, but I don't
20    recall what batteries are used in which
21    ones.
22         Q.     Do you know if you used -- do
23    you know for a fact that you used the AA
24    Ultra Advanced batteries in the TV remote
25    controls you told me about earlier?

Page 114

1          A.    I don't know that for a fact.

2     Those might have been AAA batteries and

3     not AA.

4          Q.    All right.  Let's talk about

5     the AAA Ultra Advanced batteries.  How

6     many packages of AAA Ultra Advanced

7     batteries have you purchased?

8          A.    I don't recall, but it would

9     have been less, a smaller amount than the

10    AAs.

11         Q.    You can't give me any estimate

12    of how many packages of AAA Ultra Advanced

13    batteries you purchased?

14         A.    Maybe one or two.

15         Q.    Maybe not --

16         A.    Maybe say two or three.

17         Q.    Is it possible you didn't buy

18    any Ultra Advanced AAA batteries?

19         A.    No, I don't think so.

20             MR. LOWE:  I wasn't clear.

21    Are you answering that you are not sure

22    whether you bought any or you are sure you

23    bought some?

24         A.    I am sure I bought them.

25         Q.    (BY MR. COTTRIEL:)  And how

                                    Page 115

```
 1    sure are you as to how many packages of

 2    AAA Ultra Advanced batteries you

 3    purchased?

 4          A.    I would say at least two, but

 5    that's -- any more than that, I don't

 6    know.

 7          Q.    You have no documents to look

 8    at to confirm how many packages of AAA

 9    Ultra Advanced you purchased?

10          A.    No.

11          Q.    Is there anything we could

12    look at to figure out how many packages of

13    Ultra Advanced batteries you purchased?

14          A.    No.

15          Q.    It is just based on your

16    recollection?

17          A.    Yes.

18          Q.    What size packs of AAA Ultra

19    Advanced batteries did you purchase?

20          A.    I believe -- I believe they

21    are four-packs, but I don't recall.  I

22    don't recall how many are in the AAAs.

23          Q.    So you don't know what size

24    packs you purchased?

25          A.    No.
```

Page 116

1          Q.    Did you purchase any of the

2    AAA Ultra Advanced batteries at the same

3    times you were at the store when you

4    purchased AA Ultra Advanced batteries?

5          A.    I don't recall specifically.

6    It is possible.

7          Q.    What stores did you purchase

8    the AAA Ultra Advanced batteries?

9          A.    It would have been the same as

10   the others, either Publix or Wal-Mart or

11   Target.

12         Q.    But you don't know which?

13         A.    No.

14         Q.    How much did you pay for the

15   AAA Ultra Advanced batteries?

16         A.    I don't recall.

17         Q.    You don't have any documents

18   that show how much you paid for the AAA

19   Ultra Advanced batteries?

20         A.    No.

21         Q.    When you were at the store,

22   did you look to see what the price of

23   CopperTop batteries were?

24         A.    When I purchased those, yes.

25   We compared them side by side and just see

                                    Page 117

```
 1    that these were more expensive, but that

 2    is the only comparison I did.

 3          Q.    You don't recall what the

 4    pricing of either of the CopperTop or the

 5    Ultra Advanced batteries were?

 6          A.    No.

 7          Q.    Do you recall what the --

 8    maybe you don't recall what the actual

 9    price was.  Do you recall what the spread

10    or the difference was between the

11    CopperTop and the Ultra Advanced batteries

12    when you were at the store and made your

13    purchase?

14          A.    I don't know exactly but maybe

15    twenty or thirty cents per battery more.

16          Q.    What are you basing that on?

17          A.    My memory.

18          Q.    Did you just do the difference

19    in your head or do you remember if you

20    took any notes or calculator or --

21          A.    No.  I didn't take any notes

22    or anything.

23          Q.    What -- actually, strike that.

24    Do you recall any statements on the

25    packaging of the Duracell AAA Ultra
```

Page 118

1    Advanced batteries when you were there
2    making your decision to purchase?
3           A.    I believe they were similar to
4    these.
5           Q.    The same statement that you
6    saw on the AA Ultra Advanced batteries?
7           A.    I believe so.
8           Q.    The AAA batteries would last
9    up to thirty percent longer in toys?
10          A.    I believe that is what it
11   said.
12          Q.    So your testimony is that the
13   statements on the AAA Ultra Advanced
14   battery package was the same as what we
15   are looking at here in Exhibit 2?
16          A.    As far as I can recall, yes.
17          Q.    Do you recall any other
18   statements on the package of the AAA Ultra
19   Advanced batteries that you reviewed
20   regarding how the batteries would perform?
21          A.    I don't think so.
22          Q.    Do you recall any statements
23   on the package of the AAA Ultra Advanced
24   batteries that referenced the CopperTop
25   batteries?

Page 119

1          A.    Not that I recall.

2          Q.    Do you recall any differences

3    in the packaging of the AAA Ultra Advanced

4    batteries as compared to the AA Ultra

5    Advanced batteries that you purchased?

6          A.    I don't remember.

7          Q.    What devices did you use the

8    AAA Ultra Advanced batteries in?

9          A.    I know for sure -- well, no, I

10   don't know for sure, but I believe a

11   remote control may be possible.  My wife

12   has some electric candles, and I believe

13   those take AAA batteries.

14         Q.    Did you say electric candles?

15         A.    Yes.

16         Q.    Like an LED light candle?

17         A.    Similar to that, yes.

18         Q.    Do you know for a fact that

19   she used AAA Ultra Advanced batteries in

20   the electric candles?

21         A.    Not at this time, I don't

22   recall.

23         Q.    Have you observed a difference

24   in how long Ultra Advanced batteries

25   perform in electric candles versus

Page 120

```
1    CopperTop batteries?
2         A.    I didn't personally, but my
3    wife may have.
4         Q.    Did she ever tell you
5    something to that effect?
6         A.    Not that I recall.
7         Q.    So you are just assuming maybe
8    that is the case, but you don't have any
9    facts?
10        A.    Not at this time, no.
11        Q.    Is there any other device
12   other than the remote controls and
13   possible electric candles that you used
14   the AAA Ultra Advanced batteries in?
15        A.    It may be possible that the
16   MP3 players take AAA rather than AA.  I'm
17   not sure.
18        Q.    Do you know for --
19        A.    And the tooth -- I'm sorry.
20        Q.    No, I cut you off.  Go ahead.
21        A.    The same thing with the
22   toothbrush, I'm not sure if that is AAA or
23   AA but --
24        Q.    What brand is that toothbrush,
25   by the way?
```

Page 121

```
 1    discussed with Mr. Gale, before bringing
 2    this lawsuit, were there any other
 3    individuals you spoke with where you
 4    complained about performance of batteries?
 5         A.    Not that I recall.
 6         Q.    Now, you also purchased --
 7    well, strike that.  After 2010, did you
 8    purchase any other Ultra Advanced
 9    batteries?
10         A.    Ultra Advanced?
11         Q.    Yes.
12         A.    No, I don't believe so.
13         Q.    Let's talk about the Ultra
14    Power batteries.  Have you purchased Ultra
15    Power AA-size batteries?
16         A.    Yes.
17         Q.    How many packages of Ultra
18    Power AA-size batteries have you
19    purchased?
20         A.    I'm not sure exactly, but I
21    would say two or three packages.
22         Q.    You can't be sure which it is?
23         A.    No.
24         Q.    Could it be you only bought
25    one package?
```

Page 134

```
 1          A.    I would say two as a minimum.
 2          Q.    You are certain that you
 3   bought at least two packages?
 4          A.    Yes.
 5          Q.    And possibly as much as three?
 6          A.    Yes.
 7          Q.    What size packages did you
 8   purchase?
 9          A.    I'm not sure exactly.  I
10   believe I at least bought an eight-pack.
11   And it is possible I bought four-packs.  I
12   don't recall.
13          Q.    Let me make sure I am clear.
14   So these two or three packages of Ultra
15   Power batteries, AA-size, may have been
16   eight-packs or they may have been
17   four-packs?
18          A.    Yes.
19          Q.    Was there a typical size pack
20   that you will buy when you are buying
21   batteries for household use?
22          A.    It just depends on what we
23   need at the time.
24          Q.    Do you recall what stores you
25   purchased the Ultra Power AA batteries at?
```

Page 135

1          A.    It would have been one of the
2    three that I mentioned previously.
3          Q.    But you don't know which one?
4          A.    No.
5          Q.    Do you recall the price you
6    paid for the AA Ultra Power batteries?
7          A.    No, I don't.
8          Q.    Do you recall at the time that
9    you purchased the Ultra Power AA
10   batteries, comparing the price of those
11   batteries to CopperTop?
12         A.    I don't recall specifically
13   comparing them, but I did realize that
14   they were more expensive.
15         Q.    How did you realize that?
16         A.    Well, maybe I did compare.  I
17   don't recall how, exactly how I came to
18   that conclusion.
19         Q.    What --
20         A.    Either I saw them there in the
21   same side-by-side or I assumed that they
22   were more expensive.
23         Q.    Do you recall how much more
24   the Ultra Power AA batteries were than AA
25   CopperTop batteries at that time?

Page 136

1          Q.     Do you recall reviewing that
2     statement at the time of purchasing the
3     Ultra Power batteries?
4          A.     Yes.
5          Q.     Do you recall if the Ultra
6     Power batteries had a power-check device
7     on them, you could check how much power is
8     in them?
9          A.     I don't recall.
10          Q.     Same for the Ultra Advanced,
11     you don't recall if they had a power-check
12     device on them?
13          A.     Right.
14          Q.     Do you know whether CopperTop
15     AA or AAA batteries have a power-check
16     device on them?
17          A.     No, I don't.
18          Q.     So the statement "our
19     longest-lasting," what did you understand
20     that to mean?
21          A.     That that was a superior
22     battery.
23          Q.     Superior in what -- compared
24     to what?
25          A.     Compared to a CopperTop.

Page 139

```
 1        A.    Right.
 2        Q.    And you don't have a basis to
 3   measure how much actual use of the
 4   batteries you've got in the devices in
 5   your home, correct?
 6        A.    Other than just our -- you
 7   know, how much we use it every day but not
 8   an exact number of pushes or anything like
 9   that.
10        Q.    Because you weren't monitoring
11   that?
12        A.    Correct.
13        Q.    You have no idea if you got
14   more use or pushes in a remote control
15   with Ultra Advanced or Ultra Power
16   batteries than you do with CopperTop
17   batteries in that remote, correct?
18        A.    Yes.
19        Q.    Same goes for your daughter's
20   toys, you don't know that she got more
21   actual power-on use of those toys with
22   Ultra Advanced or Ultra Power batteries
23   than CopperTop, correct?
24        A.    Right.
25        Q.    Same goes for the toothbrush,
```

Page 143

1    you don't know if she got more use with

2    the power-on on the toothbrush with Ultra

3    Advanced or Ultra Power batteries versus

4    CopperTop batteries?

5          A.     Yes.

6          Q.     Did you use -- I will try not

7    to go into all devices.  Did you use the

8    Ultra Power AA batteries in the same

9    devices that you had used the Ultra

10   Advanced AA batteries in?

11         A.     Yeah, I don't know if it would

12   be all of them, but, I mean, I know we

13   used them in some of them.  Just based on

14   the same way that we use batteries, we

15   replace batteries with the new ones, and

16   so we would use them in the same devices.

17   Does that make sense?

18         Q.     That does.  And you don't --

19   but you don't know specifically which

20   devices you used the Ultra Power AA

21   batteries in?

