## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOSHUA D. POERTNER,        )
                                 )

        Plaintiff,          )

                                 )     CASE NO: 6:12-CV-00803-GAP-DAB

v.                          )

                                 )

THE GILLETTE COMPANY and  )

THE PROCTER & GAMBLE COMPANY, )

                                 )

        Defendants.      )

## STIPULATED MOTION FOR PRO HAC VICE ADMISSION OF
## NOAH M. SCHUBERT

Pursuant to Local Rule 2.02, Noah M. Schubert of Schubert Jonckheer & Kolbe LLP, along with Wiggins, Childs, Quinn & Pantazis, LLC, attorneys for plaintiff Joshua D. Poertner, hereby make application to this Court for Mr. Schubert's admission *pro hac vice* in the above-styled case, and state the following:

1.      Noah M. Schubert is an active member in good standing of the State Bar of California (since 2011), the U.S. District Court for the Northern District of California (since 2011), the U.S. Court of Appeals for the Ninth Circuit (since 2013), and the U.S. Court of Federal Claims (since 2013). Mr. Schubert received his J.D. *cum laude* from the University of San Francisco School of Law in 2011.

2.      Mr. Schubert does not maintain a regular practice of law in the State of Florida.

3.      Mr. Schubert represents that he is familiar with the Local Rules of the United States District Court for the Middle District of Florida, the Code of Professional Responsibility,

and other ethical requirements governing the professional behavior of the Florida Bar and shall comply with them.

4.      Mr. Schubert represents that, to his knowledge, there are no disciplinary or suspension proceedings pending against him in any court of the United States, or of any State, Territory, or Possession of the United States.

5.      Pursuant to Local Rule 2.02(a)(1), Noah M. Schubert designates Joshua R. Gale, and the law firm of Wiggins, Childs, Childs, Quinn & Pantazis, LLC, 101 N. Woodland Blvd., Suite 600, DeLand, Florida 32720, as local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.  Through the signature affixed below, Mr. Gale and the law firm of Wiggins, Childs, Childs, Quinn & Pantazis, LLC hereby consent to such designation.

6.      I, Joshua R. Gale, conferred with Darren Cottriel, attorney for The Gillette Company and Procter & Gamble Company, and he has stipulated to an Order granting this Motion.

7.      Undersigned counsel will deliver by mail a check in the amount of $10.00 made payable to "Clerk, U.S. District Court" for payment of the special admission fee.

Respectfully Submitted,

/s/ Joshua R. Gale
Joshua R. Gale
Florida Bar No. 63283
WIGGINS, CHILDS, QUINN & PANTAZIS LLC
MELLON, WEBSTER & SHELLY
101 N. Woodland Blvd.
Suite 600
DeLand, FL 32720
Telephone: (386) 675-6946
Facsimile: (386) 675-6947
Email: JGale@WCQP.com

*Attorney for the Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24th , 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

*Attorneys for Defendants:*

Jason A. Perkins, Esq.
Johanna W. Clark, Esq.
D. Matthew Allen, Esq.
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336
jperkins@carltonfields.com
jclark@carltonfields.com
Mallen@carltonfields.com

Darren K. Cottriel, Esq.
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
dcottriel@jonesday.com

Jason McDonell, Esq.
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
jmcdonell@jonesday.com

/s/ Joshua R. Gale
Joshua R. Gale