December 31, 2013

6:12-cv-803

US District Court
401 W. Central Blvd.
Orlando, FL 32801

Re: 3/21/2014 hearing of Poertner vs. The Gillette Co.

I am a Duracell customer and hope that you will read my comments on this matter:

1) I have purchased these Ultra Advanced batteries and want to be excluded from this settlement.

2) Please do not award attorney's fees for this class action settlement. This will not help the consumer-it will certainly cost us in the future price of the batteries that we regularly purchase for daily use.

3) I find it hard to believe that Joshua Poertner was damaged in the amount of $1500.00.

4) I have no personal or business relationship with The Gillette or Proctor & Gamble Companies, however, I do use their products and will continue to buy them in the future. Again, I do not wish to contribute my future money to this unneeded lawsuit.

Sincerely,

Wendy L. Young
Consumer
716-664-4610 days