## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| JOSHUA D. POERTNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE GILLETTE COMPANY and THE PROCTER & GAMBLE COMPANY, <br><br> Defendants. | Case No. 6:12-cv-00803-GAP-DAB |

## NOTICE OF APPEARANCE OF BENJAMIN HAYNES

Benjamin Haynes
Florida Bar No. 91139
HAYNES & ASSOCIATES
790 Oakland Hills Circle
Lake Mary, Florida 32746
Telephone: (509) 432-1751
Email:  haynesbenjaminc@aol.com

*Attorney for Theodore H. Frank*

Pursuant to the Court's Preliminary Approval Order (Dkt. 118 ¶29), let this document be notification that attorney Benjamin Haynes, a member of the Bar of this Court, enters his appearance in the above-captioned matter on behalf of objecting class member Theodore H. Frank. Mr. Haynes also intends file a motion for out-of-state attorney Adam E. Schulman to appear *pro hac vice* on behalf of Mr. Frank.

Dated: February 24, 2014    Respectfully submitted,

/s/ *Benjamin C. Haynes*
Benjamin C. Haynes
Florida Bar No. 91139
HAYNES & ASSOCIATES
790 Oakland Hills Circle
Lake Mary, Florida 32746
Telephone: (509) 432-1751
Email: haynesbenjaminc@aol.com

*Attorney for Theodore H. Frank*

## CERTIFICATE OF SERVICE

  I certify that I have filed the foregoing document through the Court's ECF system, which has effectuated service of this Notice of Appearance upon all attorneys of record in this matter.

  Additionally, I caused to be served via First-Class mail a copy of this Notice of Appearance on behalf of Theodore H. Frank upon the following:

| | |
|---|---|
| E. Clayton Lowe<br>THE LOWE LAW FIRM, LLC<br>301 19th Street North<br>Suite 525<br>Birmingham, Alabama 35203 | Darren K. Cottriel<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, California 92612 |
| Wendy L. Young<br>4430 W. Fairmount Ave.<br>Lakewood, FL 32801 | |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2014          */s/ Benjamin C. Haynes*
                         Benjamin C. Haynes, Esq.