

Ted Frank <tfrank@gmail.com>

## Your Amazon.com order

**auto-confirm@amazon.com** <auto-confirm@amazon.com>   Thu, Jan 2, 2014 at 1:33 PM
Reply-To: "auto-confirm@amazon.com" <auto-confirm@amazon.com>
To: Ted Frank <tfrank@gmail.com>



Your Recommendations | Your Account | Amazon.com

### Order Confirmation
Order #107-3806767-3660243

### Hello Ted Frank,

Thank you for shopping with us. We'd like to let you know that Amazon has received your order, and is preparing it for shipment. Your estimated delivery date is below. If you would like to view the status of your order or make any changes to it, please visit Your Orders on Amazon.com.

**Your estimated delivery date is:**
**Monday, January 6, 2014**

Your shipping speed:
*Prime* **Two-Day Shipping**



**Your order will be sent to:**
**Ted Frank**
**1302 WAUGH DR NO 830**
**HOUSTON, TEXAS 77019-3908**
**United States**

### Order Details

Order #107-3806767-3660243
Placed on Thursday, January 2, 2014



Duracell Ultra Power Aa Batteries 16 Count    $13.31
Health and Beauty
Sold by shop & save
Condition: New



| | |
|---|---|
| Item Subtotal: | $13.31 |
| Shipping & Handling: | $0.00 |
| Total Before Tax: | $13.31 |
| **Order Total:** | **$13.31** |

To learn more about ordering, go to Ordering from Amazon.com.
If you want more information or need more assistance, go to Help.

Thank you for shopping with us.

Amazon.com



Unless otherwise noted, items sold by Amazon.com LLC are subject to sales tax in select states in accordance with the applicable laws of that state. If your order contains one or more items from a seller other than Amazon.com LLC, it may be subject to state and local sales tax, depending upon the seller's business policies and the location of their operations. Learn more about tax and seller information.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.