battery product, call **1-800-551-2355** (9:00 AM-5:00 PM EST). DURACELL guarantees these batteries against defects in materials and workmanship. Should any device be damaged due to a battery defect, we will repair or replace it at our option.

**GARANTIE :** Si vous n'êtes pas entièrement satisfait de ces piles alcalines, composez le **1-800-551-2355** (de 9 h à 17 h, HNE). DURACELL garantit ces piles contre tout défaut de matériau ou de fabrication. En cas de dommage causé à un appareil par une défectuosité de la pile, nous le réparerons ou le remplacerons à notre discrétion.

**GARANTIA:** Si Ud. no está totalmente satisfecho con estas pilas alcalinas, llame al **1-800-551-2355** (de 9:00

PROOF-OF-PURCHASE

X00014FWXJ

Duracell Ultra Power Aa Batteries 16 Count
New

Sin mercurio agregado

31157930M08

JP9