**Poertner Claims Administrator**
PO Box 43224
Providence, RI 02940-3224

Name/Address Changes (if any):

_____  _____
First Name           Last Name

_____
Address

_____,  _____  _____
City                       State    Zip

**DUB**

Claim #: DUB- 639781601

THEODORE FRANK
1302 WAUGH DRIVE
NUMBER 830
HOUSTON, TX 77019

# CLAIM FORM

*Poertner v. The Gillette Company and The Procter & Gamble Company*
United States District Court, Middle District of Florida: Case No. 6:12-CV-00803-GAP-DAB

**If you purchased size AA or AAA Duracell brand Ultra Advanced and/or Ultra Power batteries at Retail any time after June 2009, you may be eligible to receive $3 for each pack purchased. The maximum amount you can receive is $12. The settlement does not apply to purchases of Duracell CopperTop batteries or any other Duracell batteries or products.**

To be eligible to receive a payment from the class action settlement, you **must** complete and return this Claim Form postmarked no later than **April 10, 2014**

## I. Claimant Contact Information

I, ___THEODORE___ ___FRANK___ state as follows:
   (First Name)          (Last Name)

Telephone Number Day (optional) ( _7_ _0_ _3_ ) _2_ _0_ _3_ - _3_ _8_ _4_   Telephone Number Night (optional) ( _7_ _0_ _3_ ) _2_ _0_ _3_ - _3_ _8_ _4_

Email Address (optional)  __tfrank@gmail.com__

## II. Purchase Information

If you have a valid Proof of Purchase, you are entitled to claim a maximum of up to four (4) refunds per household or address. If you do not have Proof of Purchase, you are entitled to claim a maximum of up to two (2) refunds per household or address.

Number of Battery packs purchased: ___2___ (maximum of four (4) per household or address)
Type of Battery purchased:  ☐ Ultra Advanced    ☒ Ultra Power    ☐ Both
Size of Battery purchased:  ☒ AA    ☐ AAA    ☐ Both
Retail Store where purchased: __Amazon.com; other__ (i.e., Costco, BJs or other retailer)
Device(s) in which Battery packs were used: _e controls; X-Box controllers; bluetooth_ (i.e., electric toys, remote controls, audio devices, CD or electric video games, flashlight, toothbrush, digital camera, radio or photo flash)

Information you provide in the fields for telephone numbers, email address, battery size, retail store and devices used will not affect your ability to get a refund.

Proof of Purchase can be receipts issued by the retailer or other documentation showing the purchase and purchase price paid for the Duracell Ultra Batteries and should be submitted with your Claim Form (if applicable).

## III. Declaration and Signature

**I swear under penalty of perjury under the laws of the United States that all of the information provided on this Claim Form is true and correct to the best of my knowledge.**

_/s/THEODORE FRANK_                          02/19/2014
Signature                                    Date

**Please return the Claim Form by mail to:**

DUBPOC1

*RECEIPT — DO NOT MAIL* (watermark)

Poertner Claims Administrator, PO Box 43224, Providence, RI 02940-3224

## *Poertner v. The Gillette Company and The Procter & Gamble Company*
United States District Court, Middle District of Florida: Case No. 6:12-00803-GAP-DAB

# CLAIM FORM INSTRUCTIONS

In order for you to qualify to receive a payment related to the settlement in *Poertner v. The Gillette Company and The Procter & Gamble Company*, as described in the Notice of this Settlement (the "Class Notice"), you must file a Claim Form in the attached form either in paper or electronically on the Settlement Website at www.UltraBatteriesSettlement.com.

# REQUIREMENTS FOR FILING A CLAIM FORM

Your claim will be considered only upon compliance with all of the following conditions:

1. You must accurately complete all required portions of the attached Claim Form.

2. You must sign this Claim Form, which includes the Declaration and Signature. If you file a Claim Form electronically, your electronic signature and submission of the form shall have the same force and effect as if you signed the form in hard copy.

3. By signing and submitting the Claim Form, you are certifying under penalty of perjury that you purchased AA or AAA Duracell brand Ultra Advanced and/or Ultra Power batteries at Retail any time after June 2009. Only one payment will be provided to each household/address regardless of the number of people at that household/address.

4. The settlement only applies to purchases of AA or AAA Duracell brand Ultra Advanced and/or Ultra Power batteries. It does not apply to purchases of Duracell CopperTop batteries or any other Duracell batteries or products.

5. You can submit a Proof of Purchase with Your Claim Form to receive up to four (4) refunds of three dollars ($3.00) per battery pack. If you submit a valid Claim Form without Proof of Purchase, you will receive a refund of three dollars ($3.00) per battery pack purchased, up to a maximum of two (2) refunds. Proof of Purchase is either (a) the register receipt issued by the store where you purchased the Duracell Ultra Advanced and/or Ultra Power batteries or (b) other documents showing the actual purchase and purchase price you paid for the Ultra Advanced and/or Ultra Power batteries.

6. You have two options to complete and submit a Claim Form:

   A. You may **MAIL** the completed and signed Claim Form and Certification by First Class U.S. Mail, postage prepaid, postmarked no later than **April 10, 2014**, to:

      **Poertner Claims Administrator**
      PO Box 43224
      Providence, RI 02940-3224

   B. You may complete and submit the Claim Form and Certification using the Claims Administrator's Settlement Website, located at www.UltraBatteriesSettlement.com. Upon completion of the online Claim Form, you will receive an acknowledgement that your claim has been submitted. If you file a Claim Form electronically, your electronic signature and **submission of the form shall conform to the requirements of the federal Electronic Signatures Act**, 15 U.S.C. § 7001, *et seq.* and have the same force and effect as if you signed the form in hard copy. If you file an online Claim Form and have Your Proof of Purchase, you must send Your Proof of Purchase to the Claims Administrator via U.S. Mail at the Claims Administrator's address above.

7. Your failure to complete and submit the Claim Form postmarked or filed online by **April 10, 2014**, will preclude you from receiving any payment in this Settlement. So that you will have a record of the date of your mailing of the Claim Form and its receipt by the Claims Administrator, you are advised to use (but are not required to use) certified mail, return receipt requested.

8. Submission of this Claim Form does not assure that you will share in the refunds related to *Poertner v. The Gillette Company and The Procter & Gamble Company*. If the Claims Administrator disputes a material fact concerning your Claim, you will have the right to present information in a dispute resolution process. For more information on this process, you can view the Settlement Agreement, which is available at www.UltraBatteriesSettlement.com.

**ACCURATE CLAIMS PROCESSING TAKES TIME. THANK YOU FOR YOUR PATIENCE.**

**Reminder Checklist:**

1. Please sign the attached Claim Form.
2. Enclose a copy of your Proof of Purchase, if you have it, along with the Claim Form.
3. Keep a copy of your Claim Form and supporting documentation for your records.
4. If you desire an acknowledgment of receipt of your Claim Form, please complete the online Claim Form or mail this Claim Form via Certified Mail, Return Receipt Requested.
5. If you move or your name changes, please send your new address, new name or contact information to the Claims Administrator via mail.