UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSHUA D. POERTNER, Individually and on behalf of all others similarly situated; | ) ) ) CASE NO: 6:12-CV-00803-GAP-DAB ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE GILLETTE COMPANY, and THE PROCTER & GAMBLE COMPANY; | ) ) ) |
| Defendants. | ) |

**NOTICE OF FILING**

**COMES NOW,** the Plaintiff, by and through the undersigned counsel, and files this Notice of Filing, Declaration of Michael Harrison, in Support of Objection and Memorandum of Law in Support of Objection to Proposed Settlement, upon Defendants.

DATED: February 28, 2014

    Respectfully submitted,

    */s/ Jeremiah J. Talbott*
    JEREMIAH J. TALBOTT, ESQ.
    Fla. Bar No. 015484
    Law Office of Jeremiah J. Talbott, P.A.
    900 East Moreno Street
    Pensacola, FL   32503
    (850) 437-9600 / (850) 437-0906 (fax)
    jjtalbott@talbottlawfirm.com;
    civilfilings@talbottlawfirm.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of February, 2014, I electronically filed the foregoing with the Clerk of Court utilizing the CM/ECF system, which will send same to all parties.

Respectfully submitted,

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQ.