# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JOSHUA D. POERTNER, Individually and on behalf of all others similarly situated; | ) )  ) CASE NO: 6:12-CV-00803-GAP-DAB ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE GILLETTE COMPANY, and THE PROCTER & GAMBLE COMPANY; | ) ) ) |
| Defendants. | ) |

**DECLARATION OF MICHAEL HARRISON IN SUPPORT OF OBJECTION AND MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO PROPOSED SETTLEMENT**

I, Michael Harrison, declare under penalty of perjury that the following statements are true and correct:

1. I am an attorney representing the Objector in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a press release obtained from Duracell's website dated January 31, 2011 and titled *The National Volunteer Fire Council and Duracell Launch Battery Donation Program to Help Power 23,000*

*Volunteer Fire Departments across the U.S.* This press release is also available on Duracell's website at:

http://news.duracell.com/press-release/power-those-who-protect-us/national-volunteer-fire-council-and-duracell-launch-battery

 3. Attached hereto as Exhibit B is a true and correct copy of a press release obtained from Duracell's website dated August 15, 2013 and titled *Duracell® Introduces Quantum™ the World's Most Advanced Alkaline Battery with One Million Battery Donation to First Responders across North America.* This press release is also available on Duracell's website at:

http://news.duracell.com/press-release/quantum/duracell-introduces-quantum-worlds-most-advanced-alkaline-battery-one-million-.

 4. Attached hereto as Exhibit C is a true and correct copy of a press release obtained from Duracell's website dated November 22, 2011 and titled *Duracell Launches the Holiday Insurance Program to Ensure a Magical Christmas Morning for Families.* This press release is also available on Duracell's website at:

http://news.duracell.com/press-release/holiday-programs/duracell-launches-holiday-insurance-program-ensure-magical-christmas-.

 5. Attached hereto as Exhibit D is a true and correct copy of a press release obtained from Duracell's website dated Nov. 21, 2012 and titled *Duracell Powers Holiday Smiles for Children in Need This Season with Toys for Tots.* This press release is also available on Duracell's website at:

http://news.duracell.com/press-release/duracell-corporate/duracell-powers-holiday-smiles-children-need-season-toys-tots.

 6. Attached hereto as Exhibit E is a true and correct copy of a press release obtained from Duracell's website dated Nov. 22, 2013 and titled *Duracell® to Donate up to 1 Million Batteries to Toys for Tots This Holiday.* This press release is also available on

Duracell's website at:

http://news.duracell.com/press-release/holiday-programs/duracell-donate-1-million-batteries-toys-tots-holiday.

7. Attached hereto as Exhibit F is a true and correct copy of a New York Times article dated July 22, 2013, and titled *Duracell Offers Praise, and Power, for Everyday Heroes*. This article is also available on the New York Times website at: http://www.nytimes.com/2013/07/23/business/media/duracell-offers-praise-and-power-for-everyday-heroes.html?_r=0

I make the foregoing statements under oath and under penalty of perjury.

DATED:   February 26, 2014

By _____
Michael Harrison