IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA D. POERTNER,

    Plaintiff,

v.                                                       CASE NO: 6:12-CV-00803-GAP-DAB

THE GILLETTE COMPANY and                  CLASS ACTION
THE PROCTER & GAMBLE
COMPANY,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CONSOLIDATED
RESPONSE TO OBJECTIONS TO FINAL APPROVAL OF CLASS-ACTION
SETTLEMENT, ATTORNEYS' FEES, AND INCENTIVE AWARD**

    Pursuant to Local Rule 3.01(d), Plaintiff Joshua D. Poertner, on his own behalf and on behalf of the Settlement Class certified in this action, hereby requests leave of Court to file a single, consolidated response to objections filed in opposition to final approval of the class-action settlement and the award of attorneys' fees, and a service award to the class representative.

    On November 5, 2013, the Court granted preliminary approval of the proposed class-action settlement. Dkt. No. 118. The Court's preliminary approval order provided that settlement class members had the right to file written objections to the settlement no later than February 28, 2014. The Court's order requires the parties to respond to any objections and file their final submissions in support of approval of the proposed settlement no later than March 14, 2014.

On or before February 28, 2014, six settlement class members filed objections to final approval of the class-action settlement and award of attorneys' fees ("Objectors"). Dkt. Nos. 126-27, 130-33. Objector Theodore Frank ("Frank"), represented by his attorney at the Center for Class Action Fairness, an organization he founded and heads, filed the longest and most extensive objection. Dkt. No. 126. Frank's Objection totals 54 pages (not including his declaration and exhibits); cites to 138 separate authorities, including 99 cases (81 from outside of the Eleventh Circuit); and raises numerous complex and obscure legal arguments. Other Objectors also submitted lengthy briefs. *E.g.* Gaspar Objection, Dkt No. 133 (30 pages, not including declarations and exhibits); Dorsey Objection, Dkt. No. 130 (24 pages, not including declarations and exhibits). The parties also received a seventh, late-filed objection from Wanda J. Cochran.

Pursuant to the Order Granting Preliminary Approval of the Class-Action Settlement and Local Rule 3.01(b), Plaintiff has a right to submit twenty-page responses to each of the objections. In lieu of these individual responses to each objection, Plaintiff seeks leave to file a single, streamlined response, not to exceed fifty pages. As many of the arguments Objectors raise in their briefs overlap, this will prevent duplication of Plaintiff's responses, provide sufficient space to fully and adequately respond to Objectors' arguments, and allow the Court to review a single, omnibus memorandum.

Plaintiff, therefore, respectfully requests that the Court grant leave for Plaintiff to submit a single, consolidated response to the Objections to Final Approval of the Class-Action Settlement and Award of Attorneys' Fees, not to exceed fifty pages.

Respectfully submitted,

/s/ Noah M. Schubert
Robert C. Schubert
*Pro Hac Vice* admission
Noah M. Schubert
*Pro Hac Vice* admission
**Schubert Jonckheer & Kolbe LLP**
3 Embarcadero Ctr Ste 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facscimile: 415-788-0161
Email: rschubert@schubertlawfirm.com
Email: nschubert@schubertlawfirm.com

E. Clayton Lowe, Jr.
*Pro Hac Vice* admission
**The Lowe Law Firm, LLC**
301 19th Street North, Ste. 525
Birmingham, Alabama  35203
Telephone: (205) 314-0607
Facsimile: (205) 314-0707
E-mail: clowe@claylowelaw.com

Joshua R. Gale (FL Bar No. 63283)
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
101 N. Woodland Blvd., Ste. 600
DeLand, FL  32720
Telephone: 386-675-6946
Facsimile:  386-675-6947
E-mail: JGale@WCQP.com

Peter A. Grammas
*Pro Hac Vice* admission
**The Law Office of Peter A. Grammas**
1114 Lake Colony Lane
Vestavia, AL  35242
Telephone: 205-970-9708
E-mail: pete@grammaslaw.com

*Class Counsel and Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 11, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Christopher Batman
441 Coral Place
Corpus Christi, TX 78411

Sam P. Cannata
30799 Pinetree Rd., #254
Pepper Pike, OH 44124

Paul Dorsey
110 Westminster Drive
West Hartford, CT 06107

Wendy L. Young
4430 W. Fairmount Ave.
Lakewood, FL 32801

        /s/ Noah M. Schubert
        Noah M. Schubert
        *Pro Hac Vice* admission
        **Schubert Jonckheer & Kolbe LLP**
        3 Embarcadero Ctr Ste 1650
        San Francisco, CA 94111
        Telephone: 415-788-4220
        Facscimile: 415-788-0161
        Email: nschubert@schubertlawfirm.com