# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSHUA D. POERTNER,**

        **Plaintiff,**

**v.**                                      **Case No:   6:12-cv-803-Orl-31DAB**

**THE GILLETTE COMPANY and
PROCTOR & GAMBLE COMPANY,**

        **Defendants.**

## ORDER

This matter is before the Court, *sua sponte*, upon reviewing the settlement between the parties and timeline for the Final Fairness Hearing (*see* Doc. 118 ¶ 12) set for March 21, 2014 at 1:00 p.m. The Court hereby continues the Final Fairness Hearing to ensure the parties and class members have sufficient time to review the number of claims submitted, which are due by April 10, 2014, to evaluate the fairness of the settlement and attorneys' fees. *See* Fed. R. Civ. P. 23(h). The Parties are reminded of their obligation to inform objecting class members of the change of date of the Final Fairness Hearing. (Doc. 113-1 ¶ 68).

It is therefore,

**ORDERED**, the Final Fairness Hearing is continued until May 22, 2014 at 1:00 p.m.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 12, 2014.

                                   **GREGORY A. PRESNELL**
                            **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party