UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOSHUA D. POERTNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY, and THE PROCTER & GAMBLE COMPANY,<br><br>Defendants. | Case No. 6:12-CV-00803-GAP-DAB |

## DECLARATION OF KAREN CAUDILL DYER

**Karen Caudill Dyer** declares and states as follows:

1. I am a member of the Florida Bar and a member of the Bar for the United States District Court for the Middle District of Florida. I am also admitted to various federal courts of appeal, including the Eleventh Circuit Court of Appeal.

2. I have been a member of the Florida Bar since September 1987 and have practiced in Orlando since that time. From September 1987 to May 1989, I was a law clerk to the Honorable G. Kendall Sharp of the United States District Court for the Middle District of Florida. Thereafter, I was an associate at Carlton Fields from June 1989 to approximately December 1991, when I formed my own firm Mathis & Dyer, P.A. In 1992, I became counsel at Duker & Barrett, a small litigation boutique with an office in Orlando and became a partner there in the summer of 1995. Thereafter, I joined Boies & Schiller as a non-equity partner in 1997. Boies Schiller formed an Orlando office in approximately October 1997. Boies Schiller

subsequently became Boies Schiller & Flexner, LLP. I became an equity partner at Boies Schiller & Flexner, LLP in approximately 2000. I remain at Boies Schiller & Flexner, LLP today and am the Administrative Partner for the Firm's Orlando, Florida office.

3. In the period January 2012 to the present, Boies Schiller & Flexner, LLP's Orlando office has had 6 to 7 lawyers (the Firm overall has approximately 250 lawyers nationwide). The three Orlando attorneys with approximately 25 years or more of experience since 2012, including myself, have had standard billing rates ranging from $930 to $990 per hour. The attorneys with less than 25 years of experience have had billing rates in that same period ranging from $520 to $720.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of April, 2014

/s/ [signature]