UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSHUA D. POERTNER, | Case No. 6:12-cv-803-Orl-31DAB |
| Plaintiff, | Judge: Judge Gregory A. Presnell |
| v. | NOTICE OF APPEAL |
| THE GILLETTE COMPANY and PROCTOR & GAMBLE COMPANY, | |
| Defendants. | |

Notice is hereby given that Class Member/Objector Chris Batman appeals to the United States Court of Appeals for the Eleventh Circuit from the Order and Final Judgment Approving Class Action Settlement (Dkt. No. 168) entered in this action on August 21, 2014. Class Member/Objector also hereby appeals from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal. A copy of said judgment or order is attached hereto. (See Exhibit "A").

Dated: August 26, 2014

Respectfully submitted,

By: _____
Christopher Batman
Class Member/Objector
441 Coral Place
Corpus Christi, Texas 78411
Telephone: 361-548-8712

Case No. 6:12-cv-803-Orl-31DAB                                                        1
NOTICE OF APPEAL

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th of August 2014, I electronically filed the foregoing with the Clerk of the Court using via FedEx Priority Overnight Delivery. I further certify that I caused the foregoing document to be sent via U.S.P.S. First Class mail to the following participants, at the addresses listed below:

E. Clayton Lowe
THE LOWE LAW FIRM, LLC
201 19th Street North, Suite 525
Birmingham, Alabama  35203

Darren K. Cottriel
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of August, 2014, at Corpus Christi, Texas.

_____
Christopher Batman