**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 6:12-CV-00803-GAP-DAB**

JOSHUA POERTNER, on behalf of himself and
all others similarly situated,

       Plaintiffs,

v.

THE GILLETTE CO. and THE PROCTER &
GAMBLE CO.,

       Defendants.

_____/

## NOTICE OF APPEAL

Class member/Objector Robert Falkner hereby appeals to the United States Court

of Appeals for the Eleventh Circuit from the Order and Final Judgment Approving Class

Action Settlement (Docket # 168) entered in this action on August 21, 2014.

       Respectfully submitted,
       Robert Falkner, by:

       _s/ Brian M. Silverio_
       Brian M. Silverio
       FL Bar #0183301
       Silverio & Hall, P.A.
       150 West Flagler Street
       Penthouse - 2850
       Miami, Florida 33130
       (305) 371-2756
       (305) 372-2744 (Fax)
       bsilverio@silveriohall.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on September 15, 2014 and was filed with the Clerk of Court using CM/ECF, and that as a result a copy of this filing has been served upon every counsel of record.

*/s/ Brian Silverio*