# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JOSHUA D. POERTNER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE GILLETTE COMPANY and THE PROCTER & GAMBLE COMPANY,<br><br>Defendants. | Case No. 6:12-cv-00803-GAP-DAB |

## NOTICE OF APPEAL

Adam E. Schulman (admitted *pro hac vice*)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW #236
Washington, DC 20036
Phone: (610) 457-0856
Email: shuyande24@gmail.com

*Attorney for Objector Theodore H. Frank*

Notice is hereby given that objector in the above-named case Theodore H. Frank hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order and Final Judgment Approving Class Action Settlement dated August 21, 2014 (Dkt. 168) as well as all orders and opinions that merge therein.

Dated:  September 15, 2014        Respectfully submitted,

/s/ Adam E. Schulman
Adam E. Schulman (admitted *pro hac vice*)
D.C. Bar No. 1001606
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Telephone:  (610) 457-0856
Email:  shuyande24@gmail.com

*Attorney for Theodore H. Frank*

## CERTIFICATE OF SERVICE

       I certify that I have filed the foregoing document through the Court's ECF system, which has effectuated service of this Notice of Appeal upon the following all attorneys who are electronically registered in this matter.

       Additionally, I caused to be served via First-Class mail a copy of this Notice of Appeal upon the following unregistered participants:

| | |
|---|---|
| Christopher Batman<br>441 Coral Place<br>Corpus Christi, TX 78411 | Paul Dorsey<br>110 Westminster Drive<br>West Hartford, CT 06107 |
| Sam P. Cannata<br>30799 Pinetree Rd., #254<br>Pepper Pike, OH 44124 | Wanda J. Cochran<br>10121 Page Road<br>Streetsboro, OH 44241 |
| Wendy L. Young<br>4430 W. Fairmount Ave.<br>Lakewood, FL 32801 | David Springfield<br>#19220<br>High Desert State Prison<br>P.O. Box 650<br>Indian Springs, NV 89070 |

I declare under penalty of perjury that the foregoing is true and correct.


Dated: September 15, 2014　　　　　　　　　　　　／s／ *Adam E. Schulman*
　　　　　　　　　　　　　　　　　　　　　　　　Adam E. Schulman