**FILED**

UNITED STATES DISTRICT COURT   2014 SEP 17  PM 2: 40
MIDDLE DISTRICT OF FLORIDA
ORLANDO  DIVISION

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Case No. 6:12-CV-00803-GAP-DAB

JOSHUA D. POERTNER,

       Plaintiff,

v.

THE GILLETTE COMPANY and PROCTOR
& GAMBLE COMPANY,

       Defendants.

Judge: Judge Gregory A. Presnell

NOTICE OF APPEAL BY OBJECTOR/
APPELLANT WANDA J. COCHRAN

Notice is given that Class Member/Objector Wanda J. Cochran appeals to the United States Court of Appeals for the Eleventh Circuit from the Order and Final Judgment Approving Class Action Settlement (Dkt. No. 168) entered in this action on August 21, 2014. Class Member/Objector also hereby appeals from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: September 13, 2014        Respectfully Submitted,

By:   _Wanda J. Cochran_
       Wanda J. Cochran
       1385 Russell Drive
       Streetsboro, Ohio  44241
       Tel: (330) 414-9322

## CERTIFICATE OF SERVICE

2      I hereby certify that on the 13th of September, 2014, I filed this Notice of Appeal with

3    the Clerk of the Court via p o s t a g e  p r e p a i d, U.S.P.S. First Class mail. I further certify that I

4    caused the foregoing document to be sent via U.S.P.S. First Class mail to the following

5    participants, at the addresses listed below:

6

7    E. Clayton Lowe
THE LOWE LAW FIRM, LLC
201 19th Street North, Suite 525

8    Birmingham, Alabama 35203

9    Darren K. Cottriel
JONES DAY

10    3161 Michelson Drive, Suite 800
Irvine, California 92612

11

12    I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

13

14    Executed this 13th day of August, 2014, at Streetsboro, Ohio.

15

16

17                   Wanda J. Cochran

18

19

20

21

22

23

24

25

26

27

28