UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSHUA D. POERTNER, et al., | ) Case No. 6:12-cv-00803-GAP-DAB |
| Plaintiffs, | ) |
| v. | ) |
| THE GILLETTE CO. AND THE PROCTOR & GAMBLE COMPANY, | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Grace M. Cannata appeals to the United States Court of Appeals for the Eleventh Circuit from the Order and Final Judgment Approving Class Action Settlement (Docket #168) entered in this action on August 21, 2014; as well as, all orders and opinions that merge therein.

Dated: September 18, 2014

Respectfully submitted,
Grace M. Cannata, by:

_____
Sam P. Cannata (Ohio 0078621)
30799 Pinetree Rd., #254
Cleveland, Ohio 44124
Tel: (216) 214-0796
spc@cplpa.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2014, I filed this Notice of Appeal with the Clerk of the Court via the United Parcel Service, postage prepaid. I also certify that I caused the foregoing document to be served via First Class mail to the following participants, at the addresses listed below:

Christopher Batman
441 Coral Place
Corpus Christi, TX 78411

Wendy L. Young
4430 W. Fairmount Ave.
Lakewood, FL 32801

Paul Dorsey
110 Westminster Drive
West Hartford, CT 06107

Wanda J. Cochran
10121 Page Road
Streetsboro, OH 44241

_____
Sam P. Cannata