# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 09, 2015

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number:  14-13882-FF
Case Style:  Christopher Batman, et al v. The Gillette Co., et al
District Court Docket No:  6:12-cv-00803-GAP-DAB

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 03/09/2015.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Janet K. Mohler, FF
Phone #: (404) 335-6178

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 14-13882-FF
_____

JOSHUA D. POERTNER,
Individually and on behalf of all others similarly situated,

                                                 Plaintiff - Appellee,

CHRISTOPHER BATMAN,
ROBERT FALKNER,
THEODORE H. FRANK,
WANDA J. COCHRAN,
GRACE M. CANNATA,

                                         Interested Parties - Appellants,

versus

THE GILLETTE COMPANY,
PROCTER & GAMBLE COMPANY,

                                            Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Wanda J. Cochran has failed to file an appellant's brief and appendix within the time fixed by the rules, effective March 09, 2015.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Janet K. Mohler, FF, Deputy Clerk

FOR THE COURT - BY DIRECTION