22         A.     The Ultra Power, no.  I mean,

23   I believe we still have a couple of those

24   batteries, so there's probably some

25   devices that are in use with those.

```
 1    But I don't recall at this time.
 2         Q.    Did you purchase any Ultra
 3    Advanced or Ultra Power batteries since
 4    filing this lawsuit?
 5         A.    No, I don't think so.
 6         Q.    What batteries are you
 7    currently using in that digital camera?
 8         A.    I believe we are still -- we
 9    are using rechargeable batteries for that.
10         Q.    What brand are those?
11         A.    I don't recall.
12         Q.    Did you purchase any AAA Ultra
13    Power batteries?
14         A.    I don't specifically recall.
15    I think we may have purchased some.  I'm
16    not sure right now.
17         Q.    So you are not certain whether
18    you purchased any AAA Ultra Power
19    batteries?
20         A.    Not at this time.
21         Q.    Have you looked at your house
22    to see if you have any AAA Ultra Power
23    batteries?
24         A.    I don't remember.  I mean,
25    we -- I remember looking at some point,
```

Page 148

```
 1    but I don't remember if we had any or not.
 2          Q.    Did you look -- you were
 3    looking at that after the suit was filed?
 4          A.    Yes.
 5          Q.    And you were looking to see
 6    what Ultra Power, Ultra Advanced batteries
 7    you might have at your house, right?
 8          A.    Yes.
 9          Q.    And you don't recall if you
10    saw any AAA Ultra Power batteries?
11          A.    I don't recall.
12          Q.    Do you still have any Ultra
13    Advanced AAA or AA batteries at your home?
14          A.    I don't think so.
15          Q.    How would you be able to find
16    out if you purchased any AAA Ultra Power
17    batteries?
18          A.    I'm not sure.
19          Q.    Do you recall if you ever
20    reviewed the packaging of Duracell Ultra
21    Power batteries in AAA size?
22          A.    Yeah, I don't recall.  When I
23    review the packaging, I mean I read the
24    packaging of whatever I buy, so I would
25    assume yes.
```

Page 149

```
 1          Q.     But the fact that you don't
 2    recall if you have ever bought AAA Ultra
 3    Power batteries means you don't know that
 4    you have ever looked at the packaging for
 5    those batteries?
 6          A.     Right.  If I have bought them,
 7    then I would have looked at the packaging.
 8          Q.     In purchasing any of the Ultra
 9    Power or Ultra Advanced batteries, did you
10    look on the packaging to see if there were
11    any explanations or disclaimers about the
12    product?
13          A.     No, not that I recall.
14          Q.     Did you ever do any of your
15    own homework about the performance of
16    Ultra Advanced batteries to see if they
17    were worth buying, in your opinion?
18          A.     No.
19          Q.     Never went to the Duracell
20    website to look for information about
21    them, right?
22          A.     No.  That is right.  I have
23    not looked.
24          Q.     During the period of time
25    since 2010 through the present, have you
```

Page 150

```
1    from that.  It is in the garage.
2         Q.    So for your daughter's toys,
3    do you know how much actual use she got of
4    those toys with Ultra Advanced or Ultra
5    Power batteries in them?
6         A.    As far as timewise?
7         Q.    Yes.
8         A.    No, I don't know.
9         Q.    What about the CopperTop, do
10   you know how much use she got?
11        A.    No.
12        Q.    With the remote controls, do
13   you know how much actual use you got out
14   of the remotes with the Ultra Advanced or
15   Ultra Power batteries?
16        A.    I don't know a specific time.
17        Q.    Same thing for the CopperTop
18   batteries?
19        A.    Right.
20        Q.    And same for the toothbrush,
21   you don't know how much actual use you got
22   out of the toothbrush with the Ultra
23   Advanced or Ultra Power batteries in it?
24        A.    Right.
25        Q.    And you don't know how much
```

Page 165

1    actual use, time you got out of it with
2    the CopperTop batteries in it?
3         A.    Right.
4         Q.    Given that, how can you know
5    accurately that the Ultra Power and Ultra
6    Advanced batteries didn't last longer than
7    CopperTop batteries in those devices?
8         A.    I think given that my
9    observation is general, I am not sure if I
10   can know accurately.

11                  MR. COTTRIEL:  Mark that next
12   in line.
13                  (Whereupon, Exhibit 4 was
14                  marked for identification.)
15        Q.    (BY MR. COTTRIEL:)  I am
16   showing you what we have marked as
17   Exhibit 4, which is the First Amended
18   Complaint in this case, filed on May 21st,
19   2012, when the case was still in the State
20   Court.
21                  Have you seen this document
22   before?
23        A.    Yes.
24        Q.    When was the first time you
25   saw this document?

Sarnoff, A VERITEXT COMPANY
877-955-3855

```
 1          Q.     Look at Paragraph 6.  It says
 2     that "Defendants concealed and
 3     misrepresented material facts concerning
 4     the true battery life and power of their
 5     Ultra Advanced and Ultra Power batteries."
 6               What material facts do you
 7     believe that they concealed and
 8     misrepresented?
 9          A.     The fact that the batteries
10     operate the same with no noticeable
11     difference.
12          Q.     So the same thing you told me
13     just a minute ago?
14          A.     Yes.
15          Q.     Is the basis for that
16     statement that they concealed and
17     misrepresented material facts the same
18     basis you told me just a few moments ago?
19          A.     Yes.
20          Q.     Is there any other basis for
21     that assertion here in Paragraph 6?
22          A.     No.
23          Q.     If you go to Page 4 of your
24     complaint, in Paragraph 13 there's a quote
25     from a press release.  Do you see that?
```

```
 1          A.     Yes.
 2          Q.     Have you ever reviewed that
 3     press release?
 4          A.     No.
 5          Q.     That press release isn't
 6     anything that you relied upon or
 7     considered in making your decision to
 8     purchase Ultra Advanced or Ultra Power
 9     batteries?
10          A.     No.
11          Q.     If you could look at
12     Paragraph 14, it is discussing the Ultra
13     Advanced batteries.  And it says that the
14     statement on the package is "up to thirty
15     percent longer in toys," with an asterisk
16     after the letter S, end quote, with an
17     asterisk that included the disclaimer
18     "versus Ultra Digital" in small print.
19               Is that your recollection, that
20     the statement "up to thirty percent in
21     toys" had the asterisk and noted on the
22     front of the package "versus Ultra
23     Digital"?
24          A.     Is it my recollection?
25          Q.     Yeah.
```

Page 186

1        A.    I mean I know that it does
2    now, yes.
3        Q.    When did you come to that
4    realization?
5        A.    I didn't pay attention to it
6    on the packaging when I bought them.  But,
7    I mean, as I paid attention to the
8    packaging, now I have seen it and it has
9    become apparent.
10        Q.    Does that impact at all your
11    position that you believed that the Ultra
12    Advanced batteries were represented to
13    last thirty percent longer than Duracell
14    CopperTop batteries in all device
15    categories?
16        A.    No.
17        Q.    Why doesn't it impact that?
18        A.    Because it is very small and
19    most people aren't going to pay attention
20    to that when they see it.
21        Q.    What do you mean by "very
22    small"?
23        A.    The print, it has an asterisk
24    on it and it is small print.
25                MR. LOWE:  He is getting a

Page 187

1    between Duracell Ultra Power and

2    Duracell's other alkaline batteries, i.e.,

3    the lower-priced Duracell CopperTop."

4           Is the sole basis for your

5    allegation there in Paragraph 21 the --

6    your personal observation of using

7    batteries in your household that you told

8    me about earlier?

9         A.    Yes.

10        Q.    Is there any other basis?

11        A.    No.

12        Q.    What damages have you suffered

13   as a result of purchasing the Ultra

14   Advanced and Ultra Power batteries?

15        A.    Monetary.

16        Q.    What monetary damages?

17        A.    I don't know the exact amount.

18   It would depend on the exact amount of

19   batteries that I purchased.

20        Q.    And you don't know the amount

21   that you paid, correct?

22        A.    Yes.  I guessed about twenty

23   to thirty cents per battery more.

24        Q.    That is just a guess because

25   you don't know the amount, correct?

Page 192

1          A.     Not specifically, yes.
2          Q.     So the monetary damages that
3     you are claiming you sustained are the
4     difference in price that you paid for the
5     Ultra Advanced or Ultra Power batteries on
6     the particular day that you bought them
7     versus what you would have paid for the
8     same size pack of CopperTop batteries on
9     that same day?
10         A.     Yes.
11         Q.     Do you know if the price of
12    Duracell Ultra Power or Ultra Advanced
13    batteries -- strike that.  Let me try it
14    again.
15              To the extent you are claiming
16    there's a price premium, a higher price
17    you pay for the Ultra Advanced or Ultra
18    Power batteries, do you know if any of
19    that premium or additional price is
20    attributable to the power-check device
21    that comes on the Ultra Advanced and Ultra
22    Power batteries?
23         A.     No, I do not.
24         Q.     So as you sit here today, you
25    don't know how much you were overcharged

1    or you overpaid for the Ultra Advanced and

2    Ultra Power batteries?

3         A.    That's correct.

4         Q.    Other than that monetary

5    damages that you just mentioned, is there

6    any other monetary damages you are seeking

7    in this case?

8         A.    No.

9         Q.    Is there any other relief

10   other than monetary relief that you are

11   seeking in this case?

12        A.    No.

13              (Whereupon, Exhibit 8 was

14              marked for identification.)

15        Q.    (BY MR. COTTRIEL:)  Let me

16   show you what we will mark as Exhibit 8.

17   Have you seen Exhibit 8 before?

18        A.    I don't recall.

19        Q.    Exhibit 8, for the record, is

20   Plaintiff's Rule 26(a)(1) initial

21   disclosures in this case.  In the middle

22   of the page there's a response under the

23   paragraph with the Number 1.  Do you see

24   that?

25        A.    Yes.

```
 1          Q.     It says, "At this point,
 2   Plaintiff is the only person who may be
 3   used as a witness to support his claims."
 4   Is that a correct statement, to your
 5   knowledge?
 6          A.     Yes.
 7          Q.     And underneath the paragraph
 8   that is Number 2, there's a response, and
 9   it says, "Plaintiff has no documents or
10   tangible things responsive to this item at
11   this time."  It is referring to the
12   paragraph above, which is documents or
13   things that would support your claims in
14   this case.
15               Is that a correct statement
16   that you don't have any documents or
17   tangible things to support your claims in
18   this case?
19          A.     Yes.
20               (Whereupon, Exhibit 9 was
21               marked for identification.)
22          Q.     (BY MR. COTTRIEL:)  I am
23   showing you what we have marked as
24   Exhibit 9, which is Plaintiff's Answers to
25   Defendant The Gillette Company's Amended
```

Page 195

```
 1    First Set of Interrogatories.
 2              Have you seen this document
 3    before?
 4         A.    Yes.
 5         Q.    If you look at the -- I think
 6    it is Page 13 of the document, there's
 7    a -- I don't know what you call this in
 8    Florida, either an affidavit or a
 9    verification.  Do you see that?
10         A.    Yes.
11         Q.    Is that your signature that
12    you verified that these responses are true
13    and correct, to the best of your
14    knowledge?
15         A.    Yes.
16         Q.    And you executed that on
17    August 14th of this year?
18         A.    Yes.
19         Q.    Do you recall if you actually
20    yourself wrote any of the language that
21    went into these responses to
22    interrogatories?
23         A.    Yes.
24         Q.    Do you recall which of them
25    you personally wrote?
```

Page 196

1      A.    I believe I personally wrote

2  all of these and had my counsel review

3  them.

4      Q.    Okay.  In Interrogatory

5  Number 1 there's a response there where

6  you talk about batteries that you

7  previously purchased.  With respect to

8  Ultra Advanced and Ultra Power batteries,

9  is there anything referenced in this

10 paragraph of your responses to

11 interrogatories that is in addition or

12 includes something that you didn't tell me

13 about this morning when we went through

14 all the purchases of Ultra Advanced and

15 Ultra Power batteries that you made?

16     A.    Not that I am aware of.

17     Q.    Between this paragraph in your

18 responses to the interrogatories and your

19 testimony today, we don't know for certain

20 what number of packs of Ultra Advanced and

21 Ultra Power batteries you purchased in

22 particular sizes, correct?

23     A.    Yes.

24     Q.    So we don't know what the

25 total number of battery cells that you

1     purchased either, correct?

2          A.     Correct.

3          Q.     We don't know how much you

4     paid for the batteries, correct?

5          A.     Correct.

6          Q.     And we don't know how much

7     more you paid for those batteries than you

8     would have paid for CopperTop batteries on

9     the same date of purchase, correct?

10         A.     Yes.

11         Q.     If you can look at your

12    response to Interrogatory Number 2, this

13    is talking about the purchase of the Ultra

14    Advanced batteries in 2010.  The sentence

15    on the third line says that you believe

16    that the batteries -- now I am quoting

17    from the third line, "would last longer

18    than other batteries and would last up to

19    thirty percent longer in toys."

20               Was it your understanding that

21    the Ultra Advanced batteries would last up

22    to thirty percent longer in toys as

23    compared to CopperTop batteries?

24         A.     Yes.

25         Q.     This is different than what

Page 198

```
 1   communications with anyone at Proctor &
 2   Gamble or Gillette.  At that time you said
 3   to your knowledge, no.  Is that still the
 4   case?
 5        A.    Yes.
 6        Q.    You haven't had any
 7   communications with anyone affiliated with
 8   Duracell, to your knowledge?
 9        A.    That's correct.
10        Q.    What about with any other
11   battery manufacturer, have you had any
12   communications with any other battery
13   manufacturer regarding batteries?
14        A.    No, I have not.
15        Q.    Looking at your response to
16   Interrogatory Number 13, it says, "I
17   contend that the Defendants made the
18   misrepresentation in their press release
19   announcing Duracell Ultra Advanced
20   batteries that Ultra Advanced with
21   power-check lasts up to thirty percent
22   longer in toys than the previous Ultra
23   Digital."  Is that something you wrote?
24        A.    I believe my counsel helped me
25   with that.
```

Page 207

1      Q.     Because you have never looked
2    at that press release; isn't that right?
3      A.     That's correct.
4      Q.     It also says, "I also contend
5    that Defendants made the following
6    misrepresentation in the product packaging
7    for Duracell Ultra Advanced, 'up to thirty
8    percent longer in toys,' with an asterisk
9    that included the disclaimer 'versus Ultra
10   Digital' in small print."  Did you write
11   that sentence?
12     A.     My counsel helped me with
13   that.
14     Q.     They wrote it rather than you?
15     A.     I believe so, yes.
16     Q.     It then says, "I contend that
17   Defendants also made the following
18   misrepresentation on their website product
19   page for Duracell Ultra Advanced, 'These
20   batteries give you up to thirty percent
21   more power in toys than Ultra Digital
22   batteries' and 'use with high-drain
23   devices, including battery-powered toys,
24   high-powered flashlights and video game
25   controllers.'"

Page 208

```
 1    work for, Express Printing --
 2            A.     Yes.
 3            Q.     -- do you guys have any
 4    marketing slogans or statements you guys
 5    you use?
 6            A.     The only marketing slogan we
 7    use is "friendly professionals."
 8            Q.     Friendly professionals?
 9            A.     Yes.
10            Q.     Would that be a matter of
11    opinion?
12            A.     Yes, it would.
13            Q.     Looking back at your response
14    on Interrogatory 13, I am looking at the
15    last sentence now.  "Defendants' website
16    also states that 'Duracell Ultra Power
17    batteries offer premium power for many of
18    your devices, including battery-powered
19    toys, video game controllers, high-powered
20    flashlights, digital cameras and radio
21    clocks.'"  You haven't seen that statement
22    before because you haven't gone to the
23    website, correct?
24            A.     Yes.
25            Q.     Looking at that statement here
```

Page 214

1   in this response, was that a sentence that

2   you wrote or your counsel wrote?

3          A.     Counsel.

4          Q.     Do you contend that that

5   statement that is in the quotes of that

6   last sentence of response to

7   Interrogatory 13 is false?

8          A.     If that statement is used

9   alone on its own, then it is not comparing

10  itself to another battery.  So it could be

11  true.  But if it is comparing itself to

12  another battery in another -- in another

13  respect, then I would say that it is

14  false.

15         Q.     Do you know whether that

16  statement, as phrased here, is comparing

17  it to another battery?

18         A.     I'm not sure.  I haven't been

19  to the website.

20         Q.     On Page 12, your response to

21  Interrogatory Number 21, that

22  interrogatory was asking if you had

23  communications with anyone else that would

24  be in the proposed class of people that

25  you seek to represent in this -- in this

Sarnoff, A VERITEXT COMPANY
877-955-3855

1   questions.   Are we on or off?

2              MR. COTTRIEL:  Why don't we go

3   off.

4              THE VIDEOGRAPHER:  This marks

5   the end of Tape Number 4 and concludes the

6   deposition of Joshua Poertner.  We are off

7   the record.  Time is 2:28 p.m.

8

9      (Deposition concluded at 2:28 p.m.)

10

11      FURTHER THE DEPONENT SAITH NOT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 236

1        I declare under penalty of perjury

2   under the laws that the foregoing is

3   true and correct.

4

5        Executed on _____ , 20___,

6   at _____, _____.

7

8

9

10

11                        _____

12                        JOSHUA D. POERTNER

13

14

15

16

17

18

19

20

21

22

23

24

25

                                    Page 237

```
 1                 C E R T I F I C A T E

 2

 3

 4      STATE OF ALABAMA

 5      JEFFERSON COUNTY

 6

 7               I hereby certify that the

 8      above and foregoing deposition was taken

 9      down by me in stenotypy, and the questions

10      and answers thereto were reduced to

11      typewriting under my supervision, and that

12      the foregoing represents a true and

13      correct transcript of the deposition given

14      by said witness upon said hearing.

15               I further certify that I am

16      neither of counsel nor of kin to the

17      parties to the action, nor am I in anywise

18      interested in the result of said cause.

19

20

21

22

23

24              COMMISSIONER-NOTARY PUBLIC

25              ACCR LICENSE NO. 3
```

Page 238

# EXHIBIT C

1          IN THE UNITED STATES DISTRICT COURT

2             MIDDLE DISTRICT OF FLORIDA

3                ORLANDO DIVISION

4

5   CIVIL ACTION NO. 6:12-CV-00803-GAP-DAB

6

7   JOSHUA D. POERTNER,

8                Plaintiff,

9   vs.

10  THE GILLETTE COMPANY AND

11  THE PROCTOR & GAMBLE COMPANY,

12                Defendants.

13  _____

14

15

16      Videotaped Deposition of WALTER A. VAN

17      SCHALKWIJK, Ph.D., taken at 301 19th Street

18      North, Birmingham, Alabama, commencing at

19      9:12 a.m., Wednesday, March 6, 2013, before

20      Teresa Turquitt Davis, CCR, RPR,

21      Notary Public.

22

23

24  JOB No. 1618578

25  PAGES 1 - 283

                                    Page 1

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF, JOSHUA D. POERTNER:

 4

 5        LOWE & GRAMMAS, LLP

 6        BY: MESSRS. E. CLAYTON LOWE, JR., ESQ.

 7             PETER A. GRAMMAS, ESQ.

 8        Liberty Park

 9        1952 Urban Center Parkway

10        Vestavia Hills, AL 35242

11        (CLOWE@LOWEGRAMMAS.COM)

12

13   FOR THE PLAINTIFF, JAMES COLLINS:

14

15        SCHUBERT, JONCKHEER & KOLBE, LLP

16        BY: MS. MIRANDA KOLBE, ESQ.

17             MR. NOAH SCHUBERT, ESQ.

18        3 Embarcadero Center, Suite 1650

19        San Francisco, CA 94111

20        (Mkolbe@schubertlawfirm.com)

21        (Nschubert@schubertlawfirm.com)

22

23

24

25
```

Page 2

1    APPEARANCES OF COUNSEL (CONTINUED):

2

3    FOR THE DEFENDANTS:

4

5           JONES DAY

6           BY: MR. JASON MCDONELL, ESQ.

7           555 California Street, 26th Floor

8           San Francisco, CA 94014.1500

9           (JMCDONELL@JONESDAY.COM)

10

11   ALSO PRESENT:

12

13          DR. QUINN HORN (via videoconference)

14          RYAN SPRAY

15          KAI IRWIN, Videographer

16

17

18

19

20

21

22

23

24

25

                                          Page  3

```
1                        I N D E X
2
                      INDEX OF EXAMINATION
3                                              PAGE:
     EXAMINATION BY MR. MCDONELL               8
4    EXAMINATION BY MR. LOWE                   266
     REEXAMINATION BY MR. MCDONELL             274
5
                    DEPOSITION EXHIBITS
6    NUMBER                                    PAGE:
7
     Defendant's Exhibit 20 (subpoena)         24
8    Defendant's Exhibit 21 (expert report)    27
     Defendant's Exhibit 22 (ANSI test         69
9    specifications)
     Defendant's Exhibit 23 (data sheet,       186
10   UBA5)
     Defendant's Exhibit 24 (specification     187
11   sheet battery holders)
     Defendant's Exhibit 25 (photos of backs   195
12   of battery packages)
     Defendant's Exhibit 26 (Lindne's          207
13   Handbook)
     Defendant's Exhibit 27 (excerpts          211
14   Linden's Handbook)
     Defendant's Exhibit 28 (photos,           240
15   receipts)
     Defendant's Exhibit 29 (Duracell data     250
16   sheets)
     Defendant's Exhibit 30 (engagement        251
17   letter)
     Defendant's Exhibit 31 (certificates of   251
18   calibration)
     Defendant's Exhibit 32 (Vencon            252
19   certificates of calibration)
     Defendant's Exhibit 33 (Vencon invoices)  253
20   Defendant's Exhibit 34 (invoices FL        254
     case)
21   Defendant's Exhibit 35 (statement of      255
     calibration practices)
22   Defendant's Exhibit 36 (user manual)      256
     Defendant's Exhibit 37 (UBA guide)        257
23   Defendant's Exhibit 38 (batteries         262
24   purchased in FL)
25   Defendant's Exhibit 39 (PayPal receipt)   262


                                           Page 4
```

```
 1                  I, Teresa Turquitt Davis, a Certified

 2      Court Reporter and Registered Professional Reporter

 3      of Birmingham, Alabama, and a Notary Public for the

 4      State of Alabama at Large, acting as Commissioner,

 5      certify that on this date, as provided by the

 6      Federal Rules of Civil Procedure of the United

 7      States District Court, there came before me at 301

 8      19th Street North, Birmingham, Alabama, on March 6,

 9      2013, commencing at 9:12 a.m., WALTER A. VAN

10      SCHALKWIJK, PhD, witness in the above cause, for

11      oral examination, whereupon the following

12      proceedings were had:

13                                                           09:13:49

14                  THE VIDEOGRAPHER:  We are on the         09:13:55

15      record at 9:12 on Wednesday, March 6, 2013.  This   09:13:56

16      is the video deposition of Walter van Schalkwijk.   09:14:02

17      My name is Kai Irwin with Veritext.  The deposition 09:14:05

18      is being held at Wiggins, Childs, Quinn & Pantazis  09:14:09

19      in Birmingham, Alabama.  The caption of the case is 09:14:12

20      Joshua Poertner versus the Gillette Company and the 09:14:15

21      Proctor & Gamble Company, Case Number               09:14:23

22      6:12-CV-00803-GAP-DAB.                               09:14:28

23                  Will counsel please identify            09:14:32

24      yourselves and state whom you represent?            09:14:36

25                  MR. MCDONELL:  Jason McDonell            09:14:39
```

Page 5

```
 1    representing defendants from Jones Day firm.  With      09:14:41

 2    me is an observer, Mr. Ryan Spray.                      09:14:43

 3                 MR. LOWE:  Clay Lowe for the               09:14:49

 4    plaintiff.                                              09:14:50

 5                 MR. GRAMMAS:  Pete Grammas                 09:14:52

 6    representing the plaintiff with Clay Lowe.              09:14:53

 7                 MS. KOLBE:  Miranda Kolbe and I            09:14:56

 8    represent the plaintiff, James Collins.                 09:14:57

 9                 MR. SCHUBERT:  Noah Schubert                09:15:00

10    representing the plaintiff, James Collins.              09:15:00

11                 THE VIDEOGRAPHER:  Will the reporter       09:15:00

12    please swear the witness?

13

14              WALTER A. VAN SCHALKWIJK, PhD,

15    having been first duly sworn, was examined and

16    testified as follows:

17                                                            09:15:26

18                 MR. LOWE:  Since Ms. Kolbe and             09:15:27

19    Mr. Schubert are here, don't we need to note the        09:15:29

20    fact that they are not participating in this            09:15:33

21    deposition, they are just merely here because they      09:15:35

22    also are utilizing Mr. van Schalkwijk in another        09:15:38

23    case?                                                   09:15:44

24                 MR. MCDONELL:  I can't speak for what      09:15:45

25    they are doing so -- we had a proposal to them that     09:15:47
```

                                                            Page 6

```
 1    aforementioned clients.                        10:00:07
 2         Q.    How did you make the decision to     10:00:09
 3    select Vencon equipment?                        10:00:15
 4         A.    Modular.  The specifications were     10:00:17
 5    okay with regard to the voltage and current that I  10:00:22
 6    needed, and price.                              10:00:29
 7         Q.    What about price?                     10:00:34
 8         A.    It's lower than some of the large     10:00:37
 9    corporations that make test equipment.          10:00:43
10         Q.    Which large corporations?            10:00:45
11         A.    MACCOR, Arbin.                        10:00:47
12         Q.    For the court reporter's benefit, can 10:00:50
13    you spell the names of those last two companies? 10:00:53
14         A.    MACCOR is M-A-C-C-O-R.  Arbin is      10:00:54
15    A-R-B-I-N.                                       10:00:59
16         Q.    Did you consider those companies'     10:01:00
17    equipments for that engagement of 20 months ago or 10:01:04
18    so?                                             10:01:07
19         A.    I did.                                10:01:07
20         Q.    And was price the deciding factor?    10:01:08
21         A.    No, not totally.                      10:01:10
22         Q.    What else?                            10:01:12
23         A.    When you buy their equipment, you buy 10:01:13
24    them basically from their menu, voltage and      10:01:18
25    current.  And making changes to what you want can 10:01:23
```

Page 42

```
 1          A.     The client contributes money to me.      10:10:11

 2          Q.     Okay.  So you contribute knowledge,      10:10:13

 3    they pay you?                                         10:10:16

 4          A.     Yes.                                     10:10:17

 5          Q.     I just wasn't sure.  In your             10:10:18

 6    qualifications section, I didn't see anything --      10:10:22

 7    maybe I missed it -- on your qualifications as a      10:10:28

 8    statistician.  Do you hold yourself out as an         10:10:32

 9    expert in the field of statistics?                   10:10:35

10          A.     I do not.                                10:10:36

11          Q.     Are you an expert in statistics?         10:10:37

12          A.     I would not qualify myself --            10:10:40

13    characterize myself as such.                          10:10:43

14          Q.     Do you have an advanced degree in        10:10:44

15    statistics?                                           10:10:47

16          A.     I do not.                                10:10:48

17          Q.     Was it a major field of study in your    10:10:48

18    education undergrad?                                  10:10:51

19          A.     It was not.                              10:10:52

20          Q.     What was your major field of study as    10:10:53

21    an undergrad?                                         10:10:56

22          A.     Chemistry.                               10:10:56

23          Q.     And that was the same throughout your    10:10:57

24    formal education?                                     10:11:00

25          A.     Specialized after that.                  10:11:02
```

Page 49

1    referring to?                                      10:29:59

2         A.    Yes.                                    10:30:00

3         Q.    Do you have any opinion as to how       10:30:01

4    many of the average consumers of Duracell CopperTop 10:30:05

5    batteries go to the Duracell website to get        10:30:11

6    information before purchasing batteries?           10:30:14

7         A.    I have no knowledge of how many         10:30:16

8    would.                                             10:30:18

9         Q.    Do you have any knowledge whether any   10:30:18

10   consumers look at company's websites in making a   10:30:23

11   decision whether to purchase consumer batteries?   10:30:25

12        A.    I have no knowledge whether they        10:30:28

13   would.                                             10:30:30

14        Q.    In your experience, I mean you have     10:30:30

15   been around the industry a long time, right?       10:30:31

16        A.    Yes.                                    10:30:33

17        Q.    Is it your sense of things that it      10:30:33

18   would be the rare occasion when a consumer would go 10:30:36

19   to a company's website before deciding to buy a    10:30:40

20   battery?                                           10:30:44

21        A.    It would be unusual.                    10:30:44

22        Q.    Staying in that same section, the       10:30:46

23   next paragraph, you talk about ANSI test standards, 10:30:51

24   do you see that?                                   10:30:57

25        A.    I do.                                   10:30:58

Page 53

```
 1    constant drain -- constant current/constant drain,        10:42:36

 2    those are similar terms?                                  10:42:40

 3            A.    Yes.                                         10:42:42

 4            Q.    Is it your opinion that the one             10:42:42

 5    ampere constant current test should be included in        10:42:44

 6    the ANSI test because it is representative of use         10:42:48

 7    in the general public?                                    10:42:51

 8            A.    It's represented in the general             10:42:54

 9    evaluation of batteries by battery professionals.         10:42:57

10            Q.    That is not my question, though.            10:43:00

11            A.    Okay.                                       10:43:02

12            Q.    My question is:  Do you believe that        10:43:02

13    the constant current test of one ampere should be         10:43:04

14    within the ANSI Standards because it represents how       10:43:09

15    consumers use batteries?                                  10:43:13

16            A.    Yes.                                        10:43:17

17            Q.    Okay.  In what ways do the consumers        10:43:18

18    use batteries?                                            10:43:22

19            A.    For example, they put it into a             10:43:22

20    flashlight or lantern and will let it run until it        10:43:25

21    runs down completely.                                     10:43:29

22            Q.    What percentage of society uses             10:43:30

23    batteries for that purpose?                               10:43:33

24            A.    I have no idea.                             10:43:35

25            Q.    More than one percent?                      10:43:39
```

Page 63

| | | |
|---|---|---|
| 1 | A.      Perhaps. | 10:43:42 |
| 2 | Q.      Do you know? | 10:43:43 |
| 3 | A.      I do not know. | 10:43:44 |
| 4 | Q.      As far as you know, it's -- it could | 10:43:45 |
| 5 | be that less than one percent of all AA batteries | 10:43:48 |
| 6 | in the market get used in the way you just | 10:43:53 |
| 7 | described where you turn it on and let it run all | 10:43:56 |
| 8 | the way down? | 10:43:59 |
| 9 | A.      It could be even smaller, could be | 10:44:00 |
| 10 | larger.   I have no idea. | 10:44:02 |
| 11 | Q.      So you have no opinion on that | 10:44:03 |
| 12 | whatsoever? | 10:44:05 |
| 13 | A.      No. | 10:44:06 |
| 14 | Q.      Do you have any reason to believe | 10:44:06 |
| 15 | that ANSI thought that a constant current test was | 10:44:12 |
| 16 | representative in some material way of use in the | 10:44:20 |
| 17 | consuming public but just decided to exclude it | 10:44:23 |
| 18 | from its test? | 10:44:26 |
| 19 | A.      No. | 10:44:30 |
| 20 | Q.      You indicate toward the top of Page 3 | 10:44:31 |
| 21 | of your report that the constant current test are | 10:44:52 |
| 22 | standard industry accepted methods, do you see | 10:44:57 |
| 23 | that? | 10:45:00 |
| 24 | A.      Yes. | 10:45:00 |
| 25 | Q.      What do you mean by that? | 10:45:01 |

Page 64

| | | |
|---|---|---|
| 1 | Q.     Well, why don't you try and answer | 10:49:03 |
| 2 | it? | 10:49:06 |
| 3 | A.     You could -- by internal design of | 10:49:06 |
| 4 | the battery, various parameters could be adjusted. | 10:49:10 |
| 5 | The porosity of materials, the amount of binder, | 10:49:16 |
| 6 | the surface area available for chemical reaction, | 10:49:20 |
| 7 | you might sacrifice a little bit of energy and run | 10:49:24 |
| 8 | time to -- at low current to allow for good | 10:49:29 |
| 9 | operation at high current.  So you can design a | 10:49:35 |
| 10 | battery to have certain characteristics that will | 10:49:38 |
| 11 | enhance its performance under certain conditions. | 10:49:41 |
| 12 | Q.     So let me try to simplify it a little | 10:49:45 |
| 13 | bit.  In your opinion, is it possible to design a | 10:49:49 |
| 14 | battery that optimizes its performance for | 10:49:53 |
| 15 | intermittent use, but in so doing makes it perform | 10:49:59 |
| 16 | not as well in a constant drain usage? | 10:50:03 |
| 17 | A.     Again, that is possible. | 10:50:09 |
| 18 | Q.     So, in other words, if what you | 10:50:13 |
| 19 | thought the market needed was batteries that are | 10:50:15 |
| 20 | going to be used in devices that are used | 10:50:18 |
| 21 | intermittently, like a remote control for a | 10:50:23 |
| 22 | television, for example, do you have that in mind? | 10:50:26 |
| 23 | A.     Uh-huh. | 10:50:29 |
| 24 | Q.     Yes?  Remember, you always have to | 10:50:30 |
| 25 | use words. | 10:50:33 |

Page 68

| | | |
|---|---|---|
| 1 | A.     Yes. | 10:50:33 |
| 2 | Q.     You might design a battery that | 10:50:33 |
| 3 | performs pretty well in its intermittent use, but | 10:50:36 |
| 4 | in doing so, you sacrifice its performance in | 10:50:39 |
| 5 | constant drain applications, right? | 10:50:42 |
| 6 | A.     Yes. | 10:50:46 |
| 7 | Q.     Okay.  Is there anything you are | 10:50:47 |
| 8 | aware of in the ANSI Standards that suggests that | 10:50:52 |
| 9 | ANSI thought doing a constant drain test was an | 10:50:56 |
| 10 | appropriate test to evaluate alkaline batteries for | 10:51:02 |
| 11 | consumer use? | 10:51:07 |
| 12 | A.     They were silent on that subject. | 10:51:08 |
| 13 | (Whereupon, Defendant's Exhibit 22 | 10:51:28 |
| 14 | was marked for identification.) | 10:52:10 |
| 15 | Q.     I'll show you what has been marked as | 10:52:10 |
| 16 | Exhibit 22.  Are you familiar with that document? | 10:52:12 |
| 17 | A.     Yes. | 10:52:14 |
| 18 | Q.     What is it? | 10:52:14 |
| 19 | A.     It's the ANSI test specifications | 10:52:15 |
| 20 | that we have been discussing. | 10:52:17 |
| 21 | Q.     And this is also the one that you | 10:52:19 |
| 22 | have included as a reference in your report? | 10:52:21 |
| 23 | A.     Yes. | 10:52:23 |
| 24 | Q.     Is there anything erroneous in it, in | 10:52:24 |
| 25 | your opinion? | 10:52:31 |

Page 69

| | | |
|---|---|---|
| 1 | you almost -- there is really no such thing.  You | 11:11:05 |
| 2 | need an infinite number of samples where every | 11:11:09 |
| 3 | sample fell on a perfect Gaussian curve. | 11:11:12 |
| 4 | But if you get an Anderson-Darling | 11:11:21 |
| 5 | result where the -- I forget where the parameter | 11:11:24 |
| 6 | was, it was a p parameter where it was less than | 11:11:28 |
| 7 | .05, I think it was, then you could consider the | 11:11:31 |
| 8 | entire grouping to follow a normal distribution. | 11:11:33 |
| 9 | Q.    Are you an expert in applying | 11:11:37 |
| 10 | Anderson-Darling? | 11:11:41 |
| 11 | A.    No.  I have told you I'm not an | 11:11:41 |
| 12 | expert in statistics. | 11:11:44 |
| 13 | Q.    Is your Anderson-Darling analysis | 11:11:46 |
| 14 | reflected in your report? | 11:11:49 |
| 15 | A.    I don't discuss it. | 11:11:51 |
| 16 | Q.    Okay.  But it is part of the basis | 11:11:52 |
| 17 | for your opinion that these batteries performed in | 11:11:55 |
| 18 | a statistically equivalent way? | 11:12:00 |
| 19 | A.    Yes. | 11:12:04 |
| 20 | Q.    Then you say you conducted some | 11:12:05 |
| 21 | T-tests? | 11:12:09 |
| 22 | A.    Yes. | 11:12:09 |
| 23 | Q.    What is that? | 11:12:09 |
| 24 | A.    It's another test statistically where | 11:12:10 |
| 25 | the data is used for comparing two groups to see if | 11:12:14 |

Page 81

| | | |
|---|---|---|
| 1 | Q.    Let me just try to keep it down to | 12:10:19 |
| 2 | basics.  Do you know what the spec for voltage is | 12:10:22 |
| 3 | for the Vencon equipment used? | 12:10:26 |
| 4 | A.    My assumption is that it's plus or | 12:10:31 |
| 5 | minus .2 percent of the reading. | 12:10:34 |
| 6 | Q.    Okay. | 12:10:41 |
| 7 | A.    My understanding of it is that that | 12:10:42 |
| 8 | is capped out at ten millivolts. | 12:10:47 |
| 9 | Q.    What do you mean when you say "capped | 12:10:49 |
| 10 | out"? | 12:10:51 |
| 11 | A.    In other words, the smaller the | 12:10:52 |
| 12 | voltage reading, it's going to be plus or minus | 12:10:53 |
| 13 | .2 volts.  But for a large voltage reading, ten | 12:10:57 |
| 14 | millivolts would be the absolute maximum | 12:11:01 |
| 15 | uncertainty in the voltage. | 12:11:04 |
| 16 | Q.    And you say anything above ten | 12:11:06 |
| 17 | millivolts it's no uncertainty at all, it's | 12:11:08 |
| 18 | perfect? | 12:11:13 |
| 19 | A.    That it's probably the closest it can | 12:11:13 |
| 20 | come to being able to understand the voltage as it | 12:11:15 |
| 21 | has been read. | 12:11:20 |
| 22 | Q.    Is it possible that what this spec | 12:11:20 |
| 23 | means is that it's plus or minus .2 percent of the | 12:11:22 |
| 24 | reading, which is a voltage reading, right? | 12:11:27 |
| 25 | A.    Right. | 12:11:29 |

Page 117

| | | |
|---|---|---|
| 1 | Q.    Plus another ten millivolts? | 12:11:29 |
| 2 | A.    Yes, it's possible, and that would be | 12:11:32 |
| 3 | over ten millivolts as set forth in the ANSI spec. | 12:11:34 |
| 4 | Q.    So if by that reading if you are | 12:11:38 |
| 5 | testing one volt, it could be that the accuracy is | 12:11:41 |
| 6 | only within ten -- I'm sorry, 12 millivolts? | 12:11:47 |
| 7 | A.    No, 10.2 millivolts. | 12:11:52 |
| 8 | Q.    10.2 millivolts? | 12:11:57 |
| 9 | A.    No, 12 millivolts. | 12:11:59 |
| 10 | Q.    Just what I said, right? | 12:12:01 |
| 11 | A.    Yeah, 12 millivolts. | 12:12:03 |
| 12 | Q.    All right.  So it's possible that the | 12:12:05 |
| 13 | accuracy here is when testing one millivolt -- I'm | 12:12:06 |
| 14 | sorry, when testing one volt -- | 12:12:10 |
| 15 | A.    One volt. | 12:12:11 |
| 16 | Q.    -- it's only accurate within 12 | 12:12:12 |
| 17 | millivolts? | 12:12:15 |
| 18 | A.    It's possible. | 12:12:16 |
| 19 | Q.    And you don't know one way or the | 12:12:16 |
| 20 | other? | 12:12:18 |
| 21 | A.    And I don't know one way or the | 12:12:18 |
| 22 | other. | 12:12:20 |
| 23 | Q.    Does that affect your opinions at | 12:12:20 |
| 24 | all? | 12:12:22 |
| 25 | A.    No, because it would be irrelevant | 12:12:22 |

Page 118

| | | |
|---|---|---|
| 1 | correct? | 12:14:34 |
| 2 | A.     That is correct. | 12:14:34 |
| 3 | Q.     So, for example, if you tested 125 -- | 12:14:34 |
| 4 | the actual current is 125 milliamps, the Vencon | 12:14:38 |
| 5 | equipment might say -- what is the range? | 12:14:43 |
| 6 | A.     It might say 120 or it might say 132. | 12:14:49 |
| 7 | Q.     It could go six milliamps either way? | 12:14:52 |
| 8 | A.     Right. | 12:14:55 |
| 9 | Q.     Is that so -- what is the ANSI | 12:14:56 |
| 10 | standard for current?  And I refer you to 1.4.6.1. | 12:15:10 |
| 11 | A.     One percent. | 12:15:36 |
| 12 | Q.     So is the Vencon equipment spec | 12:15:37 |
| 13 | within the limits of ANSI for current? | 12:15:46 |
| 14 | A.     No. | 12:15:50 |
| 15 | Q.     Is that a good thing? | 12:15:50 |
| 16 | A.     It's an irrelevant thing. | 12:15:53 |
| 17 | Q.     Why is it irrelevant? | 12:15:55 |
| 18 | A.     Well, at low current where I had | 12:15:57 |
| 19 | some -- when, for example, on the Digital Audio | 12:16:00 |
| 20 | Test where I had set a point of -- a programmed | 12:16:03 |
| 21 | point of a hundred milliamps, I might have been | 12:16:07 |
| 22 | getting six milliamps on either side of that, I | 12:16:13 |
| 23 | might have been getting -- and my reported value of | 12:16:15 |
| 24 | current was lower or higher, that is why I did a | 12:16:16 |
| 25 | normalization of that data to a hundred milliamps. | 12:16:19 |

Page 121

```
 1    that?  What is your evidence for that conclusion?     12:20:48
 2         A.    The amount of energy that would --        12:20:54
 3    the energy difference that would be taken from 10     12:20:58
 4    milliamps for two seconds.                            12:21:06
 5         Q.    Have you actually conducted any            12:21:08
 6    testing to try to quantify the effect on test         12:21:11
 7    results of the fact that the Vencon equipment is       12:21:18
 8    not spec'd to ANSI specs for voltage and current?      12:21:21
 9         A.    No, I haven't.                             12:21:26
10              MR. MCDONELL:  Do you want to break         12:21:31
11    for lunch?                                            12:21:32
12              MR. LOWE:  If you want to.                  12:21:35
13              THE VIDEOGRAPHER:  We are off the           12:21:36
14    record at 12:20.                                      12:21:38
15              (Lunch break taken.)                        12:23:17
16              THE VIDEOGRAPHER:  We are back on the       13:15:10
17    record at 1:14.                                       13:15:13
18         Q.    (BY MR. MCDONELL:)  In your testimony      13:15:20
19    earlier today you indicated that one of the reasons   13:15:21
20    for selecting the Vencon testing equipment was that   13:15:23
21    it was customizable, do you recall that?              13:15:27
22         A.    Yes.                                        13:15:31
23         Q.    Did you have Vencon customize it in        13:15:31
24    any way for you?                                      13:15:35
25         A.    I did not.                                  13:15:35
```

Page 125

```
 1    you tested performed better than many of the        13:42:03

 2    CopperTops, true?                                    13:42:09

 3         A.    That would be true.                       13:42:10

 4         Q.    And to find out if a consumer             13:42:11

 5    actually received a CopperTop that performed better  13:42:13

 6    than an Ultra Power you would have to find out the   13:42:16

 7    exact solid they had?                                13:42:24

 8         A.    Yes.                                       13:42:25

 9         Q.    It would become a                          13:42:25

10    customer-by-customer question?                        13:42:28

11         A.    Pretty much.                               13:42:28

12         Q.    Now, with respect to the ANSI test         13:42:30

13    that you performed, not the continuous drain, but     13:42:35

14    the ANSI test --                                       13:42:39

15         A.    Right.                                      13:42:41

16         Q.    -- is it correct that the Ultra            13:42:42

17    Powers performed better than CopperTops on average    13:42:48

18    in each of those tests?                                13:42:51

19         A.    Strictly using the mean, yes.             13:42:53

20         Q.    And mean, not everybody uses that          13:42:55

21    term, "mean" means average?                            13:43:00

22         A.    Yes.                                        13:43:02

23         Q.    And -- well, both the mean and the         13:43:03

24    average mean, you take the total test results --      13:43:12

25         A.    And divide by the number of --            13:43:15
```

                                                    Page 146

| | | |
|---|---|---|
| 1 | East Coast somewhere. | 15:36:02 |
| 2 | Q.   Has he since passed on? | 15:36:05 |
| 3 | A.   Yes. | 15:36:08 |
| 4 | Q.   And do you know the current editor? | 15:36:08 |
| 5 | A.   Yes. | 15:36:10 |
| 6 | Q.   Thomas Reddy? | 15:36:11 |
| 7 | A.   Thomas Reddy. | 15:36:13 |
| 8 | Q.   And how do you know him? | 15:36:14 |
| 9 | A.   Personally from conferences.  He's | 15:36:15 |
| 10 | approached me about editing the next volume. | 15:36:18 |
| 11 | Q.   Have you edited any volume of this in | 15:36:20 |
| 12 | the past? | 15:36:23 |
| 13 | A.   No, I have not. | 15:36:23 |
| 14 | Q.   Do you know Dr. Quinn Horn? | 15:36:24 |
| 15 | A.   Yes. | 15:36:27 |
| 16 | Q.   If you look at the last page of | 15:36:27 |
| 17 | Exhibit 27, footnote five, do you see a citation to | 15:36:31 |
| 18 | him? | 15:36:38 |
| 19 | A.   Yes. | 15:36:38 |
| 20 | Q.   And the co-author there -- | 15:36:40 |
| 21 | A.   That is his wife. | 15:36:43 |
| 22 | Q.   Do you know them both? | 15:36:44 |
| 23 | A.   Yes. | 15:36:45 |
| 24 | Q.   And do you respect Dr. Horn as an | 15:36:46 |
| 25 | expert in batteries? | 15:36:49 |

Page 215

| | | |
|---|---|---|
| 1 | A.     I do. | 15:36:50 |
| 2 | Q.     And do you respect his wife as an | 15:36:50 |
| 3 | expert in batteries? | 15:36:53 |
| 4 | A.     I do. | 15:36:54 |
| 5 | Q.     Turn in your report to Page 14, | 15:36:55 |
| 6 | please. | 15:38:13 |
| 7 | A.     (Witness complies.) | 15:38:15 |
| 8 | Q.     In that last full paragraph I asked | 15:38:21 |
| 9 | you previously about the contents there and whether | 15:38:23 |
| 10 | differences in internal impedance will be amplified | 15:38:28 |
| 11 | by high-powered discharge, do you recall that? | 15:38:32 |
| 12 | A.     Yes. | 15:38:35 |
| 13 | Q.     Is the same true for contact | 15:38:36 |
| 14 | resistance, that small differences in contact | 15:38:39 |
| 15 | resistance will be amplified by high-power | 15:38:41 |
| 16 | discharge? | 15:38:44 |
| 17 | A.     Yes. | 15:38:45 |
| 18 | Q.     How do you know that? | 15:38:45 |
| 19 | A.     Experience, training. | 15:38:47 |
| 20 | Q.     Do you have any kind of quantitative | 15:38:52 |
| 21 | data that converts an increase in contact | 15:38:57 |
| 22 | resistance into changes in expected battery life? | 15:39:04 |
| 23 | A.     No. | 15:39:13 |
| 24 | Q.     Have you ever seen any such data or | 15:39:14 |
| 25 | reports? | 15:39:16 |

Page 216

```
 1              MR. GRAMMAS:  You don't have to,        17:30:17

 2   so --                                             17:30:19

 3        Q.    You indicated that you said you        17:30:23

 4   didn't know how batteries that you tested were    17:30:25

 5   handled and whether they were dropped or anything 17:30:27

 6   like that?                                        17:30:29

 7        A.    That is correct.  I have no idea of    17:30:30

 8   the history of these batteries.                   17:30:33

 9              MR. MCDONELL:  Nothing further,        17:30:35

10   subject to my prior qualifications.               17:30:36

11              MR. LOWE:  We have nothing further.    17:30:38

12              THE VIDEOGRAPHER:  We are off the      17:30:40

13   record at 5:29.                                   17:30:42

14

15              FURTHER THE DEPONENT SAITH NOT

16

17

18

19

20

21

22

23

24

25
```

Page 282

```
 1            C E R T I F I C A T E

 2

 3    STATE OF ALABAMA)

 4    JEFFERSON COUNTY)

 5

 6            I hereby certify that the above and

 7    foregoing deposition was taken down by me in

 8    stenotype, and the questions and answers thereto

 9    were reduced to typewriting under my supervision,

10    and that the foregoing represents a true and

11    correct transcript of the deposition given by said

12    witness upon said hearing.

13            I further certify that I am neither

14    of counsel nor of kin to the parties to the action,

15    nor am I in anywise interested in the result of

16    said cause.

17

18

19

20

          _____
21        TERESA TURQUITT DAVIS, CCR, RPR

22        CCR #162, Expires 09/30/13

23        Commissioner for the

24        State of Alabama at Large

25        My Commission Expires:  12/03/16
```

Page 283

# EXHIBIT D

```
 1           IN THE UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4

 5   CIVIL ACTION NO. CV-12-1778-EDL

 6

 7   JAMES COLLINS, individually and on

 8   behalf of all others similarly situated,

 9                 Plaintiff,

10   vs.

11   THE GILLETTE COMPANY

12   AND THE PROCTOR & GAMBLE COMPANY,

13                 Defendants.

14   _____

15

16

17        Videotaped Deposition of WALTER A. VAN

18        SCHALKWIJK, Ph.D., taken at 301 19th Street

19        North, Birmingham, Alabama, commencing at

20        9:00 a.m., Thursday, March 7, 2013, before

21        Teresa Turquitt Davis, CCR, RPR, Notary Public.

22

23

24   JOB No. 1618585

25   PAGES 1 - 97
```

                                                    Page 1

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF, JAMES COLLINS:

 4

 5        SCHUBERT, JONCKHEER & KOLBE, LLP

 6        BY: MS. MIRANDA KOLBE, ESQ.

 7            MR. NOAH SCHUBERT, ESQ

 8        3 Embarcadero Center, Suite 1650

 9        San Francisco, CA 94111

10        (Mkolbe@schubertlawfirm.com)

11        (Nschubert@schubertlawfirm.com)

12

13

14   FOR THE PLAINTIFF, JOSHUA D. POERTNER:

15

16        LOWE & GRAMMAS, LLP

17        BY: MESSRS. E. CLAYTON LOWE, JR.

18            PETER A. GRAMMAS

19        Liberty Park

20        1952 Urban Center Parkway

21        Vestavia Hills, AL 35242

22        (CLOWE@LOWEGRAMMAS.COM)

23

24

25
```

Page 2

```
 1    APPEARANCES OF COUNSEL (CONTINUED):

 2

 3    FOR THE DEFENDANTS:

 4

 5          JONES DAY

 6          BY: MR. JASON MCDONELL

 7          555 California Street, 26th Floor

 8          San Francisco, CA 94014.1500

 9          (JMCDONELL@JONESDAY.COM)

10

11    ALSO PRESENT:

12

13          DR. QUINN HORN (via videoconference)

14          RYAN SPRAY

15          KAI IRWIN, Videographer

16

17

18

19

20

21

22

23

24

25
```

                                        Page 3

```
1                      I N D E X

2

3                INDEX OF EXAMINATION

4                                          PAGE:

5    EXAMINATION BY MR. MCDONELL              6

6

7

8                DEPOSITION EXHIBITS

9    NUMBER                                 PAGE:

10

11   Defendant's Exhibit 20 (subpoena)        21

12   Defendant's Exhibit 21 (lab inspection   27

13   subpoena)

14   Defendant's Exhibit 22 (expert report)   28

15   Defendant's Exhibit 23 (receipts)        76

16   Defendant's Exhibit 24 (invoices to CA   88

17   group)

18   Defendant's Exhibit 25 (UBA5 data sheet) 89

19   Defendant's Exhibit 26 (engagement       90

20   letter)

21

22

23

24

25
```

                                                    Page  4

```
 1              I, Teresa Turquitt Davis, a Certified

 2   Court Reporter and Registered Professional Reporter

 3   of Birmingham, Alabama, and a Notary Public for the

 4   State of Alabama at Large, acting as Commissioner,

 5   certify that on this date, as provided by the

 6   Federal Rules of Civil Procedure of the United

 7   States District Court, there came before me at 301

 8   19th Street North, Birmingham, Alabama, on March 7,

 9   2013, commencing at 9:00 a.m., WALTER A. VAN

10   SCHALKWIJK, PhD, witness in the above cause, for

11   oral examination, whereupon the following

12   proceedings were had:

13                                               09:00:55

14              THE VIDEOGRAPHER:  This is the      09:01:02

15   deposition of Walter van Schalkwijk in the matter  09:01:03

16   of Collins versus Gillette Company.  We are on the  09:01:08

17   record at 9 a.m. on Thursday, March 7th, 2013.   09:01:11

18              We are -- the deposition is taking   09:01:17

19   place at Wiggins, Childs, Quinn & Pantazis in   09:01:18

20   Birmingham.  My name is Kai Irwin.  Would counsel  09:01:23

21   please identify yourselves and state whom you   09:01:26

22   represent?                                       09:01:27

23              MR. MCDONELL:  Jason McDonell of    09:01:27

24   Jones Day on behalf of the defendants.  With me is  09:01:29

25   an observer, this is Ryan Spray.  Observing by   09:01:33
```

Page 5

```
 1    video is Dr. Quinn Horn.                         09:01:36

 2              MS. KOLBE:  Miranda Kolbe, I'm with     09:01:38

 3    Schubert, Jonckheer & Kolbe and I represent the  09:01:41

 4    plaintiff, James Collins.                        09:01:44

 5              MR. SCHUBERT:  Noah Schubert with       09:01:46

 6    Schubert, Jonckheer & Kolbe representing the     09:01:51

 7    plaintiff, James Collins.                        09:01:51

 8              THE VIDEOGRAPHER:  Will the reporter    09:01:51

 9    please swear in the witness?                     09:01:55

10                                                     09:01:55

11              WALTER A. VAN SCHALKWIJK, PhD,          09:01:55

12    having been first duly sworn, was examined and   09:01:55

13    testified as follows:                            09:01:55

14                                                     09:01:55

15    EXAMINATION BY MR. MCDONELL:                     09:02:08

16         Q.    Good morning.                         09:02:08

17         A.    Good morning.                         09:02:09

18         Q.    Would you state your full name for    09:02:09

19    the record, please.                              09:02:11

20         A.    Walter van Schalkwijk.                09:02:12

21         Q.    Where are you currently employed?     09:02:13

22         A.    I'm self-employed.                    09:02:16

23         Q.    Do you have a professional            09:02:18

24    engineering license?                             09:02:19

25         A.    I do not.                             09:02:20
```

Page 6

| | | |
|---|---|---|
| 1 | Q.    In the intermittent test -- I mean in | 09:34:59 |
| 2 | the constant drain test, right? | 09:35:00 |
| 3 | A.    Yes. | 09:35:01 |
| 4 | Q.    Okay.  Let me get this straight. | 09:35:02 |
| 5 | Let's just talk about the ANSI-approved tests.  Are | 09:35:02 |
| 6 | you with me? | 09:35:05 |
| 7 | A.    I'm with you. | 09:35:06 |
| 8 | Q.    Yesterday you testified under oath | 09:35:06 |
| 9 | that your test results showed that the mean run | 09:35:08 |
| 10 | times for the Ultra Powers were superior to the | 09:35:11 |
| 11 | mean run times for the CopperTops in all the | 09:35:16 |
| 12 | ANSI-approved tests, right? | 09:35:20 |
| 13 | A.    That is correct. | 09:35:23 |
| 14 | Q.    And you are saying if you had more | 09:35:24 |
| 15 | test data it would lock in those means with more | 09:35:27 |
| 16 | certainty, that is what you just testified to, | 09:35:30 |
| 17 | right? | 09:35:32 |
| 18 | A.    That would be correct. | 09:35:32 |
| 19 | Q.    Now, let me ask you about the | 09:35:33 |
| 20 | terminology you use throughout this report.  In | 09:35:35 |
| 21 | your report, Page 4, referring to the non-ANSI | 09:35:41 |
| 22 | tests, the very last line, you use the terminology | 09:35:50 |
| 23 | "statistically indistinguishable."  Do you see | 09:35:55 |
| 24 | that? | 09:35:58 |
| 25 | A.    Yes. | 09:35:58 |

Page 35

| | | |
|---|---|---|
| 1 | MS. KOLBE:  Correct. | 11:37:19 |
| 2 | MR. MCDONELL:  Then we hadn't | 11:37:19 |
| 3 | withdrawn that one.  So if your point is you didn't | 11:37:24 |
| 4 | know that there was documents being requested until | 11:37:25 |
| 5 | February 22nd, that is not true, so I just ask that | 11:37:28 |
| 6 | you withdraw that assertion. | 11:37:31 |
| 7 | MS. KOLBE:  I'm not going to withdraw | 11:37:32 |
| 8 | the assertion. | 11:37:34 |
| 9 | MR. MCDONELL:  Well, you should.  I'm | 11:37:35 |
| 10 | sorry I'm being cranky, but it's just not a fair | 11:37:37 |
| 11 | thing for you to be saying at all. | 11:37:40 |
| 12 | MS. KOLBE:  Well, we didn't know when | 11:37:41 |
| 13 | this deposition -- the deposition was a moving | 11:37:43 |
| 14 | target. | 11:37:45 |
| 15 | MR. MCDONELL:  Because of your | 11:37:46 |
| 16 | witnesses' convenience.  I'm missing a family | 11:37:47 |
| 17 | reunion.  Let's get off the record.  I hope we are | 11:37:49 |
| 18 | off.  Let's get off. | 11:37:51 |
| 19 | THE VIDEOGRAPHER:  We are off the | 11:37:52 |
| 20 | record at 11:36. | 11:37:54 |
| 21 | | 11:37:55 |
| 22 | FURTHER THE DEPONENT SAITH NOT | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 96

```
 1              C E R T I F I C A T E

 2

 3   STATE OF ALABAMA)

 4   JEFFERSON COUNTY)

 5

 6              I hereby certify that the above and

 7   foregoing deposition was taken down by me in

 8   stenotype, and the questions and answers thereto

 9   were reduced to typewriting under my supervision,

10   and that the foregoing represents a true and

11   correct transcript of the deposition given by said

12   witness upon said hearing.

13              I further certify that I am neither

14   of counsel nor of kin to the parties to the action,

15   nor am I in anywise interested in the result of

16   said cause.

17

18

19

20

         _____

21      TERESA TURQUITT DAVIS, CCR, RPR

22      CCR #162, Expires 09/30/13

23      Commissioner for the

24      State of Alabama at Large

25      My Commission Expires:  12/03/16
```

Veritext National Deposition & Litigation Services
866 299-5127

# EXHIBIT E

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE MIDDLE DISTRICT OF FLORIDA

 3                     ORLANDO DIVISION

 4

 5        _____
                                        )
 6   JOSHUA D. POERTNER,                )
                                        )
 7          Plaintiff,                  )
                                        ) CASE NO.
 8                vs.                    ) 6:12-CV-00803
                                        )
 9   THE GILLETTE COMPANY and           )
     PROCTER & GAMBLE                    )
10   COMPANY,                           )
                                        )
11          Defendants.                 )
     _____)
12

13

14

15

16        Deposition of:  ERIC GRUEN

17        Pursuant to:    Notice

18        Date and Time:  Wednesday, March 13, 2013
                          9:02 a.m.
19
          Place:          Dinsmore & Shohl, LLP
20                        255 East Fifth Street
                          Suite 1900
21                        Cincinnati, Ohio  45202

22        Reporter:       SuzAnne McMillin, CLR
                          Notary Public - State of Ohio
23

24

25
```

```
1
     APPEARANCES OF COUNSEL:
2

3

          For the plaintiff:
4
                    Peter A. Grammas, Esq.
5                        and
                    E. Clayton Lowe, Jr., Esq.
6                        of
                    Lowe & Grammas, LLP
7                   Liberty Park
                    1952 Urban Center Parkway
8                   Vestavia Hills, Alabama  35242
                    205.380.2400
9                   pgrammas@lowegrammas.com
                    clowe@lowegrammas.com
10

11
          For the defendants:
12
                    Darren K. Cottriel, Esq.
13                       of
                    Jones Day
14                  3161 Michelson Drive
                    Suite 800
15                  Irvine, California  92612
                    949.851.3939
16                  dcottriel@jonesday.com

17

18        For the witness:

19                  Megan P. Frient, Esq.
                    299 East Sixth Street, S9-219
20                  Cincinnati, Ohio  45202
                    513.983.3364
21                  frient.mp@pg.com

22

23                          - - -

24

25
```

```
 1

 2                         I N D E X

 3

 4   ERIC GRUEN                                    PAGE

 5       EXAMINATION BY MR. GRAMMAS                  5

 6

 7

 8   EXHIBITS                       MARKED    REFERENCED

 9       DEPOSITION EXHIBIT 40         5           5
         DEPOSITION EXHIBIT 41        11          11
10       DEPOSITION EXHIBIT 42       101         101
         DEPOSITION EXHIBIT 43       115         115
11       DEPOSITION EXHIBIT 44       185         185
         DEPOSITION EXHIBIT 45       193         193
12       DEPOSITION EXHIBIT 46       195         195
         DEPOSITION EXHIBIT 47       202         203
13       DEPOSITION EXHIBIT 48       208         208
         DEPOSITION EXHIBIT 49       209         209
14       DEPOSITION EXHIBIT 50       217         217

15       DEPOSITION EXHIBIT 51       224         224
         DEPOSITION EXHIBIT 52       237         237
16       DEPOSITION EXHIBIT 53       240         240
         DEPOSITION EXHIBIT 54       246         246
17       DEPOSITION EXHIBIT 55       251         251
         DEPOSITION EXHIBIT 56       260         260
18       DEPOSITION EXHIBIT 57       267         267
         DEPOSITION EXHIBIT 58       270         270
19       DEPOSITION EXHIBIT 59       282         281
         DEPOSITION EXHIBIT 60       285         285
20

21

22

23

24

25
```

**Eric Gruen** 4

1

2

|  | | |
|---|---|---|
| EXHIBITS | MARKED | REFERENCED |

3

|  | | |
|---|---|---|
| DEPOSITION EXHIBIT 61 | 287 | 287 |

4

|  | | |
|---|---|---|
| DEPOSITION EXHIBIT 62 | 294 | 294 |
| DEPOSITION EXHIBIT 63 | 302 | 302 |

5

|  | | |
|---|---|---|
| DEPOSITION EXHIBIT 64 | 310 | 310 |
| DEPOSITION EXHIBIT 65 | 315 | 315 |

6

|  | | |
|---|---|---|
| DEPOSITION EXHIBIT 66 | 320 | 320 |
| DEPOSITION EXHIBIT 67 | 325 | 325 |

7

|  | | |
|---|---|---|
| DEPOSITION EXHIBIT 68 | 340 | 340 |
| DEPOSITION EXHIBIT 69 | 355 | 355 |

8

|  | | |
|---|---|---|
| DEPOSITION EXHIBIT 70 | 357 | 357 |

9

|  | | |
|---|---|---|
| DEPOSITION EXHIBIT 71 | 360 | 360 |
| DEPOSITION EXHIBIT 72 | 362 | 361 |

10

|  | | |
|---|---|---|
| DEPOSITION EXHIBIT 73 | 365 | 365 |
| DEPOSITION EXHIBIT 74 | 366 | 366 |

11

|  | | |
|---|---|---|
| DEPOSITION EXHIBIT 75 | 367 | 367 |
| DEPOSITION EXHIBIT 76 | 368 | 368 |

12

|  | | |
|---|---|---|
| DEPOSITION EXHIBIT 77 | 371 | 371 |

13

14

|  |  |
|---|---|
|  | PAGES |

15

|  |  |
|---|---|
| CONFIDENTIAL AND UNDER SEAL | 178-375 |

16

17                                   - - -

18

19

20

21

22

23

24

25

```
 1
 2                    ERIC GRUEN
 3   a witness herein, having been duly sworn, was
 4   examined and deposed as follows:
 5                    EXAMINATION
 6   BY MR. GRAMMAS:
 7        Q.   Good morning, Mr. Gruen.
 8        A.   Good morning.
 9        Q.   My name is Pete Grammas.  This is my
10   partner, Clay Lowe.  You're here pursuant to a
11   deposition notice that we asked of you -- I'm going
12   to mark it as Exhibit 40.
13             (Deposition Exhibit 40 was marked for
14             identification.)
15   BY MR. GRAMMAS:
16        Q.   Have you seen this before, sir?
17        A.   No, sir.
18        Q.   Is this the first time you've ever read
19   the notice of deposition requiring your attendance
20   here today?
21        A.   This specific document, yes, sir.
22        Q.   Okay.  But, in any event, you realize
23   you're here today to give a deposition in a case
24   that bears that style on the top of it?  See this
25   right here, Poertner versus The Gillette Company,
```

Page 90

1         A.    And if I repeat myself as well -- I

2    apologize for asking if it's Ultra Power.  I just

3    want to make sure.

4         Q.    No.  I just want you to understand that.

5         A.    Okay.  I just want to be clear.

6               Yes.  There is longevity.  Speaking of

7    longevity specifically, there is a better -- the

8    Ultra Power, our longest lasting, is a better

9    performing longevity battery than CopperTop.

10        Q.    And that wasn't my question.  I said, is

11   the better performance meaningful in your mind?

12              MR. COTTRIEL:  Vague and ambiguous.

13        A.    That's why I asked you to define

14   meaningful to me.

15   BY MR. GRAMMAS:

16        Q.    Well, however you define it.

17        A.    Which is what I just did.

18        Q.    Okay.  But you left the word meaningful

19   out.  What I'm saying is, in your mind, as you sit

20   here today, is the performance difference on the

21   CopperTop and the Ultra on longevity meaningful in

22   your mind?

23              MR. COTTRIEL:  Asked and answered.

24        A.    I'm going to answer the same way for

25   Ultra Power versus CopperTop -- which is, of

Page 91

1    course, the comparison we're making -- for

2    longevity, specifically, it is absolutely a longer

3    lasting battery than -- Ultra Power is absolutely a

4    longer lasting battery than the CopperTop.

5    BY MR. GRAMMAS:

6        Q.   And, in your mind, is that longer lasting

7    difference meaningful?  You haven't answered that

8    question.

9        A.   But you haven't answered my what

10   meaningful means.

11       Q.   I've already answered that.  As you

12   understand meaningful working for Procter & Gamble

13   in -- well, let me ask you this.  Has anyone at

14   Procter & Gamble ever told you what it considered

15   to be meaningful?

16           MR. COTTRIEL:  Vague and ambiguous, calls

17       for speculation.

18       A.   I don't recall.

19   BY MR. GRAMMAS:

20       Q.   Is that something you'd need to know

21   before you market a battery that says it's our

22   longest lasting?

23           MR. COTTRIEL:  Argumentative.

24   BY MR. GRAMMAS:

25       Q.   Is that something you would need to

1   know?

2          MR. COTTRIEL:  Argumentative, vague and

3      ambiguous.

4      A.   I don't know.

5   BY MR. GRAMMAS:

6      Q.   You don't know whether you would need to

7   know if Procter & Gamble has a standard that

8   describes what it considers to be meaningful

9   differences in battery performance with longevity

10  claims, that's something you don't need to know

11  when you were marketing this as a key architect in

12  the Ultra campaign?

13         MR. COTTRIEL:  Argumentative, calls for

14     speculation.

15  BY MR. GRAMMAS:

16     Q.   And that's fine, if that's your

17  testimony.

18     A.   I knew at Duracell -- we keep saying

19  Procter & Gamble, but at Duracell, that there was

20  no -- I forget the exact word you used -- but

21  guideline for what the difference in longevity --

22  because we're talking longevity -- was to market

23  our longest lasting, and it was absolutely the

24  longest lasting when comparing the internal --

25  comparative internal claims, meaning versus

1    ourselves, the CopperTop and Ultra Power.

2        Q.    Did you tell me -- did I hear you say

3    that you believe that there is no guideline to

4    determine what would be considered meaningful

5    differences on longevity?

6            MR. COTTRIEL:  Vague and ambiguous.

7    BY MR. GRAMMAS:

8        Q.    Is that what you just said?

9        A.    From what I know, from what I recall,

10   internal competitive claims -- internal comparable

11   claims -- I apologize -- to my recollection, there

12   was absolutely no guideline for that internal our

13   longest lasting claim versus the CopperTop.

14       Q.    All right.  And for external claims,

15   there was a guideline, I assume; is that right?

16       A.    Define guideline.

17       Q.    Well, I'm using your words.  Were there

18   any guidelines about how Duracell would compare its

19   products to its competitors?

20       A.    The -- I'll call it unwritten rule,

21   because I don't know if it's written, to be honest

22   with you, was for compar -- competitively -- aka

23   Ultra versus Energizer -- I'm making that up -- it

24   had to be above a 5 to 10 percent threshold, is the

25   quote/unquote gray area.

1      Q.   Is it your testimony it was greater than

2  5 percent?

3      A.   Between 5 to 10 percent was when

4  discussion -- if warranted, if it was right for the

5  marketplace, was when the discussion should be had

6  for competitive claims.

7      Q.   Okay.  So if you were going to be -- that

8  was something you needed to know as a marketing

9  manager, was it not, to determine how you would

10  position the Ultra battery to the public?

11          MR. COTTRIEL:  Vague and ambiguous, calls

12      for speculation.

13  BY MR. GRAMMAS:

14      Q.   What would you call this unwritten rule?

15  How would you describe it?

16      A.   Something that you had to go and talk to

17  your -- whether it's legal counterparts, bosses, et

18  cetera --

19      Q.   How did --

20      A.   -- and have the discussion.

21      Q.   I'm sorry.  I did interrupt you then.

22  Were you finished?

23      A.   Close enough.

24      Q.   Okay.  I do apologize for that.  How did

25  you become aware of this unwritten rule?

1      A.    From the Duracell onboarding when I

2  learned about my role, when I went from my -- as we

3  talked earlier -- upstream innovation role to the

4  downstream innovation role.

5      Q.    When you switched to marketing on the

6  Duracell Ultra, one of the first things you learned

7  was, when you're making competitive claims, the

8  performance or the longevity of our batteries have

9  to be at least 5 to 10 percent, that's a gray area,

10 and you need to come talk to us before you make a

11 claim?

12     A.    I can't speak to if it's one of the first

13 things I learned, just that I learned it --

14     Q.    Early on?

15     A.    -- early on that for competitive

16 claims -- competitive, again, versus competition,

17 not versus internal to CopperTop, you would have

18 that -- should have that discussion.

19     Q.    You did not have a similar discussion

20 during this time period about any internal

21 standards, or about any standards that may apply to

22 making comparisons on Duracell's own products?

23     A.    Correct.

24     Q.    Who attended these meetings that

25 disclosed to you this 5 to 10 percent threshold for

1    BY MR. GRAMMAS:

2         Q.    You wouldn't expect that?

3         A.    Correct.

4         Q.    And Procter & Gamble as a company

5    wouldn't expect them to, right?

6              MR. COTTRIEL:  Calls for speculation.

7         A.    I can't speak for everyone else, but the

8    assumption, I would say, is yes.

9         Q.    Right.  So when you're talking about this

10   line pricing of things, what you're saying is that

11   Procter & Gamble, in setting its own price, had an

12   understanding that no rational consumer would pay

13   more for the exact same product; fair?

14             MR. COTTRIEL:  Vague and ambiguous.

15        A.    I believe --

16             MR. COTTRIEL:  Can I have that question

17   read back?

18             (The record was read.)

19        A.    My belief would be yes.

20   BY MR. GRAMMAS:

21        Q.    Okay.  And so by pricing the Ultra higher

22   than the CopperTop, that was one of the things you,

23   as a marketing manager, did to convey to the

24   consumer that this was a premium battery?  One of

25   the many, but one.

1           MR. COTTRIEL:  Misstates the testimony,

2       calls for speculation, vague and ambiguous.

3       A.    The Ultra Power -- I went through -- I

4   won't go through it again -- the whole pricing

5   model.

6   BY MR. GRAMMAS:

7       Q.    Right.

8       A.    When looking at CopperTop to Ultra, Ultra

9   was priced, per cell, higher than CopperTop because

10  of the incremental benefits that we gave to the

11  consumer.  And the hope was when marketing these

12  that those incremental benefits, such as the

13  longevity, such as the power checks, everything we

14  basically are talking about, would warrant them

15  wanting to spend more money for that product.

16      Q.    Right.  As you know it, when you worked

17  on the Ultra marketing campaign, it was designed to

18  convey to the ultimate consumer who purchased that

19  battery, the Ultra, that the Ultra was, in fact, a

20  premium batty compared to the standard CopperTop,

21  and, for that reason, they should be willing to pay

22  more for it?

23          MR. COTTRIEL:  Asked and answered.

24      A.    Repeat the question.

25          (The record was read.)

```
 1   BY MR. GRAMMAS:

 2       Q.   The Procter & Gamble advertising campaign

 3   on the Ultra battery was designed to convey to

 4   consumers who purchased the battery that the Ultra

 5   is a premium battery compared to the standard

 6   CopperTop?

 7       A.   The battery was marketed to show the

 8   consumers that were purchasing the CopperTop versus

 9   the Ultra that it was a longer lasting battery, our

10   longest lasting, with power check that gave

11   incremental benefits to the consumer.

12       Q.   And those incremental benefits would

13   justify -- were written to explain to them why a

14   consumer should pay more?

15       A.   Yes, sir.
```

```
16       Q.   Okay.  Was one of the objectives of the

17   Duracell Ultra marketing campaign to present to

18   Florida consumers a product consistent with the

19   claim that Procter & Gamble made regarding the

20   Ultra batteries?  Did you understand that?

21       A.   No.

22       Q.   Was one of the objectives in marketing

23   the Duracell Ultra to present to Florida consumers

24   a product that was consistent with the claims

25   Procter & Gamble made regarding the Ultra
```

```
 1              MR. GRAMMAS:  I reserve the remainder of

 2      the time.

 3              Are you planning on asking him anything?

 4              MR. COTTRIEL:  No.

 5              THE REPORTER:  Mr. Cottriel, Mr. Grammas

 6      has already ordered the original of this.

 7      Would you like a copy?

 8              MR. COTTRIEL:  Yes.

 9              THE REPORTER:  Will a 10-day turnaround

10      be okay?

11              MR. COTTRIEL:  That's fine.

12

13                              _____

14                              ERIC GRUEN

15

16                          - - -

17              DEPOSITION ADJOURNED AT 5:33 P.M.

18                          - - -

19

20

21

22

23

24

25
```

```
 1                 C E R T I F I C A T E

 2

 3    STATE OF OHIO        :
                           :  SS
 4    COUNTY OF HAMILTON   :

 5              I, SuzAnne McMillin, CLR, the

 6    undersigned, a duly qualified and commissioned

 7    notary public within and for the State of Ohio, do

 8    certify that before the giving of his deposition,

 9    ERIC GRUEN was by me first duly sworn to depose the

10    truth, the whole truth and nothing but the truth;

11    that the foregoing is the deposition given at said

12    time and place by ERIC GRUEN.

13              IN WITNESS WHEREOF, I hereunto set my hand

14    and official seal of office at Cincinnati, Ohio,

15    this _____ day of _____, 2013.

16

17

18                    _____
                      SuzAnne McMillin, CLR
                      Notary Public - State of Ohio
19                    My commission expires October 6, 2014

20

21

22

23

24

25
```

# FREEDOM
# COURT REPORTING

2015 3rd Avenue North
Birmingham, AL 35203
205.397.2397
877.373.3660
production@freedomreporting.com

## WITNESS CERTIFICATION

I, _____, said witness, do hereby acknowledge that I have read the foregoing transcript of my testimony and that it is a true and correct transcription of the answers given by me to the questions propounded, except for the changes, if any, noted on the attached errata sheet.

_____
Witness Signature above:

Printed name: ERIC Gruen

Sworn to and subscribed before me, this
the 15th day of April, 2013.

_____
Notary Public
My Commission expires: January 2, 2015

MARY B. ZINK
Notary Public, State of Ohio
My Commission Expires
January 2 2015

Deposition of:        Eric Gruen – JOB 118816
Taken:                03/13/2013
Court Reporter:       SuzAnne McMillin

# TRANSCRIPT ERRATA SHEET

Deposition of:      Eric Gruen – JOB 118816
Taken:              03/13/2013
Court Reporter:     SuzAnne McMillin

Page #:   Line #:               Correction/Reason for change:

| Page # | Line # | Correction/Reason for change: |
|---|---|---|
| 14 | 24 | March of 2009, but I believe I was actually employed by Gillette. |
| 15 | 10 | Yes, sir, I was working at Gillette. |
| 15 | 24 | Yes, and I was working for Gillette. |
| 19 | 6 | Came to Procter & Gamble, or more correct to say Gillette. |
| 27 | 16 | Yes, sir, except that I was not a marketing manager at P & G. I worked for Gillette in the Duracell brand. |
| 27 | 22 | Yes, sir, but again I was not a marketing manager at P & G. |
| 32 | 20 | No, I worked for Gillette. |
| 33 | 5 | No, my pay stubs came from Gillette. |
| 33 | 15-16 | While I was there, Dom (Mr. Iacono) and myself were the key architects of the strategy for Ultra batteries at Gillette. |
| 35 | 25 | No, I worked with others at Gillette, as well as outside agencies. |
| 40 | 12-15 | I can only speak for myself. I worked with others at Gillette and with outside agencies in connection with marketing Duracell products. |
| 40-41 | 25-2 | What I was involved in, I worked with others at Gillette and with outside agencies in connection with marketing the Ultra brand batteries. |
| 89 | 4 | No, your question referred to performance, not longevity. |
| 97 | 1-4 | As we said way at the beginning, the legal entity, whether Procter & Gamble or Gillette – he was the person who had the role before me at Duracell for that downstream assignment. |
| 128 | 7-10 | Digrigoli. I believe it's D-i-G-r-i-o-l-i (sic), I think. I apologize if it's misspelled. Also, Nancy Brown. And those are the ones that I remember off the top of my head. |
| 132 | 3-5 | Change "fast" to "vast". |
| 132 | 19 | Change "now" to "not". |
| 167 | 9-11 | I believe Ultra Power came in late 2011, somewhere in that range, I believe. |
| 239-240 | 25-4 | I cannot say that this '09 fiscal year – that's what FY stands for – 09/10 holistic communication brief, that's a draft, was the document that was used to drive the overall communication for Ultra, while I was there. |
| 340 | 12 | Correct, it is not misleading. |
| 340 | 16 | No, it is not unfair. |
| 361 | 18-19 | Tried to be as honest to the best of our capabilities as we could be. |